# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS and | ) | |
| | ) | |
| THE STATE OF MISSOURI, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| JOSEPH R. BIDEN, JR., | ) | |
| in his official capacity as | ) | |
| President of the United States of | ) | |
| America; | ) | |
| | ) | |
| The UNITED STATES OF AMERICA; | ) | |
| | ) | |
| ALEJANDRO MAYORKAS, | ) | |
| in his official capacity as | ) | |
| Secretary of the United States | ) | |
| Department of Homeland Security; | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| HOMELAND SECURITY; | ) | |
| | ) | |
| TROY MILLER, | ) | |
| in his official capacity as | ) | |
| Acting Commissioner of the | ) | |
| United States Customs and Border | ) | |
| Protection; | ) | |
| | ) | |
| UNITED STATES CUSTOMS AND BORDER | ) | |
| PROTECTION; | ) | |
| | ) | |
| TAE JOHNSON, | ) | |
| in his official capacity as | ) | |
| Acting Director of the | ) | |
| United States Immigration and | ) | |
| Customs Enforcement; | ) | |
| | ) | |
| UNITED STATES IMMIGRATION AND | ) | |

CUSTOMS ENFORCEMENT;                    )
                                        )
TRACY RENAUD,                           )
in her official capacity as             )
Acting Director of the United States    )
Citizenship and Immigration Services; and )
                                        )
UNITED STATES CITIZENSHIP AND           )
IMMIGRATION SERVICES,                   )
                                        )
            *Defendants.*                )

# EXHIBIT A





Secretary
U.S. Department of Homeland Security
Washington, DC 20528

**Homeland Security**

January 20, 2021

**MEMORANDUM FOR:**     Troy Miller
Senior Official Performing the Duties of the Commissioner
U.S. Customs and Border Protection

Tae Johnson
Acting Director
U.S. Immigration and Customs Enforcement

**FROM:**     David Pekoske
Acting Secretary

**SUBJECT:**     **Suspension of Enrollment in the Migrant Protection Protocols Program**

Effective January 21, 2021, the Department will suspend new enrollments in the Migrant Protection Protocols (MPP), pending further review of the program. Aliens who are not already enrolled in MPP should be processed under other existing legal authorities.