# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

State of Texas, State of Missouri
Plaintiff

v.

2:21-cv-00067-Z
Civil Action No.

Joseph R. Biden, et al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiffs the State of Texas and the State of Missouri

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Not applicable. Plaintiffs are governmental entities.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

State of Texas, State of Missouri, Joseph R. Biden, in his official capacity as President of the United States of America, United States of America, Alejandro Mayorkas, in his official capacity as Sec'y of the U.S. Dep't of Homeland Security, U.S. Dep't of Homeland Security, Troy Miller, in his official capacity as Acting Commissioner of the U.S. Customs and Border Protection, U.S. Customs and Border Protection, Tae Johnson, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, U.S. Immigration and Customs Enforcement, Tracy Renaud, in her official capacity as Acting Director of the U.S. Citizenship and Immigration Services, U.S. Citizenship and Immigration Services

| | |
|---|---|
| Date: | 04/13/21 |
| Signature: | /s/ William T. Thompson |
| Print Name: | William T. Thompson |
| Bar Number: | Texas Bar No. 24188531 |
| Address: | P. O. Box 12548 (MC-009) |
| City, State, Zip: | Austin, TX 78711-2548 |
| Telephone: | (512) 936-1414 |
| Fax: | (512) 457-4410 |
| E-Mail: | will.thompson@oag.texas.gov |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons