UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| The State of Texas, et al. | § | |
| Plaintiff | § | |
| | § | |
| | § | |
| v. | § | Case No. 2:21-cv-00067-Z |
| | § | |
| | § | |
| Joseph R. Biden, Jr., et al. | § | |
| Defendant | § | |

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**  Applicant is an attorney and a member of the law firm of (or practices under the name of)

D. John Sauer _____, with offices at

207 West High Street _____
(Street Address)

Jefferson City _____      MO _____     65101 _____
(City)                              (State)                (Zip Code)

573-751-8870 _____      573-751-0774 _____
(Telephone No.)                    (Fax No.)

**II.**  Applicant will sign all filings with the name  D. John Sauer _____ .

**III.**  Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

The State of Missouri

to provide legal representation in connection with the above-styled matter now pending before the United

States District Court for the Northern District of Texas.

**IV.**     Applicant is a member in good standing of the bar of the highest court of the state of

_____ Missouri _____, where Applicant regularly practices law.

Bar license number: _58721_____     Admission date: _October 4, 2006_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

| For Court Use Only. |
| Bar Status Verified: |
| _____ |

**V.**     Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|--------|-----------------|---------------------|
| District of Columbia Bar | October 12, 2007 | Active |
| | | |
| | | |
| | | |

**VI.**     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**     Applicant has never been subject to grievance proceedings or involuntary removal proceedings— regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.**     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**     Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:                     Case No. And Style:

N/A

_____

_____               _____

_____               _____

(If necessary, attach statement of additional applications.)

**X.**     Local counsel of record associated with Applicant in this matter is

William T. Thompson_____, who has offices at

300 West 15th Street_____
(Street Address)

Austin_____         TX_____         78701_____
(City)                                           (State)                      (Zip Code)

512-463-2100_____         512-457-4410_____
(Telephone No.)                               (Facsimile No.)

**XI.**     Check the appropriate box below.

For Application in a **Civil Case**

[✓]     Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]     Applicant has read and will comply with the local criminal rules of this court.

**XII.**     Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  16th  day of April_____, 2021_____.

D. John Sauer_____
Printed Name of Applicant

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.