IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

|  |  |
|---|---|
| STATE OF TEXAS,<br>STATE OF MISSOURI,<br><br>  *Plaintiffs,*<br><br>v.<br><br>JOSEPH R. BIDEN, JR.,<br>in his official capacity as<br>President of the United States, *et al.*,<br><br>  *Defendants.* | Civil Action No. 2:21-cv-00067 |

**NOTICE OF APPEARANCE**

I am authorized to practice in this court, and I appear in this case as counsel for the federal defendants: Joseph R. Biden Jr., in his official capacity as the President of the United States of America; the United States of America; Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security; the U.S. Department of Homeland Security; Troy Miller, in his official capacity as Acting Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; Tae Johnson, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; U.S. Immigration and Customs Enforcement; Tracy Renaud, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services; and U.S. Citizenship and Immigration Services.

This appearance is made without waiver as to objections to venue, service, and personal or subject matter jurisdiction.

//

//

| | |
|---|---|
| Date: May 3, 2021 | Respectfully submitted, |

BRIAN M. BOYNTON
*Acting Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

JOSEPH A. DARROW
*Trial Attorney*

/s/ *Francesca Genova*
FRANCESCA GENOVA
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 305-1062
Francesca.M.Genova@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

> */s/ Francesca Genova*
> Francesca Genova
> Trial Attorney
> United States Department of Justice
> Civil Division