# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS,  STATE OF MISSOURI, | )<br>)<br>) |
| *Plaintiffs,* | )<br>) |
| v. | ) Civil Action No. 2:21-cv-00067-Z |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, | )<br>)<br>)<br>) |
| *Defendants.* | )<br>) |

## **CERTIFICATE OF INTERESTED PERSONS**

Other than the parties to this case (to the extent that they may or may not have any financial interest in the outcome of this case), the undersigned counsel for defendants Joseph R. Biden, Jr.; the United States of America; Alejandro Mayorkas, Secretary of Homeland Security; U.S. Department of Homeland Security; Troy Miller, Acting Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; Tae Johnson, Acting Director of U.S. Immigration and Customs Enforcement; U.S. Immigration and Customs Enforcement; Tracy Renaud, Acting Director of U.S. Citizenship and Immigration Services; and U.S. Citizenship and Immigration Services is currently unaware of any person, organization, or other legal entity with a financial interest in the outcome of this case.

Date: May 3, 2021                    Respectfully submitted,

BRIAN M. BOYNTON
*Acting Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

JOSEPH A. DARROW
*Trial Attorney*

<u>/s/ *Francesca Genova*</u>
FRANCESCA GENOVA
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 305-1062
Francesca.M.Genova@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

<u>*/s/ Francesca Genova*</u>
Francesca Genova
Trial Attorney
United States Department of Justice
Civil Division