IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STATE OF TEXAS,<br>STATE OF MISSOURI,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOSEPH R. BIDEN, JR.,<br>in his official capacity as<br>President of the United States, *et al.*,<br><br>*Defendants.* | Civil Action No. 2:21-cv-00067 |

**NOTICE OF APPEARANCE**

I am authorized to practice in this court, and I appear in this case as counsel for the federal defendants: Joseph R. Biden Jr., in his official capacity as the President of the United States of America; the United States of America; Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security; the U.S. Department of Homeland Security; Troy Miller, in his official capacity as Acting Commissioner of U.S. Customs and Border Protection; U.S. Customs and Border Protection; Tae Johnson, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; U.S. Immigration and Customs Enforcement; Tracy Renaud, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services; and U.S. Citizenship and Immigration Services.

This appearance is made without waiver as to objections to venue, service, and personal or subject matter jurisdiction.

//

//

| | |
|---|---|
| Date:  May 4, 2021 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>*Assistant Attorney General*<br><br>WILLIAM C. PEACHEY<br>*Director*<br>Office of Immigration Litigation<br>District Court Section<br><br>/s/ *Erez Reuveni*<br>EREZ REUVENI<br>*Assistant Director*<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel.: (202) 307-4293<br>Erez.R.Reuveni@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Erez Reuveni*
Erez Reuveni
Assistant Director
United States Department of Justice
Civil Division