# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| State of Texas, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:21-cv-00067 |
| Biden | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Advocates for Victims of Illegal Alien Crime                                                             .

Date:   05/06/2021

/s/Walter S. Zimolong
*Attorney's signature*

Walter S. Zimolong, Esquire 3633724
*Printed name and bar number*

353 W. Lancaster Avenue
Suite 300
Wayne, PA 19087

*Address*

wally@zimolonglaw.com
*E-mail address*

(215) 665-0842
*Telephone number*

*FAX number*