*5892641*

CASE NO.: 2:21-cv-00067

| | | |
|---|---|---|
| State of Texas and State of Missouri, | § | IN THE |
| | § | |
| | § | |
| vs. | § | United States District Court Northern District of Texas |
| | § | |
| Joseph R. Biden, in his official capacity as President of the USA, et al., | § | Dallas COUNTY, TX |

### RETURN OF SERVICE

I, **Leslie Eugene Douglas**, do state that the following is true and correct:

That I am over the age of eighteen, not a party to this suit, and have no interest in the outcome of the suit. I have met the criteria and I am authorized to serve process in the State of Texas.

On **April 20, 2021** at **10:13 AM**, I received a **Summons and Original Complaint for United States Citizenship and Immigration Services** to be delivered to **United States Attorney for the Northern District of Texas** at **1100 Commerce St Ste 3, Dallas, TX 75242-1074**.

That on **April 22, 2021** at **4:15 PM**, I **Personally Delivered** said documents to **United States Attorney for the Northern District of Texas** at **1100 Commerce St Ste 3, Dallas, TX   75242-1074** in the county of **DALLAS**.

Description of Person Accepting Service:
Sex: Male Race: White Height: 6ft Weight: 170 Hair: Gray Other Features: Brian Barr, CPA ADMINISTRATIVE OFFICER Northern District Officer

Military Status: N/A
Marriage Status: N/A

My name is Leslie Eugene Douglas, my date of birth is 03/03/1970, and EZ Messenger's address is 9210 S. Western Avenue Suite A-3, Oklahoma City, OK73139, USA.
I declare under penalty of perjury that the foregoing is true and correct.
Executed in DALLAS County, State of TX on April 24, 2021.

*[signature]*

PSC-18944 EXP: 09/30/2022

EZ MESSENGER
9210 S. Western Avenue Suite A-3
Oklahoma City, OK73139
214-748-4200
txupdates@ezmessenger.com

Client File #: **CX0572554421**
**Texas Office of the Attorney General - Special Counsel Unit**

Total Service Costs: $ 0.00