BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
EREZ REUVENI
Assistant Director
JOSEPH A. DARROW (NYS Bar # 5326939)
FRANCESCA M. GENOVA
Trial Attorneys
U.S. Department of Justice, Civil Division
Office of Immigration Litigation-DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-7537
Facsimile: (202) 305-7000
e-Mail: joseph.a.darrow@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STATE OF TEXAS; and STATE OF MISSOURI<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; et al.,<br><br>Defendants. | No. 2:21–cv–00067<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS** |

Undersigned counsel respectfully notifies the Court and all parties of the entry of his appearance on behalf of all Defendants – Joseph R. Biden Jr.; the United States of America; Alejandro Mayorkas; United States Department of Homeland Security; Troy Miller; United States Customs and Border Protection; Tae Johnson; United States Immigration and Customs Enforcement; Tracy Renaud; and United States Citizenship and Immigration Purposes – for the limited purpose of seeking a transfer of venue. Defendants due not concede that venue is proper in this forum, that the Court has personal jurisdiction over Defendants or subject matter jurisdiction over this dispute, or that any of Plaintiffs' claims have merit.

The contact information for undersigned counsel is:

> JOSEPH A. DARROW
> Trial Attorney
> U.S. Department of Justice, Civil Division
> Office of Immigration Litigation-DCS
> P.O. Box 868, Ben Franklin Station
> Washington, DC 20044
> Telephone: (202) 598-7537
> Facsimile: (202) 305-7000
> e-Mail: joseph.a.darrow@usdoj.gov

Dated: May 7, 2021                    Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

EREZ REUVENI

1

*Texas v. Biden*, No. 2:21-CV-0067
NOTICE OF APPEARANCE OF COUNSEL

Assistant Director

/s/ Joseph A. Darrow
JOSEPH A. DARROW
NYS Bar Number 5326939
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation-DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 598-7537
Joseph.a.darrow@usdoj.gov

*Attorneys for Defendants*

2

*Texas v. Biden*, No. 2:21-CV-0067
NOTICE OF APPEARANCE OF COUNSEL

# CERTIFICATE OF SERVICE

Case No. 2:21-cv-0067

I HEREBY CERTIFY that on May 7, 2021, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which provided an electronic notice and electronic link of the same to all attorneys of record.

/s/ Joseph A. Darrow
JOSEPH A. DARROW
U.S. Department of Justice
