## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS and | ) |
| | ) |
| THE STATE OF MISSOURI, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | )   Case No. 2:21-CV-00067-Z |
| | ) |
| JOSEPH R. BIDEN, JR., | ) |
| in his official capacity as | ) |
| President of the United States of | ) |
| America; | ) |
| | ) |
| The UNITED STATES OF AMERICA; | ) |
| | ) |
| ALEJANDRO MAYORKAS, | ) |
| in his official capacity as | ) |
| Secretary of the United States | ) |
| Department of Homeland Security; | ) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| HOMELAND SECURITY; | ) |
| | ) |
| TROY MILLER, | ) |
| in his official capacity as | ) |
| Acting Commissioner of the | ) |
| United States Customs and Border | ) |
| Protection; | ) |
| | ) |
| UNITED STATES CUSTOMS AND BORDER | ) |
| PROTECTION; | ) |
| | ) |
| TAE JOHNSON, | ) |
| in his official capacity as | ) |
| Acting Director of the | ) |
| United States Immigration and | ) |
| Customs Enforcement; | ) |
| | ) |
| | ) |

| | |
|---|---|
| UNITED STATES IMMIGRATION AND<br>CUSTOMS ENFORCEMENT;<br><br>TRACY RENAUD,<br>in her official capacity as<br>Acting Director of the United States<br>Citizenship and Immigration Services; and<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br><br>     *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

.

## NOTICE OF APPEARANCE OF CO-COUNSEL

Plaintiff the State of Texas files this Notice of Appearance of Co-Counsel and hereby notifies the Court that Special Counsel Ryan D. Walters will appear as co-counsel in the above-captioned cases. Deputy Chief, Special Litigation Unit, William T. Thompson will remain as counsel and attorney in charge. Mr. Walters is a member in good standing with the State Bar of Texas and with this Court. His contact information is as follows:

  Ryan D. Walters
  Special Counsel
  Tx. State Bar No. 24105085
  P.O. Box 12548, MC 009
  Austin, Texas 78711-2548
  (512) 936-2714 | Fax: (512) 457-4410
  ryan.walters@oag.texas.gov

| | |
|---|---|
| Date: May 7, 2021 | Respectfully submitted. |

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>Texas Bar No. 00798537 |
| BRENT WEBSTER<br>First Assistant Attorney General | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>*Attorney-in-Charge* |
| JUDD E. STONE II<br>Solicitor General<br>Texas Bar No. 24076720 | Texas Bar No. 24088531<br><br>*/s/ Ryan D. Walters*<br>RYAN D. WALTERS<br>Special Counsel<br>Texas Bar No. 24105085<br><br>OFFICE OF THE ATTORNEY GENERAL<br>SPECIAL LITIGATION UNIT<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1414<br>Fax: (512) 457-4410<br>patrick.sweeten@oag.texas.gov<br>will.thompson@oag.texas.gov<br>ryan.walters@oag.texas.gov<br><br>*Counsel for Plaintiff State of Texas* |

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed and served electronically (via CM/ECF) on May 7, 2021.

*/s/ Ryan D. Walters*
RYAN D. WALTERS
