UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS and <br><br> THE STATE OF MISSOURI, <br><br>     Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*, <br><br>     Defendants. | Case No. 2:21-cv-00067-Z |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

TO THE HONORABLE JUDGE MATTHEW J. KACSMARYK:

Plaintiffs respectfully request that the Court extend the page limit for their Motion for Preliminary Injunction from 25 pages to 32 pages. The additional pages are necessary to fully address the important issues before the Court.

Plaintiffs respectfully request that their Motion for Leave to Exceed Page Limits be granted.

| | |
|---|---|
| Dated: May 14, 2021 | Respectfully submitted. |

| | |
|---|---|
| ERIC S. SCHMITT<br>Attorney General of Missouri | KEN PAXTON<br>Attorney General of Texas |
| D. JOHN SAUER, #58720MO*<br>Solicitor General | BRENT WEBSTER<br>First Assistant Attorney General |
| JESUS A. OSETE, #69267MO*<br>Deputy Solicitor General | JUDD E. STONE II<br>Solicitor General<br>Texas Bar No. 24076720 |
| OFFICE OF THE ATTORNEY GENERAL<br>Supreme Court Building<br>207 West High Street<br>P.O. Box 899<br>Jefferson City, Missouri 65102<br>Tel. (573) 751-8870<br>Fax (573) 751-0774<br>John.Sauer@ago.mo.gov | PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>Texas Bar No. 00798537<br><br>*/s/ William T. Thompson*<br>WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>*Attorney-in-Charge*<br>Texas Bar No. 24088531 |
| *Counsel for Plaintiff State of Missouri* | |
| *Admitted pro hac vice | RYAN D. WALTERS<br>Special Counsel<br>Texas Bar No. 24105085 |
| | OFFICE OF THE ATTORNEY GENERAL<br>SPECIAL LITIGATION UNIT<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1414<br>Fax: (512) 457-4410<br>patrick.sweeten@oag.texas.gov<br>will.thompson@oag.texas.gov<br>ryan.walters@oag.texas.gov |
| | *Counsel for Plaintiff State of Texas* |

**CERTIFICATE OF CONFERENCE**

I certify that on May 14, 2021, I conferred with counsel for Defendants, who represented that Defendants are not opposed to this motion.

/s/ *William T. Thompson*
WILLIAM T. THOMPSON

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on May 14, 2021, which automatically serves all counsel of record who are registered to receive notices in this case.

/s/ *William T. Thompson*
WILLIAM T. THOMPSON