UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS and <br><br> THE STATE OF MISSOURI, <br><br>     Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*, <br><br>     Defendants. | Case No. 2:21-cv-00067-Z |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Before the Court is Plaintiffs' Unopposed Motion for Leave to Exceed Page Limits. After due consideration of the Motion, response, and the applicable law, the Court finds Plaintiffs' Motion to be meritorious.

It is therefore ORDERED that Plaintiffs' Motion for Leave to Exceed Page Limits is GRANTED. Plaintiffs' Motion for a Preliminary Injunction shall not exceed 32 pages.

**SO ORDERED**.

_____, 2021

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE