UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS and <br><br> THE STATE OF MISSOURI, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § § § § | Case No. 2:21-cv-00067-Z |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Before the Court is Plaintiffs' Motion for Preliminary Injunction. After due consideration of the Motion, response, evidence presented, and the applicable law, the Court finds Plaintiffs' Motion to be meritorious.

It is therefore ORDERED that Plaintiffs' Motion for Preliminary Injunction is GRANTED. It is hereby ORDERED that:

1. Defendants and all their respective officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with them are hereby ENJOINED from enforcing and implementing the January 20 Memorandum suspending new enrollments into the Migrant Protection Protocols.

2. This preliminary injunction is granted on a nationwide basis and prohibits enforcement and implementation of the January 20 Memorandum suspending new

enrollments into the Migrant Protection Protocols in every place Defendants have jurisdiction to enforce and implement that memorandum.

3. This preliminary injunction shall remain in effect pending a final resolution of the merits of this case or until a further Order from this Court, the United States Court of Appeals for the Fifth Circuit or the United States Supreme Court.

**SO ORDERED**.

_____, 2021

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE