IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, *et al.*, | § |
| Plaintiffs, | § |
| v. | § 2:21-CV-067-Z |
| JOSEPH R. BIDEN, JR. *et al.*, | § |
| Defendants. | § |

## ORDER

The parties are ORDERED to *separately* propose a briefing schedule with respect to Plaintiffs' Motion for Preliminary Injunction. ECF No. 30. This briefing shall address whether the Court should advance the trial on the merits and consolidate it with the preliminary injunction hearing. FED. R. CIV. P. 65(a)(2). The parties shall also address whether, and to what extent, expedited discovery is necessary. All briefs shall be filed on or before **Thursday, May 20, 2021**.

**SO ORDERED**.

May 17, 2021.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE