IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED
      MAY 1 8 2021
CLERK, U.S. DISTRICT COURT
By                    
           Deputy
```

THE STATE OF TEXAS, *et al.*,               §
                                            §
        Plaintiffs,                         §
                                            §
v.                                          §        2:21-CV-067-Z
                                            §
JOSEPH R. BIDEN, JR. *et al.*,              §
                                            §
        Defendants.                         §

## ORDER

Before the Court are Defendants' Opposed Motion to Stay Proceedings and Unopposed Motion to Expedite. ECF No. 33. Defendants ask the Court to stay all briefing and proceedings in this case pending resolution of Defendants' Motion to Transfer. *See* ECF No. 11. Plaintiffs oppose this motion but agree that the Motion to Stay should be expedited.

Accordingly, the Court orders Plaintiffs to respond to the motion to stay by **Monday, May 24th, 2021.** Defendants shall file a reply by **May 28th.** The parties shall still submit the briefing required by this Court's previous order. *See* ECF No. 32.

**SO ORDERED**.

May **16**, 2021.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE