IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-067-Z |
| JOSEPH R. BIDEN, JR. *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Before the Court are the parties' proposed briefing schedules, ECF Nos. 35 & 36. Also, before the Court are Defendants' Motion to Transfer, Plaintiffs' Motion for Preliminary Injunction, and Defendants' Motion to Stay. To assist in the efficient resolution of these motions, the Court enters the following scheduling order:

Defendants filed their Motion to Stay on May 17th. The Court granted the accompanied Motion to Expedite. *See* ECF No. 34. Accordingly, Plaintiffs have been ordered to file a response on May 24th and Defendants have been ordered to file a reply on May 28th. *Id.*

Defendants' Motion to Stay was predicated on the argument that the Motion to Transfer should be decided *before* briefing and discovery commenced on Plaintiff's Motion for Preliminary Injunction. Currently, Plaintiffs' response to the Motion to Transfer is due on May 24th. *See* N.D. TEX. L.R. 7.1(e). In accordance with Defendants' desire to expeditiously dispose of these procedural motions, Defendants are hereby ORDERED to file their reply on **May 28th, 2021**. *See* N.D. TEX. L.R. 7.1(f).

After reviewing the parties' submitted briefing schedules regarding Plaintiffs' Motion for Preliminary Injunction, the parties are hereby ORDERED to adhere to the following schedule:

- Defendants shall produce the administrative record by **Monday, May 31, 2021.**

- Defendants shall file their response by **Friday, June 4, 2021.** The response shall be no longer than 40 pages. *Cf.* N.D. TEX. L.R. 7.2(c).

- The parties shall meet, confer, and file a *joint* statement regarding the position of the parties on the necessity of expedited discovery and consolidation of trial under Fed. R. Civ. P. 65(a)(2) by **Wednesday, June 9, 2021.** If necessary, the parties shall propose a briefing schedule for resolving any remaining disputes.

- Plaintiffs shall file their reply by **Friday, June 18, 2021.** The reply shall be no longer than 25 pages. *Cf.* N.D. TEX. L.R. 7.2(c).

- Plaintiffs' Unopposed Motion for Leave to Exceed Page Limits (ECF No. 29) is **GRANTED.**

If necessary, the Court will amend this scheduling order dependent upon the Court's rulings on the pending Motions to stay and transfer the case. The Court will also issue an order, if necessary, scheduling a hearing on the Motion for Preliminary Injunction upon the receipt of all briefing required by this order.

**SO ORDERED**.

May 21, 2021.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE