# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS and <br><br> THE STATE OF MISSOURI, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*, <br><br> Defendants. | Case No. 2:21-cv-00067-Z |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO TRANSFER VENUE**

Before the Court is Defendants' Motion to Transfer Venue. After due consideration of the Motion, Plaintiffs' response, the evidence presented, and the applicable law, the Court finds that Defendants have not shown good cause for transfer.

It is therefore ORDERED that Defendants' Motion to Transfer Venue is DENIED.

**SO ORDERED**.

_____, 2021

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE