UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS and <br><br> THE STATE OF MISSOURI, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*, <br><br> Defendants. | Case No. 2:21-cv-00067-Z |

**APPENDIX IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE**

| Exhibit | | Description | Page(s) |
|---|---|---|---|
| A | | Declaration of Jeffrey M. White | App.001–003 |
| | A-1 | *Monarch Networking Sols. LLC v. Cisco Sys., Inc.* | App.004-016 |
| | A-2 | CJRA Table 8—Report of Motions Pending Over Six Months for Period Ending March 31, 2020 (Excerpts) | App.017-024 |
| | A-3 | CJRA Table 7—Report of Civil Cases Pending Over Three Years for Period Ending March 31, 2020 (Excerpts) | App.025-033 |
| | A-4 | Estimates of U.S. Unauthorized Immigrant Population, by Metro Area, 2016 and 2007, Pew Research Center, Mar. 11, 2019 (Amarillo, TX) | App.034-036 |
| | A-5 | QuickFacts, Amarillo city, Texas, United States Census Bureau | App.037-040 |
| | A-6 | Estimates of U.S. Unauthorized Immigrant Population, by Metro Area, 2016 and 2007, Pew Research Center, Mar. 11, 2019 (Dallas-Fort Worth-Arlington, TX) | App.041-043 |

| A-7 | Notice of Voluntary Dismissal Without Prejudice, ECF No. 25, *K.P.P.R. v. Mayorkas* | App.044-047 |
|-----|-------------------------------------------------------------------------------------|-------------|
| A-8 | Order, ECF No. 39, *Turcios v. Wolf* | App.048-055 |
| A-9 | Docket Sheet, *Doe v. Barr* | App.056-060 |

| | |
|---|---|
| Date: May 24, 2021 | Respectfully submitted. |
| | |
| ERIC S. SCHMITT<br>Attorney General of Missouri | KEN PAXTON<br>Attorney General of Texas |
| | |
| /s/ D. John Sauer<br>D. JOHN SAUER, #58720MO*<br>Solicitor General | BRENT WEBSTER<br>First Assistant Attorney General |
| | |
| JESUS A. OSETE, #69267MO*<br>Deputy Solicitor General | JUDD E. STONE II<br>Solicitor General<br>Texas Bar No. 24076720 |
| | |
| OFFICE OF THE ATTORNEY GENERAL<br>Supreme Court Building<br>207 West High Street<br>P.O. Box 899<br>Jefferson City, Missouri 65102<br>Tel. (573) 751-8870<br>Fax (573) 751-0774<br>John.Sauer@ago.mo.gov | PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>Texas Bar No. 00798537<br><br>/s/ William T. Thompson<br>WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>*Attorney-in-Charge*<br>Texas Bar No. 24088531 |
| | |
| *Counsel for Plaintiff State of Missouri* | RYAN D. WALTERS<br>Special Counsel<br>Texas Bar No. 24105085 |
| *Admitted pro hac vice | JEFFREY M. WHITE<br>Special Counsel<br>Texas Bar No. 24064380 |
| | OFFICE OF THE ATTORNEY GENERAL<br>SPECIAL LITIGATION UNIT<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1414<br>Fax: (512) 457-4410<br>patrick.sweeten@oag.texas.gov<br>will.thompson@oag.texas.gov<br>ryan.walters@oag.texas.gov |
| | *Counsel for Plaintiff State of Texas* |

## CERTIFICATE OF SERVICE

I certify that on May 24, 2021, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

*/s/ William T. Thompson*
William T. Thompson
