UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS and <br><br> THE STATE OF MISSOURI, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § § § § § <br><br> Case No. 2:21-cv-00067-Z |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO STAY**

Before the Court is Defendants' Motion to Stay. After due consideration of the Motion, Plaintiffs' response, the evidence presented, and the applicable law, the Court finds that a stay is not warranted.

It is therefore ORDERED that Defendants' Motion to Stay is DENIED.

**SO ORDERED**.

_____, 2021

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE