**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

State of Texas, et al.
                    *Plaintiff*

                    v.

Joseph R. Biden, Jr., et al.
                    *Defendant*

§
§
§
§
§   Case No. 2:21-cv-00067-Z
§
§
§
§

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**      Applicant is an attorney and a member of the law firm of (or practices under the name of)

Immigration Reform Law Institute                                                   , with offices at

25 Massachusetts Ave., NW, Suite 335
(Street Address)

Washington                                    DC                    20001
(City)                                        (State)               (Zip Code)

(571) 435-3582                                (202) 464-3590
(Telephone No.)                               (Fax No.)

**II.**     Applicant will sign all filings with the name Matt A. Crapo                                          .

**III.**    Applicant has been retained personally or as a member of the above-named firm by:
                            (List All Parties Represented)

Immigration Reform Law Institute as amicus curiae

to provide legal representation in connection with the above-styled matter now pending before the United

States District Court for the Northern District of Texas.

IV.     Applicant is a member in good standing of the bar of the highest court of the state of

_____District of Columbia_____, where Applicant regularly practices law.

Bar license number:_473355_____          Admission date:_July 9, 2001_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

| For Court Use Only. Bar Status Verified: |
| --- |
| _____ |

V.     Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
| --- | --- | --- |
| Court of Appeals for the 9th Circuit | 03/26/2007 | active |
| U.S. Dist. Ct., N.D. Tex. 4:21-cv-579 | 04/30/2021 | pro hac vice |
| U.S. Dist. Ct., S.D. Tex. 6:21-cv-016 | 05/19/2021 | pro hac vice |
| | | |

VI.     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.     Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

I was arrested for driving under the influence in 2016. The charges were dismissed.

**IX.**    Applicant has filed for *pro hac vice* admission in the United States District Court for the

Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

 N/A_____          N/A_____

_____          _____

_____          _____

(If necessary, attach statement of additional applications.)


**X.**    Local counsel of record associated with Applicant in this matter is

 Matt A. Crapo_____, who has offices at

 25 Massachusetts Ave., NW, Suite 335_____
(Street Address)

 Washington_____          DC_____          20001_____
(City)                                          (State)                (Zip Code)

 (571) 435-3582_____          N/A_____
(Telephone No.)                                      (Facsimile No.)


**XI.**    Check the appropriate box below.

For Application in a **Civil Case**

[✓]    Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121
F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will
comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]    Applicant has read and will comply with the local criminal rules of this court.


**XII.**    Applicant respectfully requests to be admitted to practice in the United States District Court for

the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this

document has been served upon each attorney of record and the original upon the clerk of court,

accompanied by a $100 filing fee, on this the    27th    day of May_____, 2021_____.


 Matt A. Crapo_____
Printed Name of Applicant

 /s/ Matt A. Crapo_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.