# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS,
# AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS; STATE OF MISSOURI,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>JOSEPH R. BIDEN, JR., et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 2:21-cv-00067 |

On considering the unopposed motion of Immigration Reform Law Institute for leave to file a memorandum of law as *amicus curiae* in support of Plaintiffs' motion for preliminary injunction, the memorandum of law submitted therewith, and the lack of any opposition thereto, the Court determines that the motion should be granted. For the foregoing reasons, it is hereby **ORDERED** that the Unopposed Motion for Leave to File is **GRANTED**; and it is **FURTHER ORDERED** that the Clerk is directed to file the Memorandum of Law submitted with the Motion for Leave to File.

**SO ORDERED**:

_____, 2021.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MATTHEW J. KACSMARYK
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE