**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

|  |  |
|---|---|
| STATE OF TEXAS,<br>STATE OF MISSOURI,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOSEPH R. BIDEN, JR.,<br>in his official capacity as<br>President of the United States, *et al.*,<br><br>*Defendants.* | Civil Action No. 2:21-cv-00067-Z |

**ADMINISTRATIVE RECORD**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>STATE OF MISSOURI,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOSEPH R. BIDEN, JR.,<br>in his official capacity as<br>President of the United States, *et al.*,<br><br>*Defendants.* | Civil Action No. 2:21-cv-00067-Z |

## CERTIFICATION

My name is Juliana Blackwell. I am employed with the U.S. Department of Homeland Security, as the Deputy Executive Secretary. I am responsible for the oversight and management of the Office of the Executive Secretary, which oversees the management of written communication intended for, and originated by, the Secretary and Deputy Secretary of Homeland Security and maintains official Department records. I have held this position since August 2019.

I am the custodian of the "Suspension of Enrollment in the Migrant Protection Protocols Program" memorandum at DHS and the administrative record for that decision for DHS. I certify that, to the best of my knowledge, information, and belief, the attached index contains the non-privileged documents considered by DHS, and that these documents constitute the administrative record the agency considered in issuing the memorandum.

Executed this 28th day of May, 2020 in Washington, D.C.

JULIANA J BLACKWELL
Digitally signed by JULIANA J BLACKWELL
Date: 2021.05.28 17:56:23 -04'00'

_____
Juliana Blackwell
Deputy Executive Secretary

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>STATE OF MISSOURI,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>JOSEPH R. BIDEN, JR.,<br>in his official capacity as<br>President of the United States, *et al.*,<br><br>    *Defendants.* | Civil Action No. 2:21-cv-00067-Z |

## CERTIFIED INDEX

**DOCUMENT**                                                                                **PAGE**

1. *Suspension of Enrollments in the Migrant Protection Protocols Program*,
   Signed by Acting Secretary David Pekoske on January 20, 2021……………………..001



U.S. Department of Homeland Security
Washington, DC 20528

# Homeland Security

January 20, 2021

| | |
|---|---|
| **MEMORANDUM FOR:** | Troy Miller<br>Senior Official Performing the Duties of the Commissioner<br>U.S. Customs and Border Protection<br><br>Tae Johnson<br>Acting Director<br>U.S. Immigration and Customs Enforcement |
| **FROM:** | David Pekoske<br>Acting Secretary |
| **SUBJECT:** | **Suspension of Enrollment in the Migrant Protection Protocols Program** |

---

Effective January 21, 2021, the Department will suspend new enrollments in the Migrant Protection Protocols (MPP), pending further review of the program. Aliens who are not already enrolled in MPP should be processed under other existing legal authorities.

## CERTIFICATE OF SERVICE

    I hereby certify that on May 31, 2021, I electronically filed this Administrative Record with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                                      /s/ *Brian C. Ward*
                                                      BRIAN C. WARD
                                                      U.S. Department of Justice