IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:21-CV-067-Z |
| | § | |
| JOSEPH R. BIDEN, JR. *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On June 1, 2021, the Department of Homeland Security published a memo titled "Termination of the Migrant Protection Protocols Program." In that memo, Secretary Mayorkas rescinded the January 20, 2021 memo titled "Suspension of Enrollment in the Migrant Protection Protocols Programs," which was the focus of this lawsuit.

Accordingly, the parties are **ORDERED** to file a joint status update on the effect of the June 1 memo on the disposition of this case. If the parties cannot agree on the effect, they shall state their positions on how this case shall move forward in separate sections of the status update. The update is due **Friday, June 4, 2021**. No other previously scheduled deadlines are affected by this order.

**SO ORDERED**.

June 2, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE