# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS and<br><br>THE STATE OF MISSOURI,<br><br>    *Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*,<br><br>    *Defendants*. | §§§§§§§§§§§§§§ | Case No. 2:21-cv-00067-Z |

## Plaintiffs' First Amended Complaint

# EXHIBIT A



U.S. Department of Homeland Security
Washington, DC 20528

# Homeland Security

January 20, 2021

**MEMORANDUM FOR:** Troy Miller
Senior Official Performing the Duties of the Commissioner
U.S. Customs and Border Protection

Tae Johnson
Acting Director
U.S. Immigration and Customs Enforcement

**FROM:** David Pekoske
Acting Secretary

**SUBJECT:** **Suspension of Enrollment in the Migrant Protection Protocols Program**

---

Effective January 21, 2021, the Department will suspend new enrollments in the Migrant Protection Protocols (MPP), pending further review of the program. Aliens who are not already enrolled in MPP should be processed under other existing legal authorities.