IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>STATE OF MISSOURI,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOSEPH R. BIDEN, JR.,<br>in his official capacity as<br>President of the United States, *et al.*,<br><br>*Defendants.* | Civil Action No. 2:21-cv-00067-Z |

## NOTICE OF APPEARANCE

The undersigned hereby enters an appearance as additional counsel for the defendants.

    Respectfully submitted,

    PRERAK SHAH
    Acting United States Attorney

    /s/ Brian W. Stoltz
    Brian W. Stoltz
    Assistant United States Attorney
    Texas Bar No. 24060668
    1100 Commerce Street, Third Floor
    Dallas, Texas 75242-1699
    Telephone:   214-659-8626
    Facsimile:   214-659-8807
    brian.stoltz@usdoj.gov

    Attorneys for Defendants

<u>Certificate of Service</u>

On June 4, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

<u>/s/ Brian W. Stoltz</u>
Brian W. Stoltz
Assistant United States Attorney