# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS and <br><br> THE STATE OF MISSOURI, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*, <br><br> Defendants. | Case No. 2:21-cv-00067-Z |

## APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| Exhibit | Description | Page(s) |
|---|---|---|
| A | Declaration of Wyatt Suling | App.001–007 |
| A-1 | Assessment of the Migrant Protection Protocols (MPP) | App.008–018 |
| A-2 | Department of Homeland Security's Press Release dated December 20, 2018 | App.019–022 |
| A-3 | Memorandum of Secretary Kirstjen M. Nielsen dated January 25, 2019 | App.023–027 |
| A-4 | MPP Guiding Principles | App.028–030 |
| A-5 | Memorandum of Acting Secretary David Pekoske dated January 20, 2021 | App.031–032 |
| A-6 | Department of Homeland Security's Press Release dated March 16, 2021 | App.033–039 |
| A-7 | Fox News Article dated March 31, 2021: "Border Patrol official expects more than 1 million migrant encounters this year" | App.040–055 |

| | | |
|---|---|---|
| A-8 | U.S. Customs and Border Protection Encounters: Southwest Land Border Encounters for Fiscal Year 2021 | App.056–078 |
| A-9 | Associated Press Article dated April 1, 2021: "Migrants freed without court notice – sometimes no paperwork" | App.079–092 |
| A-10 | NPR Article dated March 23, 2021: "Ex-DHS Chief Says Biden Was Warned About Dismantling Trump's Border Policies" | App.093–102 |
| A-11 | New York Times Article dated April 1, 2021: "The Real Reason for the Border Crisis" | App.103–110 |
| A-12 | New York Times Article dated March 3, 2019: "You Have to Pay With Your Body" | App.111–116 |
| A-13 | Human Trafficking by the Numbers: The Initial Benchmark of Prevalence and Economic Impact for Texas | App.117–227 |
| A-14 | Migrant Protection Protocols Update | App.228–237 |
| A-15 | Polaris Project's publication:, "The Latino Face of Human Trafficking and Exploitation in the United States" | App.238–248 |
| A-16 | 83 Fed. Reg. 55,934-55,935 (Nov. 9, 2018) | App.249–269 |
| A-17 | Executive Office for Immigration Review Adjudication Statistics: Credible Fear and Asylum Process: Fiscal Year (FY) 2008 – FY 2019 | App.270–271 |
| A-18 | Transactional Access Records Clearinghouse (TRAC) Immigration: Immigration Court Backlog Tool | App.272–273 |
| A-19 | Missouri Department of Elementary and Secondary Education: State Report Card – 2020 Data | App.274–275 |
| A-20 | Migration Policy Institute, Profile of the Unauthorized Population: Missouri | App.276–282 |
| A-21 | Pew Research Center: U.S. unauthorized immigrant population estimates by state, 2016 | App.283–287 |
| A-22 | Transactional Access Records Clearinghouse (TRAC) publication: Now Over 8,000 MPP Cases Transferred Into United States Under Biden | App.288–296 |

| | | | |
|---|---|---|---|
| B | | Declaration of Ryan D. Walters | App.297–299 |
| | B-1 | U.S. Dept. of Homeland Security Migrant Protection Protocols Website | App.300–305 |
| | B-2 | Assessment of the Migrant Protection Protocols (Oct. 28, 2019) | App.306–316 |
| | B-3 | Memorandum of Understanding Between Texas and DHS | App.317–326 |
| | B-4 | U.S. Customs and Border Protection Custody and Transfer Statistics FY2021 | App.327–333 |
| | B-5 | U.S. Citizenship and Immigration Services Description of Parole | App.334–345 |
| | B-6 | 2.2.2021 DHS letter to Texas | App.346–348 |
| | B-7 | DPS Texas Criminal Illegal Alien Data | App.349–357 |
| | B-8 | U.S. Census Bureau Table – Geographic Mobility by Citizenship Status | App.358–370 |
| | B-9 | Foreign-Born Population in Texas | App.371–386 |
| | B-10 | Gone to Texas | App.387–388 |
| C | | Declaration of Mark Morgan | App.389–400 |
| D | | Declaration of Alison Phillips | App.401–413 |
| E | | Declaration of Cara Pierce | App.414–423 |
| F | | Declaration of Sheri Gipson | App.424–429 |
| | F-1 | Verifying Lawful Presence | App.430–437 |
| G | | Declaration of Leonardo R. Lopez | App.438–442 |
| | G-1 | U.S. Health and Human Services Office of Refugee Resettlement | App.443–447 |
| H | | Declaration of Lisa Kalakanis | App.448–453 |
| | H-1 | Estimating the Percent of Undocumented Clients | App.454–457 |
| I | | Declaration of Rebecca Waltz | App.458–461 |

Case 2:21-cv-00067-Z   Document 54   Filed 06/08/21   Page 4 of 5   PageID 1138

| J | | Second Declaration of Ryan D. Walters | App.462-464 |
|---|---|---|---|
| | J-1 | Memorandum of Secretary Alejandro N. Mayorkas dated June 1, 2021 | App.465-472 |

Date: June 8, 2021

ERIC S. SCHMITT
Attorney General of Missouri

/S/ D. JOHN SAUER
D. JOHN SAUER, #58720MO*
Solicitor General

JESUS A. OSETE, #69267MO*
Deputy Solicitor General

OFFICE OF THE ATTORNEY GENERAL
Supreme Court Building
207 West High Street
P.O. Box 899
Jefferson City, Missouri 65102
Tel. (573) 751-8870
Fax (573) 751-0774
John.Sauer@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

*Admitted pro hac vice

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JUDD E. STONE II
Solicitor General
Texas Bar No. 24076720

PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Texas Bar No. 00798537

/s/ William T. Thompson
WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
*Attorney-in-Charge*
Texas Bar No. 24088531

RYAN D. WALTERS
Special Counsel
Texas Bar No. 24105085

OFFICE OF THE ATTORNEY GENERAL
SPECIAL LITIGATION UNIT
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov
ryan.walters@oag.texas.gov

*Counsel for Plaintiff State of Texas*

4

### CERTIFICATE OF SERVICE

I certify that on June 8, 2021, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

<div style="text-align:right">

*/s/ William T. Thompson*
William T. Thompson

</div>