IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS; STATE OF MISSOURI : | No. 2:21-CV-00067-Z |
| Plaintiffs : | |
| v. : | |
| JOSEPH R. BIDEN, JR. in his official capacity as President of the United States, ET. AL. : | |
| Defendants : | |

## ORDER [PROPOSED]

AND NOW, this _____ day of June 2021, on considering the unopposed motion of Advocates for Illegal Alien Crime for leave to file a brief as amicus curiae in support of plaintiffs', State of Texas and State of Missouri, motion for a preliminary injunction, it is hereby **ORDERED** that the Motion for Leave to File is **GRANTED**; and it is **FURTHER ORDERED** that the Clerk is directed to file the amicus curiae brief attached as Exhibit A to the Motion for Leave to File.

BY THE COURT:

_____