IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>STATE OF MISSOURI,<br><br>   *Plaintiffs,*<br><br>   v.<br><br>JOSEPH R. BIDEN, JR.,<br>in his official capacity as<br>President of the United States, *et al.*,<br><br>   *Defendants.* | Civil Action No. 2:21-cv-00067-Z |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT**

                                          BRIAN M. BOYNTON
                                          Acting Assistant Attorney General

                                          WILLIAM C. PEACHEY
                                          Director
                                          Office of Immigration Litigation
                                          District Court Section

                                          EREZ REUVENI
                                          Assistant Director

                                          JOSEPH A. DARROW
                                          Trial Attorney

                                          FRANCESCA GENOVA
                                          Trial Attorney
                                          U.S. Department of Justice
                                          Civil Division
                                          Office of Immigration Litigation
                                          District Court Section
                                          P.O. Box 868, Ben Franklin Station
                                          Washington, DC 20044
                                          Tel.: (202) 305-1062
                                          Francesca.M.Genova@usdoj.gov

Defendants hereby move this Court to extend the time for Defendants to answer or respond to Plaintiffs' Amended Complaint until 30 days after the Court rules on Plaintiffs' pending Motion for Preliminary Injunction (ECF No. 53). Otherwise, Defendants' responsive pleading to Plaintiffs' Complaint would be due June 21, 2021. Defendants have conferred with Plaintiffs concerning this motion. Plaintiffs do not oppose Defendants' request for an extension of time except insofar as it would have collateral consequences for issues like the availability of discovery or consolidation under Rule 65. Plaintiffs preserve their position that, in the event such issues arise, any delay in filing a responsive pleading should not prejudice the resolution of those issues.

Good cause exists for such an extension. The Court's resolution of Plaintiffs' Motion for Preliminary Injunction is likely to substantially affect subsequent proceedings in this litigation. Accordingly, extending the time for Defendants to answer or otherwise respond until 30 days after the Court resolves that motion will likely conserve the Parties' and the Court's resources. No previous extensions have been sought or granted.

Date: June 16, 2021    Respectfully submitted,

BRIAN M. BOYNTON
*Acting Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

JOSEPH A. DARROW
*Trial Attorney*

*/s/ Francesca Genova*
FRANCESCA GENOVA
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 305-1062
Francesca.M.Genova@usdoj.gov

## CERTIFICATE OF CONFERNCE

This is to certify that I have conferred with counsel for Plaintiffs about the relief requested herein and they do not oppose Defendants' request for an extension of time except insofar as it would have collateral consequences for issues like the availability of discovery or consolidation under Rule 65. Plaintiffs preserve their position that, in the event such issues arise, any delay in filing a responsive pleading should not prejudice the resolution of those issues.

>  */s/ Francesca Genova*
>  Francesca Genova
>  Trial Attorney
>  United States Department of Justice
>  Civil Division

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

>  */s/ Francesca Genova*
>  Francesca Genova
>  Trial Attorney
>  United States Department of Justice
>  Civil Division