IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:21-CV-067-Z |
| | § | |
| JOSEPH R. BIDEN, JR. *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the unopposed Motion (ECF No. 42) of Immigration Reform Law Institute for leave to file a memorandum of law as *amicus curiae* in support of Plaintiffs' Motion for Preliminary Injunction. Considering the unopposed nature of the Motion, it is hereby **ORDERED** that the Unopposed Motion for Leave to File is **GRANTED**. The Clerk is **ORDERED** to file the Memorandum of Law (ECF No. 42-1) submitted with the Motion for Leave to File.

**SO ORDERED.**

June *16*, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE