IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUN 1 8 2021

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| THE STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:21-CV-067-Z |
| | § | |
| JOSEPH R. BIDEN, JR. *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Time to File Response to Plaintiffs' Amended Complaint (ECF No. 56). Considering the unopposed nature of the Motion, the Court finds its should be **GRANTED**. Accordingly, Defendants' answer or response to Plaintiffs' Amended Complaint is due 30 days after the Court rules on the Plaintiffs' pending Motion for Preliminary Injunction (ECF No. 53). This Order shall not be construed to prejudice Plaintiffs regarding collateral issues such as the availability of discovery or consolidation under Rule 65.

**SO ORDERED**.

June _18_, 2021.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE