IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>STATE OF MISSOURI,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOSEPH R. BIDEN, JR.,<br>in his official capacity as<br>President of the United States, *et al.*,<br><br>*Defendants.* | Civil Action No. 2:21-cv-00067-Z |

## ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' EXTRA RECORD MATERIAL SUBMITTED IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION

Before the Court is Defendants' Motion to Strike Plaintiffs' Extra Record Material Submitted in Support of their Motion for Preliminary Injunction. The Court, having considered the motion, all responses and replies thereto, and all other relevant materials, finds that the motion should be, and is hereby, GRANTED. The Court strikes Plaintiffs' extra record evidence in their Appendix, ECF No. 54, 54-1, 54-2, and all references thereto in Plaintiffs' merits briefing in support of their motion for a preliminary injunction, ECF No. 53 at 10-21.

Signed this ___ day of _____, 2021.

_____
Hon. Matthew J. Kacsmaryk
United States District Judge