IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| THE STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:21-CV-067-Z |
| | § | |
| JOSEPH R. BIDEN, JR. *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

After receiving the parties' joint statement (ECF No. 68), the Court sets this case for a consolidated Rule 65 hearing to begin on **Thursday, July 22, 2021 at 10:00am** in the First Floor Courtroom of the J. Marvin Jones Federal Building and Mary Lou Robinson United States Courthouse at 205 E. Fifth St., Amarillo, Texas 79101.

To accommodate this date, the Court sets an expedited briefing schedule for Defendants' pending Motion to Strike (ECF No. 62). Plaintiffs' Response is due **Friday, July 9.** Defendants' Reply is due **Friday, July 16.** The Court anticipates ruling on the pending Motion *before* the July 22 hearing.

Regarding the format of the hearing, the Court adopts the parties' following proposal for the sequence of argument: (1) one-and-a-half hours for Plaintiffs' opening presentation; (2) two hours for Defendants' presentation; and (3) half an hour for Plaintiffs' rebuttal presentation. Additionally, the Court approves the parties' agreement to admit evidentiary materials without a sponsoring witness. The Court recognizes this agreement does not waive any argument certain evidence should be given no weight or waive the parties' ability to raise individual objections to specific documentary submissions at the hearing as appropriate.

Additionally, the Amarillo Division had concerns about COVID-19 risks, and therefore issued special orders and standing orders in accordance with CDC recommendations to protect the health and safety of the public. Following these protocols, the Court has held hundreds of sentencing hearings, jury trials, and other court proceedings in a safe manner. But due to the inherent limitations, glitches, and changes technology imposes on a hearing, *the Court will not permit attorneys to appear virtually*.

**SO ORDERED.**

July **6**, 2021.

_____

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

2