UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS and<br><br>THE STATE OF MISSOURI,<br><br>    Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*,<br><br>    Defendants. | Case No. 2:21-cv-00067-Z |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO INTRODUCE EXTRA-RECORD EVIDENCE**

Before the Court is Plaintiffs' Motion to Introduce Extra-Record Evidence. The Court, having considered the motion, all responses and replies thereto, and all other relevant materials, finds that the motion should be, and is hereby, GRANTED.

The Court admits the Plaintiffs' extra-record evidence in their appendix, ECF Nos. 54, 54-1, 54-2, into the record for consideration of the pending motion for preliminary injunction and trial on the merits.

**SO ORDERED**.

_____, 2021

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE