IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>STATE OF MISSOURI,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOSEPH R. BIDEN, JR.,<br>in his official capacity as<br>President of the United States, *et al.*,<br><br>*Defendants.* | Civil Action No. 2:21-cv-00067-Z |

**NOTICE OF FILING CORRECTED ADMINISTRATIVE RECORD CERTIFICATION,
INDEX, AND RECORD DOCUMENT**

Defendants hereby file the attached Corrected Certification of the Administrative Record, Corrected Index for the Certified Administrative Record, and the document *Assessment of the Migrant Protection Protocols (MPP)*, October 28, 2019, Administrative Record ("AR") 682-691, which was inadvertently omitted from the originally filed version of the Certified Administrative Record, ECF No. 61, as explained in the attached Declaration of Juliana Blackwell.

Defendants apologize for any confusion caused by this mistaken omission.

| | |
|---|---|
| Date: July 20, 2021 | Respectfully submitted, |
| PRERAK SHAH<br>*Acting United States Attorney* | BRIAN M. BOYNTON<br>*Acting Assistant Attorney General* |
| BRIAN W. STOLZ<br>*Assistant United States Attorney* | WILLIAM C. PEACHEY<br>*Director*<br>Office of Immigration Litigation<br>District Court Section |
| | EREZ REUVENI<br>*Assistant Director* |
| | FRANCESCA GENOVA<br>*Trial Attorney* |
| | */s/ Joseph A. Darrow*<br>JOSEPH A. DARROW<br>*Trial Attorney*<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel.: (202) 598-7537<br>Joseph.a.darrow@usdoj.gov |

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 20, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                      */s/ Joseph A. Darrow*
                                      JOSEPH A. DARROW
                                      Trial Attorney
                                      United States Department of Justice
                                      Civil Division