UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS and <br><br> THE STATE OF MISSOURI, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § § § § § § <br><br> Case No. 2:21-cv-00067-Z |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE EVIDENCE OR, IN THE ALTERNATIVE, REQUIRE PRODUCION OF WITNESSES FOR LIVE TESTIMONY**

Before the Court is Plaintiffs' Motion to Exclude Evidence or, in the Alternative, require production of Witnesses for Live Testimony. After due consideration of the Motion and the Notice of Filing of Corrected Administrative Record Certification, Index, and Record Document, and the applicable law, the Court finds Plaintiffs' Motion to be meritorious.

It is therefore ORDERED that Plaintiffs' Motion to Exclude Evidence or, in the Alternative, require Production of Witnesses for Live Testimony is GRANTED. It is hereby ORDERED that the Notice of Filing of Corrected Administrative Record Certification, Index, and Record Document, ECF Nos. 78; 78-1; 78-2; and 78-3, be excluded from consideration in this case. **SO ORDERED**.

_____, 2021

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE