IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-067-Z |
| JOSEPH R. BIDEN, JR. *et al.*, | § § | |
| Defendants. | § § | |

### ORDER

Before the Court is Plaintiffs' Motion to Exclude Evidence or, in the alternative, Require Production of Witnesses for Live Testimony (ECF No. 80). By the Motion, Plaintiffs aver that Defendants are "attempt[ing] to backfill a glaring omission from their own previously filed administrative record and to derail the final trial on the merits set for tomorrow." *Id.* at 2. Defendants are **ORDERED** to file a responsive brief **by today, July 21, 2021 at 5:00pm (CT).**

**SO ORDERED**.

July 21, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE