IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:21-CV-067-Z |
| | § | |
| JOSEPH R. BIDEN, JR. *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this date, the Court held a consolidated hearing on Plaintiffs' Motion for Preliminary Injunction and a trial on the merits. The parties are **ORDERED** to file proposed findings of fact and conclusions of law **by 5:00pm, Tuesday, July 27, 2021**. In addition, the parties shall file briefs regarding the appropriate relief for Plaintiffs if the Court determines they should prevail on any of their claims. These briefs are due at the same time as the proposed findings of fact and conclusions of law.

**SO ORDERED.**

July 22, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE