**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

|  |  |  |
|---|---|---|
| STATE OF TEXAS,<br>STATE OF MISSOURI, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:21-cv-00067-Z |
| | ) | |
| JOSEPH R. BIDEN, JR.,<br>in his official capacity as<br>President of the United States, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

## MOTION TO WITHDRAW

Counsel of record for Defendants, Francesca Genova of the Department of Justice, hereby respectfully moves to withdraw from this case. She has accepted employment at another employer and will soon be leaving the Department of Justice. Defendants will remain represented in this action by other attorneys from the Department of Justice, including Erez Reuveni, who has previously appeared in the case and whose address and other contact information are set forth below.

Date:  July 23, 2021                    Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        *Acting Assistant Attorney General*

                                        WILLIAM C. PEACHEY
                                        *Director*
                                        Office of Immigration Litigation
                                        District Court Section

                                        EREZ REUVENI
                                        *Assistant Director*

                                        JOSEPH A. DARROW
                                        *Trial Attorney*

                                        */s/ Francesca Genova*
                                        FRANCESCA GENOVA
                                        *Trial Attorney*
                                        U.S. Department of Justice
                                        Civil Division
                                        Office of Immigration Litigation
                                        District Court Section
                                        P.O. Box 868, Ben Franklin Station
                                        Washington, DC 20044
                                        Tel.: (202) 305-1062
                                        Francesca.M.Genova@usdoj.gov

                                        Erez Reuveni
                                        Assistant Director
                                        U.S. Department of Justice
                                        Civil Division
                                        Office of Immigration Litigation
                                        District Court Section
                                        P.O. Box 868, Ben Franklin Station
                                        Washington, DC 20044
                                        Tel.: (202) 307-4293
                                        Erez.R.Reuveni@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

*/s/ Francesca Genova*
Francesca Genova
Trial Attorney
United States Department of Justice
Civil Division
