IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:21-CV-067-Z |
| | § | |
| JOSEPH R. BIDEN, JR. *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the Court is Defendants' Motion to Withdraw (ECF No. 87) Francesca Genova as counsel of record. Defendants represent that attorney Erez Reuveni and other Department of Justice attorneys will remain counsel in this case. The Court finds that Defendants' Motion should be **GRANTED**. It is therefore **ORDERED** that Francesca Genova is hereby withdrawn as counsel for Defendants.

**SO ORDERED.**

July 27, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE