IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, <br> THE STATE OF MISSOURI, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR. *et al.*, <br><br> Defendants. | § § § § § § § § § § § | 2:21-CV-067-Z |

## JUDGMENT

On an equal date herewith, the Court entered findings of facts and conclusions of law in accordance with Fed. R. Civ. P. 52. The Court found Plaintiffs' APA and statutory claims meritorious while declining to rule on Plaintiffs' other claims. Accordingly, the Court **VACATED** and **REMANDED** the June 1 Memorandum and entered a **PERMANENT INJUNCTION** against Defendants.

Judgment is entered accordingly.

August 13, 2021.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE