# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, <br> STATE OF MISSOURI, <br><br> *Plaintiffs,* <br><br> v. <br><br> JOSEPH R. BIDEN, JR., <br> in his official capacity as <br> President of the United States, *et al.*, <br><br> *Defendants.* | Civil Action No. 2:21-cv-00067-Z |

## ORDER GRANTING DEFENDANTS' EMERGENCY MOTION TO STAY COURT'S ORDER PENDING APPEAL

Before the Court is Defendants' Emergency Motion to Stay Court's Order Pending Appeal. The Court, having considered the motion and all other relevant materials, finds that the motion should be and is hereby granted.

Signed this ___ day of _____, 2021.

_____
Hon. Matthew J. Kacsmaryk
United States District Judge