IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION


| | | |
|---|---|---|
| THE STATE OF TEXAS, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-067-Z |
| JOSEPH R. BIDEN, JR. *et al.*, | § § § | |
| Defendants. | § | |

### ORDER

Defendants' Emergency Motion to Stay Court's Order Pending Appeal (ECF No. 98) is **DENIED**. *See* FED. R. APP. P. 8(a)(1).

**SO ORDERED**.

August 17, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE