# United States Court of Appeals for the Fifth Circuit

No. 21-10806



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 1 8 2021
CLERK, U.S. DISTRICT COURT
By_____ Deputy

STATE OF TEXAS; STATE OF MISSOURI,

*Plaintiffs—Appellees,*

*versus*

JOSEPH R. BIDEN, JR., IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA; UNITED STATES OF AMERICA; ALEJANDRO MAYORKAS, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY MILLER, ACTING COMMISSIONER, U.S. CUSTOMS AND BORDER PROTECTION; UNITED STATES CUSTOMS AND BORDER PROTECTION; TAE D. JOHNSON, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; TRACY RENAUD, IN HER OFFICIAL CAPACITY AS ACTING DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

*Defendants—Appellants.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:21-CV-67

No. 21-10806

ORDER:

IT IS ORDERED that the motion of the American Civil Liberties Union and American Civil Liberties Union of Texas, for leave to file an amicus brief in support of the motion to stay is GRANTED.

IT IS FURTHER ORDERED that the motion of the American Immigration Council, American Immigration Lawyers Association, Catholic Legal Immigration Network, Incorporated, Center for Gender & Refugee Studies, Human Rights First, Justice Action Center, National Immigration Law Center, Round Table of Former Immigration Judges, and Southern Poverty Law Center, for leave to file an amicus brief in support of the motion for stay is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT