# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 18, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-10806   State of Texas v. Biden
                  USDC No. 2:21-CV-67

Enclosed is an order entered in this case.



Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Charles B. Whitney, Deputy Clerk
504-310-7679

Mrs. Blaine Bookey
Mr. Joseph Anton Darrow
Ms. Karen S. Mitchell
Mr. Erez Reuveni
Mr. Dean John Sauer
Mr. Brian Walters Stoltz
Mr. William Thomas Thompson
Mr. Brian Christopher Ward
Mr. Cody Wofsy