# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 19, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-10806   State of Texas v. Biden
                    USDC No. 2:21-CV-67

Enclosed is the opinion entered in the case captioned above.

In light of the court's decision to expedite this appeal, an expedited briefing schedule is forthcoming.

        Sincerely,

        LYLE W. CAYCE, Clerk

        *Charles Whitney*

        By: _____
        Charles B. Whitney, Deputy Clerk
        504-310-7679

Mrs. Blaine Bookey
Mr. Joseph Anton Darrow
Mr. Thomas Molnar Fisher
Ms. Karen S. Mitchell
Mr. Jesus Armando Osete
Mr. Erez Reuveni
Mr. Dean John Sauer
Mr. Brian Walters Stoltz
Mr. Judd Edward Stone II
Mr. William Thomas Thompson
Mr. Brian Christopher Ward
Mr. Cody Wofsy