# Exhibit B

# ERO LESA Statistical Tracking Unit
For Official Use Only (FOUO)/Pre-decisional
## Texas v Biden (MPP) - Court-Ordered Reporting - 9/14/2021

FY2021 ICE Removals data is updated through 09/11/2021 (IIDS v1.34 run date 09/13/2021; EID as of 09/11/2021).

Removals include returns. Returns include Voluntary Returns, Voluntary Departures and Withdrawals Under Docket Control.

ICE Removals include aliens processed for Expedited Removal (ER) or Voluntary Return (VR) that are turned over to ERO for detention. Aliens processed for ER and not detained by ERO or VR after June 1st, 2013 and not detained by ERO are primarily processed by Border Patrol. CBP should be contacted for those statistics.

### ICE Removals of Expedited Removals for Aug 2021

| Case AOR | Total |
|---|---|
| Atlanta | 66 |
| Baltimore | - |
| Boston | - |
| Buffalo | 6 |
| Chicago | 7 |
| Dallas | 111 |
| Denver | 55 |
| Detroit | 17 |
| El Paso | 70 |
| Houston | 86 |
| HQ | - |
| Los Angeles | 9 |
| Miami | 25 |
| New Orleans | 213 |
| New York City | 7 |
| Newark | 6 |
| Philadelphia | 7 |
| Phoenix | 125 |
| Salt Lake City | 64 |
| San Antonio | 244 |
| San Diego | 65 |
| San Francisco | 5 |
| Seattle | 11 |
| St. Paul | 2 |
| Washington | 2 |
| **Total** | **1,203** |