# Exhibit C

# ERO Custody Management Division

## Population Counts from August 1, 2021 through August 31, 2021

Source: ICE Integrated Decision Support (IIDS), 09/06/2021

IIDS is a data warehouse that contains dynamic data extracts from the Enforcement Integrated Database (EID).

FY2021 data: IIDS as of 09/06/2021; EID data through 09/04/2021

Average Daily Population is calculated by the total daily population divided by the number of days in the month

Total Daily Population includes single adults and individuals in family units

ERO is currently appropriated sufficient funding for approximately 34,000 detention beds nationwide, to support its mission to enforce immigration law. ICE's access to its full inventory of bedspace is severely limited due to various court orders limiting the intake of noncitizen detainees, an increase in detention facility contract terminations, detention facility contract modifications, and the ongoing COVID-19 pandemic. Specifically, ICE's Pandemic Response Requirements (PRR) for its detention facilities, which are informed by the Centers for Disease Control and Prevention's COVID-19 guidelines, require that facilities undertake efforts to reduce populations to approximately 75% capacity. Last year, the U.S. District Court for the Central District of California issued a nationwide preliminary injunction recognizing the 75% capacity limit, and ordering ICE to maintain additional strict standards to reduce the risk of COVID-19 infection. See Fraihat v. ICE, 445 F.Supp.3d 709 (C.D. Cal. Apr. 20, 2020). In light of these mandates, ICE's currently available bedspace inventory is only approximately 26,800 beds

| Average Daily Population for the Month of August | 25,162 |
|---|---|

| Date | Total Daily Population |
|---|---|
| 8/1/2021 | 25,868 |
| 8/2/2021 | 26,260 |
| 8/3/2021 | 26,027 |
| 8/4/2021 | 25,527 |
| 8/5/2021 | 25,542 |
| 8/6/2021 | 25,514 |
| 8/7/2021 | 25,639 |
| 8/8/2021 | 26,106 |
| 8/9/2021 | 26,171 |
| 8/10/2021 | 25,946 |
| 8/11/2021 | 25,780 |
| 8/12/2021 | 25,412 |
| 8/13/2021 | 25,539 |
| 8/14/2021 | 25,653 |
| 8/15/2021 | 26,112 |
| 8/16/2021 | 25,810 |
| 8/17/2021 | 25,899 |
| 8/18/2021 | 25,609 |
| 8/19/2021 | 25,430 |
| 8/20/2021 | 24,838 |
| 8/21/2021 | 24,825 |
| 8/22/2021 | 25,019 |
| 8/23/2021 | 24,810 |
| 8/24/2021 | 24,438 |

| Date | Value |
|---|---:|
| 8/25/2021 | 24,157 |
| 8/26/2021 | 23,680 |
| 8/27/2021 | 23,142 |
| 8/28/2021 | 23,438 |
| 8/29/2021 | 23,731 |
| 8/30/2021 | 24,070 |
| 8/31/2021 | 24,043 |