UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS and | § | |
| | § | |
| THE STATE OF MISSOURI, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 2:21-cv-00067-Z |
| | § | |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*, | § § § | |
| | § | |
| Defendants. | § | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE PERMANENT INJUNCTION AND FOR EXPEDITED DISCOVERY**

Before the Court is Defendants' Motion to Enforce Permanent Injunction and for Expedited Discovery. After due consideration of the motion, any responses, the evidence presented, the applicable law, and all other relevant materials, the Court finds that the Motion should be, and is hereby, GRANTED.

**SO ORDERED**.

Signed on _____, 2021, at Amarillo, Texas.

_____
Matthew J. Kacsmaryk
United States District Judge