# ERO-LESA Statistical Tracking Unit

**For Official Use Only (FOUO)/Pre-decisional**

## Texas v Biden (MPP) - Reporting Requirement Get Back 9/23/2021

| | | | |
|---|---|---|---|
| ICE Initial Book Ins in August FY2021 with Arresting Agency of CBP | | | 29,384 |

| | | | |
|---|---|---|---|
| ICE Initial Book Ins in August FY2021 with Arresting Agency of CBP with a previously occurring USBP Apprehension or CBP OFO Encounter at the Southwest Border | | | 28,553 |
| | 9/11/2021 ICE Currently Detained | | 6,880 |
| | FY2021 YTD ICE Final Release | | 20,986 |
| | | *Bonded out* | 92 |
| | | *Order of Recognizance* | 16,893 |
| | | *Order of supervision* | 378 |
| | | *Paroled* | 3,623 |
| | FY2021 YTD ICE Removal | | 387 |

# ERO-LESA Statistical Tracking Unit
For Official Use Only (FOUO)/Pre-decisional
## Texas v Biden (MPP) - Reporting Requirement Get Back 9/23/2021

**Footnotes**
FY2021 ICE Initial Book Ins data are updated through 09/11/2021 (IIDS v.1.34 run date 09/13/2021; EID as of 09/11/2021).
ICE Currently Detained National Docket data are a snapshot as of 09/11/2021 (IIDS v.1.34 run date 09/13/2021; EID as of 09/11/2021).
FY2021 ICE Final Releases data are updated through 09/11/2021 (IIDS v.1.34 run date 09/13/2021; EID as of 09/11/2021).
FY2021 ICE Removals data are updated through 09/11/2021 (IIDS v.1.34 run date 09/13/2021; EID as of 09/11/2021).

USBP Apprehensions FY14 - FY21 YTD uploaded to IIDS on 9/15/2021, with FY21 apps through 09/12/21.

Office of Field Operations (OFO) Southwest Border Operations (SBO) Enforcement Encounters Report with Subject-level details for FY21TD through 9/13/2021.

For the purpose of this report, only the most recent status for an individual who had an ICE Initial Book Ins in August FY2021 with Arresting Agency of CBP with a previously occurring USBP Apprehension or CBP OFO Encounter at the Southwest Border is included in the summary count.  I.e., Individual with multiple initial book-ins pertinent to this litigation should have the same reported status and not be included in multiple status summary counts.

One A Number appears in both official ICE Currently Detained and ICE Removals populations.  For the purpose of reporting latest status, only the ICE Currently Detained records are included in the status summary counts.
Two A Numbers appear in both official ICE Releases and ICE Removals populations. For the purpose of this reporting latest status, only the ICE Removal records (which reflects a removal date after the final release date) are included in the status summary counts.

The person record for 300 ICE Initial Book Ins pertinent to this litigation could not be matched to an ICE Current Detention, ICE Final Release or ICE Removal occurring after the ICE Initial Book In date.

**ICE Initial Book Ins**
ICE Detention data exclude ORR transfers/facilities, as well as U.S. Marshals Service Prisoners.

All stats are pulled based on Current Program which attributes all cases back to the Program of the processing officer of the event. However, if Current Program = OPL, XXX, ZZZ, or null, then Event Program is used.

The "CBP" Arresting Agency includes the following programs: Border Patrol, Inspections, Inspections-Air, Inspections-Land, and Inspections-Sea.

ICE Initial Book Ins are matched to USBP Apprehensions and/or OFO Encounters based on subject-level details (Civilian record) where the USBP Apprehension and/or OFO Encounter occur prior to the ICE Initial Book In date. STU cannot confirm that the ICE Initial Book In is directly related to the matched USBP Apprehension and/or OFO Encounter.

Individuals may have more than one ICE Initial Book Ins relevant to this litigation.  All have been included.

**ICE Detained National Docket**
ICE Detention data exclude ORR transfers/facilities, as well as U.S. Marshals Service Prisoners.

ICE Initial Book Ins are matched to ICE Current Detention record based on person-level details (Person record) where the ICE Initial Book In occur prior to the ICE Current Detention date. The ICE Initial Book In may not be directly related to the matched ICE Current Detention.

**ICE Final Releases**
An ICE Final Release is defined as a Final Bookout that reflects one of the following release reasons: Bonded Out, Order of Recognizance, Order of Supervision, Paroled, or Prosecutorial Discretion. All Case Statuses are included.

ICE Detention data exclude ORR transfers/facilities and U.S. Marshals Service Prisoners.

ICE Initial Book Ins are matched to ICE Final Release record based on person-level details (Person record) where the ICE Initial Book In occur prior to the ICE Final Release date. The ICE Initial Book In may not be directly related to the matched ICE Final Release.

**ICE Removals**

ICE Removals include Returns. Returns include Voluntary Returns, Voluntary Departures and Withdrawals Under Docket Control.

ICE Removals include aliens processed for Expedited Removal (ER) or Voluntary Return (VR) that are turned over to ERO for detention.  Aliens processed for ER and not detained by ERO or VR after June 1st, 2013 and not detained by ERO are primarily processed by Border Patrol.

Starting in FY2009, ICE began to "lock" removal statistics at the end of each fiscal year and counted only the aliens whose removal or return was already confirmed. Aliens removed or returned in that fiscal year but not confirmed until after the end of that fiscal year were excluded from the locked data and thus from ICE statistics. To ensure an accurate and complete representation of all removals and returns, ICE will include the removals and returns confirmed after the end of that fiscal year into the next fiscal year. The number of removals in FY2009, excluding the "lag" from FY2008, was 387,790. The number of removals in FY2010, excluding the "lag" from FY2009, was 373,440. This number does not include 76,732 expedited removal cases which ICE closed on behalf of CBP in FY2010. Of those 76,732, 33,900 cases resulted from a joint CBP/ICE operation in Arizona. ICE spent $1,155,260 on those 33,900 cases. The number of removals in FY2011, excluding the "lag" from FY2010, was 385,145. The number of removals in FY2012, excluding the "lag" from FY2011, was 402,919. The number of removals in FY2013, excluding the "lag" from FY2012, was 363,144. The number of removals in FY2014, excluding the "lag" from FY2013, was 311,111. The number of removals in FY2015, excluding the "lag" from FY2014, was 231,250. The number of removals in FY2016, excluding the "lag" from FY2015, was 235,524. The number of removals in FY2017, excluding the "lag" from FY2016, was 220,649. The number of removals in FY2018, excluding the "lag" from FY2017, was 252,405.  The Number of removals in FY2019, excluding the "lag" from FY2018, was 262,591.  The number of removals in FY2020, excluding the "lag" from FY2019, was 177,516.

FY Data Lag/Case Closure Lag is defined as the physical removal of an alien occurring in a given month; however, the case is not closed in EARM until a subsequent FY after the data is locked.  Since the data from the previous FY is locked, the removal is recorded in the month the case was closed and reported in the next FY Removals.  This will result in a higher number of recorded removals in an FY than actual departures.

All stats are pulled based on Current Program which attributes all cases back to the Program of the processing officer of the event. However, if Current Program = OPL, XXX, ZZZ, or null, then Event Program is used.

ICE Initial Book Ins are matched to ICE Removal record based on person-level details (Person record) where the ICE Initial Book In occur prior to the ICE Removal date. The ICE Initial Book In may not be directly related to the matched ICE Removal.