# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

|  |  |
|---|---|
| STATE OF TEXAS, <br> STATE OF MISSOURI, <br><br> *Plaintiffs,* <br><br> v. <br><br> JOSEPH R. BIDEN, JR., <br> in his official capacity as <br> President of the United States, *et al.*, <br><br> *Defendants.* | Civil Action No. 2:21-cv-00067-Z |

## DEFENDANTS' SECOND SUPPLEMENTAL NOTICE OF COMPLIANCE WITH INJUNCTION

On August 13, 2021, the Court entered an injunction requiring Defendants to, *inter alia*, "enforce and implement [the Migrant Protection Protocols] MPP *in good faith*." ECF No. 94 at 52. Defendants submit this notice to further update the Court on Defendants' efforts to comply with the injunction since the filing of its last notice on October 14, 2021. *See* ECF No. 111.

The U.S. government has now "initiated the relevant contracts and largely finished its internal planning for the court-ordered re-implementation of MPP," and "[a]s a result of this work, [the Department of Homeland Security (DHS)] is ready to reimplement MPP shortly after the Government of Mexico (GOM) makes an independent decision to accept the return of individuals that the Department seeks to enroll in the program." Ex. 1, Declaration of Blas Nuñez-Neto. Over the past month, DHS has had "regular and high-level meetings with the GOM to discuss the GOM's concerns about the prior implementation of MPP and to work through possible solutions." *Id.* The parties have "made significant progress and are close to finalizing these discussions." *Id.* At this point, there is only "one set of outstanding issues that must be resolved before Mexico will be in a position to make the independent decision to accept into Mexico those enrolled in MPP." *Id.* DHS "anticipate[s] that the remaining issues will be resolved shortly and that reimplementation will begin within the coming weeks." *Id.*

Dated: November 15, 2021

CHAD E. MEACHAM
*Acting United States Attorney*

BRIAN W. STOLZ
*Assistant United States Attorney*

Respectfully submitted,

BRIAN M. BOYNTON
*Acting Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

JOSEPH A. DARROW
*Trial Attorney*

/s/ *Brian C. Ward*
BRIAN C. WARD
*Senior Litigation Counsel*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 616-9121
brian.c.ward@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ *Brian C. Ward*
BRIAN C. WARD
U.S. Department of Justice