# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, <br> STATE OF MISSOURI, <br><br> *Plaintiffs,* <br><br> v. <br><br> JOSEPH R. BIDEN, JR., <br> in his official capacity as <br> President of the United States, *et al.*, <br><br> *Defendants.* | Civil Action No. 2:21-cv-00067-Z |

## DEFENDANTS' MONTHLY REPORT FOR OCTOBER 2021

On August 13, 2021, the Court entered an injunction requiring Defendants to, *inter alia*, "enforce and implement [the Migrant Protection Protocols (MPP)] *in good faith*." ECF No. 94 at 52; *see State v. Biden*, No. 21-10806, 2021 WL 3674780 at *13 (5th Cir. Aug. 19, 2021). "To ensure compliance with this order," the Court provided, "starting September 15th, 2021, the Government must file with the Court on the 15th of each month, a report stating

> (1) the total monthly number of encounters at the southwest border; (2) the total monthly number of aliens expelled under Title 42, Section 1225, or under any other statute; (3) Defendants' total detention capacity as well as current usage rate; (4) the total monthly number of "applicants for admission" under Section 1225; (5) the total monthly number of "applicants for admission" under Section 1225 paroled into the United States; and (6) the total monthly number of "applicants for admission" under Section 1225 released into the United States, paroled or otherwise.

ECF No. 94 at 52-53.

Defendants submit the following Report in compliance with this requirement. This November 15th report reflects data from October 1, 2021 through October 31, 2021.

**1. Total Monthly Number of Encounters at the Southwest Border**

For the month of October 2021, DHS reported 164,303 total encounters at the Southwest Border. Ex. A at 1 (CBP Report – November 2021). This figure combines statistics reported by the U.S. Customs and Border Protection's Office of Field Operations (OFO), which deals with noncitizens seeking to enter at land ports of entry (POE), with statistics from the U.S. Border Patrol (USBP), which apprehends noncitizens seeking to enter between POEs.

**2. Total Monthly Number of Aliens Expelled Under Title 42, Section 1225, or Under Any Other Statute**

For the month of October 2021, DHS reported 102,633 total noncitizens expelled under Title 42 and removed or returned under Title 8 authorities (including 8 U.S.C. § 1225). This figure includes 93,676 Title 42 expulsions and 7,722 Title 8 removals and returns reported by CBP, Ex.

A at 2, and 1,235 removals under 8 U.S.C. § 1225 reported by U.S. Immigration and Customs Enforcement (ICE)[1], Ex. B at 1 (ICE Statistics for October 2021). As explained in Exhibit A, CBP's Title 8 removals and returns include several categories of removals and returns conducted by OFO and USBP, including expedited removals, reinstated orders of removal, voluntary returns, returns pursuant to 8 U.S.C. § 1225(b)(2)(C), withdrawals of applications for admission, etc. Ex. A at 2. ICE's removals under section 1225 represent expedited removals. Ex. B at 1.

### 3. Total Detention Capacity and Current Usage Rate

For the month of October 2021, DHS reported that its total detention capacity was approximately 32,485, a figure combining CBP's approximate holding capacity of 5,685, Ex. A at 3-4, and ICE's current approximate funded detention capacity of 26,800,[2] Ex. B at 5. CBP's approximate holding capacity is the sum of OFO's approximate holding capacity, 935, and USBP's average holding capacity, 4,750. Ex. A at 3 & n.11.

DHS reported that the current average daily usage rate throughout October 2021 for CBP detention was 13.2% for OFO facilities and 150.65% for Border Patrol facilities, Ex. A at 3 & n.11, and approximately 85.10% for ICE detention facilities. *See* Ex. B at 5 (rate equals average daily population of 22,806 for the month of October 2021 over the current approximate total detention capacity of 26,800).

---

[1] ICE removals include noncitizens processed for Expedited Removal (ER) or Voluntary Return (VR) that are turned over to ICE Enforcement and Removal Operations (ERO) for detention. Noncitizens processed for ER and not detained by ERO or VR after June 1, 2013 and not detained by ERO are primarily processed by CBP, and would be included within CBP's data. Ex. B.

[2] ICE has approximately 34,000 funded detention beds available nationwide but its full inventory of bedspace is severely limited to 75% capacity, or approximately 26,800 beds, due to various court orders limiting the intake of noncitizen detainees, an increase in detention facility contract terminations, detention facility contract modifications, and the ongoing COVID-19 pandemic. *See, e.g.*, *Fraihat v. ICE*, 445 F. Supp. 3d 709 (C.D. Cal. Apr. 20, 2020).

### 4. Total Monthly Number of Applicants for Admission Under § 1225

For the month of October 2021, DHS reported that the total number of applicants for admission under Section 1225 encountered[3] by CBP was 70,627. Ex. A at 4. This figure is consistent with CBP's total number of noncitizen encounters subtracting its Title 42 expulsions. *See* Ex. A at 4 n.12; *supra* §§ 1, 2.

### 5. Total Monthly Number of Applicants for Admission Under § 1225 Paroled Into the United States

For the month of October 2021, DHS reported that the total number of applicants for admission under Section 1225 paroled into the United States was 16,880. This figure combines CBP grants of parole – 9,827 USBP Apprehensions with a Parole Disposition, 626 OFO Inadmissible Aliens with a Parole Disposition, and 2,998 individuals categorized as "OFO NTA [Notice to Appear] and Paroled into the U.S. on a case-by-case basis pursuant to 8 U.S.C. § 1182(d)(5)," Ex. A. at 4 – and 3,429 ICE grants of parole, Ex. B at 2.

### 6. Total Monthly Number of Applicants for Admission Under § 1225 Released Into the United States, Paroled or Otherwise

For the month of October 2021, DHS reported that the total number of applicants for admission under Section 1225 released into the United States, paroled or otherwise, was 42,560, a figure reflecting CBP's 30,549 total releases across all categories for the month of October, Ex. A

---

[3] An applicant for admission is defined as "[a]n alien present in the United States who has not been admitted or who arrives in the United States (whether or not at a designated port of arrival and including an alien who is brought to the United States after having been interdicted in international or United States waters)." 8 U.S.C. § 1225(a)(1). Thus, an applicant for admission may include noncitizens that have never been encountered by CBP. At this time, CBP does not have a mechanism to track applicants for admission in the United States that are not encountered by CBP. Ex. A at 4 n.12. All references in this document to "applicants for admission" refer to noncitizen applicants for admission encountered at or in-between POEs by CBP.

3

at 4,[4] combined with ICE's 12,011 total releases of noncitizens transferred to it from CBP following their apprehension or encounter at the Southwest Border for the month of October, Ex. B at 2.

| | |
|---|---|
| Dated: November 15, 2021 | Respectfully submitted, |
| CHAD E. MEACHAM<br>*Acting United States Attorney* | BRIAN M. BOYNTON<br>*Acting Assistant Attorney General* |
| BRIAN W. STOLZ<br>*Assistant United States Attorney* | WILLIAM C. PEACHEY<br>*Director*<br>Office of Immigration Litigation<br>District Court Section |
| | EREZ REUVENI<br>*Assistant Director* |
| | BRIAN C. WARD<br>*Senior Litigation Counsel* |
| | /s/ *Joseph A. Darrow*<br>JOSEPH A. DARROW<br>*Trial Attorney*<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel.: (202) 598-7537<br>Joseph.a.darrow@usdoj.gov |
| | *Counsel for Defendants* |

---

[4] This report does not include data on unaccompanied alien children (UCs), as defined in 6 U.S.C. § 279(g), who the Court recognized are not amenable to MPP, ECF No. 94 at 9, and who are subject to special processing and are transferred to U.S. Department of Health and Human Services Custody pursuant to the Trafficking Victims Protection Reauthorization Act. *See* 8 U.S.C. §§1232(a)(5)(D), 1232(b)(3), 1232(c)(2)(A), 1232(c)( (3); *see also* CBP, Southwest Border Encounters, https://www.cbp.gov/newsroom/stats/southwest-land-border-encounters (providing statistics on UCs encountered by CBP).

## CERTIFICATE OF SERVICE

      I hereby certify that on November 15, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ *Joseph A. Darrow*
JOSEPH A. DARROW
U.S. Department of Justice
