# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

|  |  |
|---|---|
| STATE OF TEXAS,<br>STATE OF MISSOURI,<br><br> *Plaintiffs,*<br><br> v.<br><br>JOSEPH R. BIDEN, JR.,<br>in his official capacity as<br>President of the United States, *et al.*,<br><br> *Defendants.* | Civil Action No. 2:21-cv-00067-Z |

## DEFENDANTS' THIRD SUPPLEMENTAL NOTICE OF COMPLIANCE WITH INJUNCTION

On August 13, 2021, the Court entered an injunction requiring Defendants to, *inter alia*, "enforce and implement MPP *in good faith*." ECF No. 94 at 52. Defendants submit this notice to further update the Court on Defendants' compliance with the injunction since the filing of its last notice on November 15, 2021. *See* ECF No. 114. Following additional conversations with the Government of Mexico (GOM) about restarting MPP, Mexico has now stated that it has decided to accept the return of individuals enrolled in MPP and new enrollments in MPP can now begin. *See* Ex. 1, Declaration of Blas Nuñez-Neto, ¶¶ 3-6.

As previously noted, over the past months, DHS has had "regular and high-level meetings with the GOM to discuss the GOM's concerns about the prior implementation of MPP and to work through possible solutions." ECF No. 114. The re-implementation of MPP requires "the Government of Mexico (GOM) making an independent decision to accept the return of individuals enrolled in [MPP]." Ex. 2, *Guidance re: the Court-Ordered Re-implementation of the Migrant Protection Protocols*, at 2, *available at* https://www.dhs.gov/publication/court-ordered-reimplementation-mpp-policy-guidance.

Mexico raised a number of humanitarian concerns about the previous implementation of MPP "and made clear that, as a sovereign nation, it would not accept the return of individuals enrolled in the program until its concerns were addressed." *Id*. DHS has made those changes, Mexico has now "made its independent decision to accept the return of individuals enrolled in MPP," and, today, December 2, 2021, DHS issued guidance on the restarted MPP that, among other things, includes specific measures that are designed to address these "shared concerns." *Id*. Under the restarted MPP, DHS will institute 1) additional measures to protect vulnerable individuals; 2) various COVID-19 mitigation measures; 3) revised practices to allow for greater access to counsel; and, 4) measures to align the number of new MPP enrollments on each hearing

docket with the volume of removal proceedings that the Executive Office for Immigration Review states it can complete within 180 days. *Id*. at 2-7. DHS has also made changes to the non-refoulement-screening process for individuals enrolled in MPP, including having CBP officials "proactively ask questions upon initial enrollment to determine whether the noncitizen may possess a fear of return to Mexico." *Id*. at 5. "Individuals who establish that there is a 'reasonable possibility' that they will be persecuted on account of a statutorily protected ground … or that they will be tortured in Mexico are not amenable and will not be returned to Mexico." *Id*. at 6. The full text of the new guidance is contained in Exhibit 2 to this notice.

DHS officers are now working with their counterparts in Mexico to implement operational details for enrolling noncitizens in MPP, and will begin enrollments at one port of entry on Monday, December 6, and expand expeditiously to multiple ports in the days that follow. *See* Ex. 1, ¶¶ 8-9.

Dated: December 2, 2021     Respectfully submitted,

| | |
|---|---|
| CHAD E. MEACHAM<br>*Acting United States Attorney* | BRIAN M. BOYNTON<br>*Acting Assistant Attorney General* |
| BRIAN W. STOLZ<br>*Assistant United States Attorney* | WILLIAM C. PEACHEY<br>*Director*<br>Office of Immigration Litigation<br>District Court Section |
| | EREZ REUVENI<br>*Assistant Director* |
| | JOSEPH A. DARROW<br>*Trial Attorney* |
| | /s/ *Brian C. Ward*<br>BRIAN C. WARD<br>*Senior Litigation Counsel*<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel.: (202) 616-9121<br>brian.c.ward@usdoj.gov |
| | *Counsel for Defendants* |

3

## CERTIFICATE OF SERVICE

      I hereby certify that on December 2, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                              /s/ *Brian C. Ward*
                                              BRIAN C. WARD
                                              U.S. Department of Justice