# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>STATE OF MISSOURI,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>JOSEPH R. BIDEN, JR.,<br>in his official capacity as<br>President of the United States, *et al.*,<br><br>    *Defendants.* | Civil Action No. 2:21-cv-00067-Z |

### DECLARATION OF BLAS NUÑEZ-NETO

    I, Blas Nuñez-Neto, pursuant to 28 U.S.C. § 1746 and based upon my personal knowledge and documents and information made known or available to me from official records and reasonably relied upon in the course of my employment, hereby declare as follows:

1. I am the Acting Assistant Secretary for Border and Immigration Policy as of October 1, 2021. My permanent role is Chief Operating Officer at U.S. Customs and Border Protection (CBP), within the Department of Homeland Security (DHS), which I began on March 5, 2021. Since August 24, 2021, I have been concurrently serving as the Vice Chair for the Secretary of Homeland Security's Southwest Border Taskforce. I also previously served at DHS as an Advisor to CBP Commissioner Gil Kerlikowske from January 12, 2015 to January 16, 2017.

2. In my previous declaration from November 15, 2021, I indicated that the U.S. Government was working through some outstanding issues with the Government of

      Mexico (GOM).  As I have described previously, the United States cannot re-implement MPP without the independent decision of the GOM to accept those individuals that the United States seeks to return to Mexico.

3. On Friday, November 26th, the GOM issued a public statement that described its humanitarian concerns about the prior implementation of MPP, its concerns about the speed of judicial proceedings in the U.S. for individuals enrolled in MPP and their ability to access counsel, and its requirement that robust COVID mitigation measures be in place.

4. The GOM's public statement is available here: https://www.gob.mx/sre/prensa/informacion-sobre-dialogos-en-materia-migratoria-con-el-gobierno-de-los-estados-unidos?state=published

5. DHS shares these concerns with the previous implementation of MPP and has worked hard to address the outstanding issues as part of its good faith efforts to reimplement MPP.

6. Today, December 2nd, the GOM indicated that it is satisfied with the steps that DHS has taken to address our shared concerns and will soon begin accepting returns of individuals under the reimplementation of MPP.

7. Following the GOM's decision, DHS published operational guidance for the implementation of MPP.  This includes both guiding principles and specific procedures for implementation.  Will be available here: https://www.dhs.gov/publication/court-ordered-reimplementation-mpp-policy-guidance

8. Over the coming days, DHS officials will work closely with their counterparts in Mexico to finalize and implement MPP's operational details, including the logistics

involved with moving enrollees back and forth across the border, so that reimplementation can begin as soon as possible.

9. DHS expects to begin enrolling individuals in MPP on Monday, December 6th. It will start in one location and will expeditiously expand the program border-wide in the days that follow. This will allow border officials on both sides of the border an opportunity to work through all the key logistical details so that we can expand the program effectively and efficiently.

10. We will also work closely with the Department of State and the GOM to provide MPP enrollees with access to safe shelters, secure transport to and from those shelters to their court hearings, and temporary legal status in Mexico so they can secure work authorization and access to services, as needed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed on this 2nd day of December, 2021.

_____

Blas Nuñez-Neto
Acting Assistant Secretary
Border and Immigration Policy
Vice Chair, Southwest Border Taskforce
U.S. Department of Homeland Security