Exhibit A

*Texas v. Biden* **Monthly Report**
**Reporting Period: January 21, 2021 – November 30, 2021**

**(1) The total monthly number of encounters[1] at the southwest border (SWB);**

Encounter data includes U.S. Border Patrol (USBP) Title 8 Apprehensions[2] between the ports of entry along the SWB, Office of Field Operations (OFO) Title 8 Inadmissibles[3] at land ports of entry along the SWB, and Title 42 Expulsions[4] at and between the ports of entry along the SWB.

| Total Title 8 Apprehensions and Inadmissibles | Jan 21 - 31, 2021 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Office of Field Operations** | **593** | **1,509** | **2,058** | **3,345** | **6,040** | **8,492** | **10,898** | **11,036** | **4,371** | **3,889** | **5,500** |
| El Paso Field Office | 107 | 255 | 280 | 518 | 973 | 1,379 | 1,322 | 1,495 | 319 | 232 | 534 |
| Laredo Field Office | 145 | 359 | 560 | 658 | 1,735 | 2,628 | 4,370 | 4,087 | 979 | 576 | 1010 |
| San Diego Field Office | 318 | 803 | 1,076 | 1,908 | 2,877 | 3,648 | 4,164 | 4,640 | 2,896 | 2,879 | 3575 |
| Tucson Field Office | 23 | 92 | 142 | 261 | 455 | 837 | 1,042 | 814 | 177 | 202 | 381 |
| **U.S. Border Patrol** | **6,467** | **25,325** | **61,970** | **62,860** | **61,165** | **75,614** | **106,443** | **103,397** | **84,957** | **66,540** | **80,779** |
| Big Bend Sector | 186 | 496 | 529 | 460 | 480 | 430 | 386 | 248 | 282 | 371 | 544 |
| Del Rio Sector | 1,171 | 2,470 | 6,651 | 8,171 | 11,850 | 15,676 | 18,677 | 21,230 | 24,824 | 13,628 | 19,774 |
| El Centro Sector | 140 | 507 | 1,135 | 2249 | 2,196 | 1143 | 834 | 779 | 996 | 958 | 915 |
| El Paso Sector | 666 | 2,273 | 4,428 | 3,569 | 3,344 | 3,679 | 3,777 | 2,987 | 2,761 | 2,820 | 4,548 |
| Laredo Sector | 449 | 921 | 1,121 | 1150 | 1,209 | 994 | 861 | 737 | 700 | 597 | 706 |
| Rio Grande Valley Sector | 2,337 | 12,386 | 34,272 | 29,925 | 26,539 | 37,433 | 60,659 | 53,626 | 28,519 | 21,521 | 25,292 |
| San Diego Sector | 465 | 735 | 1,478 | 3,398 | 2,878 | 2,843 | 4,232 | 4,416 | 3,010 | 3,348 | 4,079 |
| Tucson Sector | 643 | 2,244 | 3,967 | 3,488 | 3,380 | 3,457 | 3,949 | 3,585 | 3,306 | 3,911 | 3,872 |
| Yuma Sector | 410 | 3,293 | 8,389 | 10,450 | 9,289 | 9,959 | 13,068 | 15,789 | 20,559 | 19,386 | 21,049 |
| **Total Title 8 Apprehensions and Inadmissibles** | **7,060** | **26,834** | **64,028** | **66,205** | **67,205** | **84,106** | **117,341** | **114,433** | **89,328** | **70,429** | **86,279** |

---

[1] The sum of Title 8 apprehensions/inadmissible aliens and expulsions. Fiscal year (FY) 2021 data is final as of October 15, 2021, and FY 2022 data is official as of December 3, 2021.

[2] Apprehension refers to the physical control or temporary detainment of a person who is not lawfully in the U.S. which may or may not result in an arrest.

[3] Inadmissible refers to individuals encountered at ports of entry who are seeking lawful admission into the United States but are determined to be inadmissible, individuals presenting themselves to seek humanitarian protection under our laws, and individuals who withdraw an application for admission and return to their countries of origin within a short timeframe.

[4] Expulsions refers to individuals encountered by USBP and OFO and expelled to the country of last transit or home country in the interest of public health under Title 42 U.S.C. 265.

| Total Title 42 Expulsions | Jan 21 - 31, 2021 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Office of Field Operations | 638 | 1,947 | 2,003 | 1,751 | 1,903 | 1,893 | 2,037 | 2,290 | 2,115 | 1,837 | 2,337 |
| El Paso Field Office | 50 | 133 | 147 | 203 | 253 | 200 | 210 | 233 | 189 | 171 | 254 |
| Laredo Field Office | 107 | 327 | 390 | 323 | 439 | 522 | 466 | 544 | 706 | 649 | 1088 |
| San Diego Field Office | 447 | 1,286 | 1,250 | 1,020 | 932 | 936 | 1,162 | 1,278 | 993 | 845 | 772 |
| Tucson Field Office | 34 | 201 | 216 | 205 | 279 | 235 | 199 | 235 | 227 | 172 | 223 |
| U.S. Border Patrol | 27,341 | 72,318 | 107,246 | 110,839 | 111,489 | 103,035 | 94,215 | 93,117 | 100,558 | 92,487 | 85,004 |
| Big Bend Sector | 1,217 | 2,600 | 3,971 | 4,128 | 4,570 | 4,124 | 3,047 | 1,432 | 2,292 | 3,236 | 2,721 |
| Del Rio Sector | 4,315 | 8,624 | 13,401 | 13,608 | 16,082 | 15,031 | 14,923 | 11,832 | 18,746 | 14,580 | 9,983 |
| El Centro Sector | 1,101 | 3,270 | 5,076 | 4,790 | 5,329 | 4,989 | 4,338 | 3,864 | 3,947 | 4,085 | 2,974 |
| El Paso Sector | 4,142 | 10,911 | 15,028 | 16,228 | 18,875 | 17,828 | 16,773 | 17,233 | 15,054 | 11,182 | 10,976 |
| Laredo Sector | 3,045 | 7,565 | 10,059 | 9,775 | 10,883 | 9,278 | 7,657 | 7,430 | 7,905 | 6,846 | 7,323 |
| Rio Grande Valley Sector | 4,813 | 16,017 | 28,413 | 30,949 | 24,607 | 22,088 | 20,347 | 27,552 | 26,553 | 23,871 | 22,418 |
| San Diego Sector | 4,293 | 8,990 | 11,902 | 11,282 | 11,724 | 12,276 | 11,318 | 9,183 | 9,729 | 10,991 | 9,337 |
| Tucson Sector | 4,023 | 12,506 | 15,903 | 16,795 | 16,528 | 14,948 | 14,034 | 13,136 | 14,453 | 15,278 | 17,613 |
| Yuma Sector | 392 | 1,835 | 3,493 | 3,284 | 2,891 | 2,473 | 1,778 | 1,455 | 1,879 | 2,418 | 1,659 |
| Total Title 42 Expulsions | 27,979 | 74,265 | 109,249 | 112,590 | 113,392 | 104,928 | 96,252 | 95,407 | 102,673 | 94,324 | 87,341 |

| Haitian National Title 8 Apprehensions and Inadmissibles | Jan 21 - 31, 2021 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Office of Field Operations | | 2 | 4 | 5 | 103 | 211 | 530 | 811 | 44 | 1 | 13 |
| El Paso Field Office | | | | 1 | 1 | | 5 | 40 | | 1 | |
| Laredo Field Office | | | 2 | 1 | 23 | 65 | 305 | 572 | 36 | | 5 |
| San Diego Field Office | | | 2 | 2 | 3 | 79 | 146 | 220 | 198 | 8 | 8 |
| Tucson Field Office | | | | | | | | 1 | | | |
| U.S. Border Patrol | 617 | 517 | 2,485 | 1,040 | 2,517 | 5,413 | 4,894 | 6,158 | 11,228 | 340 | 796 |
| Big Bend Sector | | | 6 | | 8 | 50 | 17 | 8 | 2 | 2 | |
| Del Rio Sector | 461 | 410 | 1,567 | 504 | 1,561 | 4,068 | 4,139 | 5,082 | 9,736 | 52 | 217 |
| El Centro Sector | | | | | | | | | 1 | | |
| El Paso Sector | 13 | 52 | 587 | 286 | 745 | 915 | 380 | 187 | 5 | 95 | 242 |
| Laredo Sector | | | | | | | | 6 | | | |
| Rio Grande Valley Sector | 3 | | | 1 | | 1 | 1 | 1 | 3 | 5 | |
| San Diego Sector | 140 | 50 | 91 | 7 | 8 | 5 | 62 | 62 | 2 | | 13 |
| Tucson Sector | | | | | | 1 | | | | | |
| Yuma Sector | | 5 | 234 | 242 | 195 | 373 | 295 | 812 | 1,479 | 186 | 324 |
| Total Haitian Title 8 Apprehensions and Inadmissibles | 617 | 519 | 2,489 | 1,045 | 2,620 | 5,624 | 5,424 | 6,969 | 11,272 | 341 | 809 |

| Haitian National Title 42 Expulsions | Jan 21 - 31, 2021 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Office of Field Operations | | 2 | 3 | | | | 1 | 1 | | | |
| El Paso Field Office | | | 2 | | | | 1 | | | | |
| Laredo Field Office | | | 1 | | | | | 1 | | | |
| San Diego Field Office | | 2 | | | | | | | | | |
| Tucson Field Office | | | | | | | | | | | |
| U.S. Border Patrol | 884 | 306 | 592 | 205 | 197 | 280 | 96 | 599 | 6,366 | 564 | 206 |
| Big Bend Sector | | | | 1 | | | | 13 | 11 | | |
| Del Rio Sector | 282 | 138 | 223 | 10 | 4 | 27 | 34 | 103 | 6,215 | 64 | 28 |
| El Centro Sector | | | | | | | | | | | |
| El Paso Sector | 156 | 35 | 115 | 80 | 118 | 118 | 24 | 446 | 47 | 2 | 155 |
| Laredo Sector | | | | | | | | | | | |
| Rio Grande Valley Sector | 2 | | | | | | | | | 1 | |
| San Diego Sector | 444 | 133 | 135 | 8 | | 2 | 8 | 12 | | | |
| Tucson Sector | | | | | | | | | | | |
| Yuma Sector | | | 119 | 106 | 75 | 133 | 30 | 25 | 93 | 497 | 23 |
| Total Title 42 Haitian National Expulsions | 884 | 308 | 595 | 205 | 197 | 280 | 97 | 600 | 6,366 | 564 | 206 |

**(2)  The total monthly number of aliens expelled under Title 42, Section 1225, or under any other statute;**

- *Title 42 expulsions at and between the ports of entry along the SWB[5]*

| Total Title 42 Expulsions | Jan 21 - 31, 2021 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Office of Field Operations | 638 | 1,947 | 2,003 | 1,751 | 1,903 | 1,893 | 2,037 | 2,290 | 2,115 | 1,837 | 2,337 |
| El Paso Field Office | 50 | 133 | 147 | 203 | 253 | 200 | 210 | 233 | 189 | 171 | 254 |
| Laredo Field Office | 107 | 327 | 390 | 323 | 439 | 522 | 466 | 544 | 706 | 649 | 1088 |
| San Diego Field Office | 447 | 1,286 | 1,250 | 1,020 | 932 | 936 | 1,162 | 1,278 | 993 | 845 | 772 |
| Tucson Field Office | 34 | 201 | 216 | 205 | 279 | 235 | 199 | 235 | 227 | 172 | 223 |
| U.S. Border Patrol | 27,341 | 72,318 | 107,246 | 110,839 | 111,489 | 103,035 | 94,215 | 93,117 | 100,558 | 92,487 | 85,004 |
| Big Bend Sector | 1,217 | 2,600 | 3,971 | 4,128 | 4,570 | 4,124 | 3,047 | 1,432 | 2,292 | 3,236 | 2,721 |
| Del Rio Sector | 4,315 | 8,624 | 13,401 | 13,608 | 16,082 | 15,031 | 14,923 | 11,832 | 18,746 | 14,580 | 9,983 |
| El Centro Sector | 1,101 | 3,270 | 5,076 | 4,790 | 5,329 | 4,989 | 4,338 | 3,864 | 3,947 | 4,085 | 2,974 |
| El Paso Sector | 4,142 | 10,911 | 15,028 | 16,228 | 18,875 | 17,828 | 16,773 | 17,233 | 15,054 | 11,182 | 10,976 |
| Laredo Sector | 3,045 | 7,565 | 10,059 | 9,775 | 10,883 | 9,278 | 7,657 | 7,430 | 7,905 | 6,846 | 7,323 |
| Rio Grande Valley Sector | 4,813 | 16,017 | 28,413 | 30,949 | 24,607 | 22,088 | 20,347 | 27,552 | 26,553 | 23,871 | 22,418 |
| San Diego Sector | 4,293 | 8,990 | 11,902 | 11,282 | 11,724 | 12,276 | 11,318 | 9,183 | 9,729 | 10,991 | 9,337 |
| Tucson Sector | 4,023 | 12,506 | 15,903 | 16,795 | 16,528 | 14,948 | 14,034 | 13,136 | 14,453 | 15,278 | 17,613 |
| Yuma Sector | 392 | 1,835 | 3,493 | 3,284 | 2,891 | 2,473 | 1,778 | 1,455 | 1,879 | 2,418 | 1,659 |
| Total Title 42 Expulsions | 27,979 | 74,265 | 109,249 | 112,590 | 113,392 | 104,928 | 96,252 | 95,407 | 102,673 | 94,324 | 87,341 |

---

[5] Same as Title 42 expulsion data provided in response to 1 above.

3

| Haitian National Title 42 Expulsions | Jan 21 - 31, 2021 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Office of Field Operations | | 2 | 3 | | | | 1 | 1 | | | |
| El Paso Field Office | | | 2 | | | | 1 | | | | |
| Laredo Field Office | | | 1 | | | | | 1 | | | |
| San Diego Field Office | | 2 | | | | | | | | | |
| Tucson Field Office | | | | | | | | | | | |
| U.S. Border Patrol | 884 | 306 | 592 | 205 | 197 | 280 | 96 | 599 | 6,366 | 564 | 206 |
| Big Bend Sector | | | | 1 | | | | 13 | 11 | | |
| Del Rio Sector | 282 | 138 | 223 | 10 | 4 | 27 | 34 | 103 | 6,215 | 64 | 28 |
| El Centro Sector | | | | | | | | | | | |
| El Paso Sector | 156 | 35 | 115 | 80 | 118 | 118 | 24 | 446 | 47 | 2 | 155 |
| Laredo Sector | | | | | | | | | | | |
| Rio Grande Valley Sector | 2 | | | | | | | | | 1 | |
| San Diego Sector | 444 | 133 | 135 | 8 | | 2 | 8 | 12 | | | |
| Tucson Sector | | | | | | | | | | | |
| Yuma Sector | | | 119 | 106 | 75 | 133 | 30 | 25 | 93 | 497 | 23 |
| Total Title 42 Haitian National Expulsions | 884 | 308 | 595 | 205 | 197 | 280 | 97 | 600 | 6,366 | 564 | 206 |

- *Southwest Land Border Removals/Returns[6,7] under Title 8, based on encounter date[8]*

| Total Removals and Returns Under Title 8 | Jan 21 - 31, 2021 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| U.S. Border Patrol | 1,713 | 3,800 | 5,097 | 5,493 | 5,760 | 5,591 | 4,991 | 6,158 | 6,105 | 7,033 | 6,466 |
| Bag and Baggage | 22 | 70 | 173 | 138 | 107 | 75 | 47 | 79 | 101 | 91 | 96 |
| Voluntary Return | 715 | 1,852 | 2,406 | 2,322 | 2,517 | 2,212 | 1,922 | 1,921 | 2,026 | 2,339 | 2,176 |
| Expedited Removal | 487 | 839 | 1,198 | 1,565 | 1,450 | 1,765 | 1,434 | 2,477 | 2,349 | 3,054 | 2,681 |
| Reinstatement of Removal | 489 | 1,039 | 1,320 | 1,468 | 1,686 | 1,539 | 1,588 | 1,681 | 1,629 | 1,549 | 1,513 |
| Returns Pursuant to 8 U.S.C. 1225(B)(2)(C) | | | | | | | | | | | |
| Office of Field Operations | 305 | 780 | 687 | 602 | 617 | 655 | 584 | 722 | 788 | 706 | 1,713 |
| Bag and Baggage | | 3 | 2 | 1 | 5 | 1 | 1 | 1 | 1 | 1 | 3 |
| Voluntary Return | 69 | 127 | 107 | 72 | 82 | 61 | 69 | 75 | 173 | 132 | 115 |
| Expedited Removal | 44 | 119 | 133 | 124 | 113 | 130 | 123 | 149 | 150 | 111 | 255 |
| Reinstatement of Removal | 10 | 13 | 33 | 15 | 9 | 11 | 8 | 8 | 20 | 13 | 8 |
| Withdrawal of Application for Admission | 182 | 518 | 412 | 390 | 408 | 452 | 383 | 489 | 444 | 449 | 1,332 |
| Returns Pursuant to 8 U.S.C. 1225(B)(2)(C) | | | | | | | | | | | |
| Total | 2,018 | 4,580 | 5,784 | 6,095 | 6,377 | 6,246 | 5,575 | 6,880 | 6,893 | 7,739 | 8,179 |

---

[6] Bag and Baggage:  When a noncitizen encountered or apprehended by CBP has been previously ordered removed by an immigration judge and the order was never executed (i.e., in absentia).  The removal order may be immediately executed by CBP or CBP may turn the noncitizen over to ICE for removal.

[7] Voluntary Return:  Constitutes a request by a non-citizen to be permitted to return to their country of citizenship on a voluntary basis, in lieu of being formally removed or placed into removal proceedings.

[8] Indicates that the noncitizen was encountered during the reporting period (January 21, 2021 – November 30, 2021).  Data is reflected under the corresponding month the individual was apprehended, deemed inadmissible or processed for expulsion.

| Haitian National Removals and Returns Under Title 8 | Jan 21 - 31, 2021 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **U.S. Border Patrol** | **18** | **7** | **35** | **19** | **30** | **166** | **82** | **62** | **104** | **3** | **2** |
| Bag and Baggage | | | | 4 | | | | 1 | | | |
| Voluntary Return | | | | | | | | | | | |
| Expedited Removal | 17 | 5 | 19 | 7 | 18 | 129 | 37 | 33 | 72 | 2 | |
| Reinstatement of Removal | 1 | 2 | 16 | 8 | 12 | 37 | 45 | 28 | 32 | 1 | 2 |
| Returns Pursuant to 8 U.S.C. 1225(B)(2)(C) | | | | | | | | | | | |
| **Office of Field Operations** | | | | | | | | | | | |
| Bag and Baggage | | | | | | | | | | | |
| Voluntary Return | | | | | | | | | | | |
| Expedited Removal | | | | | | | | | | | |
| Reinstatement of Removal | | | | | | | | | | | |
| Withdrawal of Application for Admission | | | | | | | | | | | |
| Returns Pursuant to 8 U.S.C. 1225(B)(2)(C) | | | | | | | | | | | |
| **Total** | **18** | **7** | **35** | **19** | **30** | **166** | **82** | **62** | **104** | **3** | **2** |

5

**(3) Defendants' total detention capacity as well as current usage rates;**

*OFO Holding Capacity – Southwest Border in Custody*[9]

| Jan 21 - 31, 2021 | 21-Feb | 21-Mar | 21-Apr | 21-May | 21-Jun | 21-Jul | 21-Aug | 21-Sep | 21-Oct | 21-Nov |
|---|---|---|---|---|---|---|---|---|---|---|
| 72(7.7%[10]) | 64 (6.8%) | 107 (11.4%) | 195 (20.8%) | 135 (14.4%) | 191 (20.4%) | 274 (29.3%) | 145 (15.5%) | 150 (16%) | 123 (13.2%) | 138 (14.8%) |

| *OFO Holding Capacity – Average Haitian Nationals Southwest Border in Custody* | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Jan 21 - 31, 2021 | 21-Feb | 21-Mar | 21-Apr | 21-May | 21-Jun | 21-Jul | 21-Aug | 21-Sep | 21-Oct | 21-Nov |
| 0 | 0 | 0 | 0 | 3 (<1%) | 7 (<1%) | 17 (1.8%) | 26 (2.7%) | 2 (<1%) | 0 | 30 (3.2%) |

[9] Represents an estimate of each cell's coded occupancy limit, as outlined in technical design standards when constructed, multiplied by the total number of cells for all ports of entry within each field office.  This number does not account for the unique circumstances that may limit the occupancy of a given cell (e.g., high risk, nursing/pregnant, transgender, unaccompanied minor, etc.) nor does it reflect operational limitations that affect a port's capacity to detain. CBP's capacity to detain individuals in its short-term facilities depends on many factors, including: demographics of the individual in custody; medical or other needs of individuals in custody; ability of ICE ERO (or, if an unaccompanied child, the U.S. Department of Health and Human Services) to transfer individuals out of CBP custody; and OFO's available resources to safely process and hold individuals.

[10] Represents the average number of travelers in custody on a daily basis averaged over the 30-day period, at all Southwest Border Field Office locations.  Travelers include inadmissible individuals, lawful permanent residents, asylees, refugees, and United States Citizens who are being detained to verify wants, warrants, criminal, administrative or other judicial process.

*USBP Average Daily Subjects In Custody by Southwest Border Sector[11,12]*

| USBP Sector | JAN Daily Avg in Custody | FEB Daily Avg in Custody | MAR Daily Avg in Custody | APR Daily Avg in Custody | MAY Daily Avg in Custody | JUN Daily Avg in Custody | JUL Daily Avg in Custody | AUG Daily Avg in Custody | SEP Daily Avg in Custody | OCT Daily Avg in Custody | NOV Daily Avg in Custody |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Big Bend | 45 | 45 | 71 | 43 | 60 | 52 | 29 | 12 | 30 | 25 | 39 |
| Del Rio | 334 | 456 | 643 | 835 | 1283 | 1217 | 1761 | 1542 | 1729 | 853 | 1313 |
| El Centro | 36 | 55 | 221 | 453 | 274 | 192 | 262 | 250 | 341 | 292 | 362 |
| El Paso | 123 | 245 | 933 | 500 | 304 | 272 | 806 | 586 | 1009 | 639 | 839 |
| Laredo | 91 | 107 | 279 | 369 | 384 | 282 | 170 | 221 | 508 | 392 | 865 |
| Rio Grande | 283 | 934 | 3953 | 3252 | 1189 | 2167 | 4683 | 4860 | 3983 | 2686 | 3897 |
| San Diego | 209 | 160 | 475 | 1096 | 585 | 369 | 559 | 673 | 485 | 479 | 683 |
| Tucson | 133 | 205 | 543 | 346 | 229 | 248 | 284 | 414 | 375 | 482 | 563 |
| Yuma | 52 | 163 | 495 | 798 | 610 | 576 | 1533 | 1728 | 2085 | 1600 | 1552 |
| Total | 1307 | 2371 | 7613 | 7693 | 4917 | 5374 | 10085 | 10286 | 10545 | 7447 | 10113 |
| Usage % | 28% | 50% | 160% | 162% | 104% | 113% | 212% | 217% | 222% | 157% | 213% |

---

[11] U.S. Border Patrol facilities, such as stations and central processing centers, provide short-term holding capacity for the processing and transfer of individuals encountered by agents. Maximum facility capacity along the southwest border is approximately 4,750, which assumes a homogenous population and full operating status at all facilities.  Actual capacity fluctuates constantly based on characteristics of in-custody population, to include demographics, gender, criminality, etc.

[12] Data for the month of January includes data from January 21, 2021 – January 31, 2021.

*USBP Average Daily Subjects In Custody by Southwest Border Sector – Haitian Nationals*

| USBP Sector | JAN Daily Avg in Custody | FEB Daily Avg in Custody | MAR Daily Avg in Custody | APR Daily Avg in Custody | MAY Daily Avg in Custody | JUN Daily Avg in Custody | JUL Daily Avg in Custody | AUG Daily Avg in Custody | SEP Daily Avg in Custody | OCT Daily Avg in Custody | NOV Daily Avg in Custody |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Big Bend | 1 | 0 | 4 | 0 | 2 | 7 | 3 | 1 | 36 | 0 | 0 |
| Del Rio | 150 | 162 | 104 | 32 | 111 | 276 | 350 | 450 | 745 | 11 | 15 |
| El Centro | 0 | 0 | 2 | 0 | 2 | 3 | 3 | 3 | 8 | 4 | 0 |
| El Paso | 22 | 36 | 49 | 20 | 39 | 59 | 30 | 35 | 789 | 11 | 51 |
| Laredo | 0 | 35 | 2 | 0 | 23 | 39 | 0 | 3 | 396 | 30 | 23 |
| Rio Grande | 2 | 12 | 0 | 1 | 0 | 1 | 1 | 1 | 180 | 1 | 0 |
| San Diego | 102 | 56 | 33 | 14 | 4 | 3 | 9 | 16 | 7 | 11 | 3 |
| Tucson | 0 | 0 | 0 | 0 | 0 | 3 | 4 | 7 | 36 | 2 | 1 |
| Yuma | 0 | 4 | 26 | 36 | 20 | 33 | 43 | 101 | 216 | 119 | 43 |
| Total | 277 | 305 | 220 | 103 | 201 | 424 | 443 | 617 | 2413 | 189 | 136 |

**(4)  The total monthly number of "applicants for admission"[13] under Section 1225;**

| Total Title 8 Apprehensions and Inadmissibles | Jan 21 - 31, 2021 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Office of Field Operations | 593 | 1,509 | 2,058 | 3,345 | 6,040 | 8,492 | 10,898 | 11,036 | 4,371 | 3,889 | 5,500 |
| El Paso Field Office | 107 | 255 | 280 | 518 | 973 | 1,379 | 1,322 | 1,495 | 319 | 232 | 534 |
| Laredo Field Office | 145 | 359 | 560 | 658 | 1,735 | 2,628 | 4,370 | 4,087 | 979 | 576 | 1010 |
| San Diego Field Office | 318 | 803 | 1,076 | 1,908 | 2,877 | 3,648 | 4,164 | 4,640 | 2,896 | 2,879 | 3575 |
| Tucson Field Office | 23 | 92 | 142 | 261 | 455 | 837 | 1,042 | 814 | 177 | 202 | 381 |
| U.S. Border Patrol | 6,467 | 25,325 | 61,970 | 62,860 | 61,165 | 75,614 | 106,443 | 103,397 | 84,957 | 66,540 | 80,779 |
| Big Bend Sector | 186 | 496 | 529 | 460 | 480 | 430 | 386 | 248 | 282 | 371 | 544 |
| Del Rio Sector | 1,171 | 2,470 | 6,651 | 8,171 | 11,850 | 15,676 | 18,677 | 21,230 | 24,824 | 13,628 | 19,774 |
| El Centro Sector | 140 | 507 | 1,135 | 2249 | 2,196 | 1143 | 834 | 779 | 996 | 958 | 915 |
| El Paso Sector | 666 | 2,273 | 4,428 | 3,569 | 3,344 | 3,679 | 3,777 | 2,987 | 2,761 | 2,820 | 4,548 |
| Laredo Sector | 449 | 921 | 1,121 | 1150 | 1,209 | 994 | 861 | 737 | 700 | 597 | 706 |
| Rio Grande Valley Sector | 2,337 | 12,386 | 34,272 | 29,925 | 26,539 | 37,433 | 60,659 | 53,626 | 28,519 | 21,521 | 25,292 |
| San Diego Sector | 465 | 735 | 1,478 | 3,398 | 2,878 | 2,843 | 4,232 | 4,416 | 3,010 | 3,348 | 4,079 |
| Tucson Sector | 643 | 2,244 | 3,967 | 3,488 | 3,380 | 3,457 | 3,949 | 3,585 | 3,306 | 3,911 | 3,872 |
| Yuma Sector | 410 | 3,293 | 8,389 | 10,450 | 9,289 | 9,959 | 13,068 | 15,789 | 20,559 | 19,386 | 21,049 |
| Total Title 8 Apprehensions and Inadmissibles | 7,060 | 26,834 | 64,028 | 66,205 | 67,205 | 84,106 | 117,341 | 114,433 | 89,328 | 70,429 | 86,279 |

| Haitian National Title 8 Apprehensions and Inadmissibles | Jan 21 - 31, 2021 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Office of Field Operations | | 2 | 4 | 5 | 103 | 211 | 530 | 811 | 44 | 1 | 13 |
| El Paso Field Office | | | | 1 | 1 | | 5 | 40 | | 1 | |
| Laredo Field Office | | | 2 | 1 | 23 | 65 | 305 | 572 | 36 | | 5 |
| San Diego Field Office | | 2 | 2 | 3 | 79 | 146 | 220 | 198 | 8 | | 8 |
| Tucson Field Office | | | | | | | | 1 | | | |
| U.S. Border Patrol | 617 | 517 | 2,485 | 1,040 | 2,517 | 5,413 | 4,894 | 6,158 | 11,228 | 340 | 796 |
| Big Bend Sector | | | 6 | | 8 | 50 | 17 | 8 | 2 | 2 | |
| Del Rio Sector | 461 | 410 | 1,567 | 504 | 1,561 | 4,068 | 4,139 | 5,082 | 9,736 | 52 | 217 |
| El Centro Sector | | | | | | | | | 1 | | |
| El Paso Sector | 13 | 52 | 587 | 286 | 745 | 915 | 380 | 187 | 5 | 95 | 242 |
| Laredo Sector | | | | | | | | 6 | | | |
| Rio Grande Valley Sector | 3 | | | 1 | | 1 | 1 | 1 | 3 | 5 | |
| San Diego Sector | 140 | 50 | 91 | 7 | 8 | 5 | 62 | 62 | 2 | | 13 |
| Tucson Sector | | | | | | | | 1 | | | |
| Yuma Sector | | 5 | 234 | 242 | 195 | 373 | 295 | 812 | 1,479 | 186 | 324 |
| Total Haitian Title 8 Apprehensions and Inadmissibles | 617 | 519 | 2,489 | 1,045 | 2,620 | 5,624 | 5,424 | 6,969 | 11,272 | 341 | 809 |

[13] An applicant for admission is defined as "[a]n alien present in the United States who has not been admitted or who arrives in the United States (whether or not at a designated port of arrival and including an alien who is brought to the United States after having been interdicted in international or United States waters)." 8 U.S.C. § 1225(a)(1).  Thus, an applicant for admission may include noncitizens that have never been encountered by CBP.  At this time, CBP does not have a mechanism to track all applicants for admission in the United States that are not encountered by CBP.  CBP has included the same data as the Title 8 encounter data provided in response to 1 above.

**(5)  The total monthly number of "applicants for admission" under Section 1225 paroled into the United States; and**

| Southwest Border Paroles | Jan 21 - 31, 2021 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| U.S. Border Patrol Total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13,553 | 21,893 | 9,859 | 5,669 |
| Parole Disposition | | | | | | | | 13,553 | 21,893 | 9859 | 5,669 |
| Office of Field Operations Total | 261 | 889 | 1,607 | 2,994 | 5,731 | 8,156 | 10,706 | 10,519 | 3,948 | 3,619 | 4,197 |
| NTA and Paroled into the U.S. on a case-by-case basis pursuant to 8 U.S.C. § 1182(d)(5) | 148 | 536 | 1,204 | 2,537 | 5,244 | 7,651 | 10,068 | 9,962 | 3,412 | 2,997 | 3,554 |
| Parole Disposition | 113 | 353 | 403 | 457 | 487 | 505 | 638 | 557 | 536 | 622 | 643 |
| Total | 261 | 889 | 1,607 | 2,994 | 5,731 | 8,156 | 10,706 | 24,072 | 25,841 | 13,478 | 9,866 |

| Southwest Border Haitian National Paroles | Jan 21 - 31, 2021 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| U.S. Border Patrol Total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 772 | 4,408 | 64 | 16 |
| Parole Disposition | | | | | | | | 772 | 4,408 | 64 | 16 |
| Office of Field Operations Total | 0 | 3 | 6 | 4 | 103 | 212 | 531 | 808 | 41 | 1 | 13 |
| NTA and Paroled into the U.S. on a case-by-case basis pursuant to 8 U.S.C. § 1182(d)(5) | | 2 | 4 | 4 | 103 | 211 | 530 | 808 | 41 | 1 | 13 |
| Parole Disposition | | 1 | 2 | | | 1 | 1 | | | | |
| Total | 0 | 3 | 6 | 4 | 103 | 212 | 531 | 1,580 | 4,449 | 65 | 29 |

**(6)  The total monthly number of "applicants for admission" under Section 1225 released into the United States, paroled or otherwise."[14,15,16]**

| Southwest Border Releases | Jan 21 - 31, 2021 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| U.S. Border Patrol Total | 1,263 | 8,798 | 26,032 | 25,882 | 26,343 | 34,731 | 60,548 | 57,655 | 42,936 | 27,619 | 38,916 |
| Notice To Report | | 1 | 7,570 | 11,338 | 7,534 | 13,941 | 32,749 | 18,818 | 2,626 | | |
| Notice to Appear - Order of Release on Recognizance | 1,263 | 8,797 | 18,462 | 14,544 | 18,809 | 20,790 | 27,799 | 25,284 | 18,417 | 17,760 | 33,247 |
| Parole Disposition | | | | | | | | 13,553 | 21,893 | 9859 | 5,669 |
| Office of Field Operations Total | 271 | 889 | 1,607 | 2,994 | 5,731 | 8,156 | 10,706 | 10,519 | 3,948 | 3,619 | 4,197 |
| NTA and Paroled into the U.S. on a case-by-case basis pursuant to 8 U.S.C. § 1182(d)(5) | 148 | 536 | 1,204 | 2,537 | 5,244 | 7,651 | 10,068 | 9,962 | 3,412 | 2,997 | 3,554 |
| Parole Disposition | 123 | 353 | 403 | 457 | 487 | 505 | 638 | 557 | 536 | 622 | 643 |
| Parole Disposition (ICE Declined to Detain Indicator) | 5 | 8 | 32 | 77 | 17 | 19 | 26 | 35 | 37 | 28 | 23 |
| Total | 1,534 | 9,687 | 27,639 | 28,876 | 32,074 | 42,887 | 71,254 | 68,174 | 46,884 | 31,238 | 43,113 |

| Southwest Border Haitian National Releases | Jan 21 - 31, 2021 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| U.S. Border Patrol Total | 387 | 307 | 1,492 | 445 | 1,226 | 2,631 | 2,859 | 2,821 | 6,918 | 167 | 264 |
| Notice To Report | | | | | 225 | 1,064 | 1,644 | 1,136 | 1,398 | | |
| Notice to Appear - Order of Release on Recognizance | 387 | 307 | 1,492 | 445 | 1,001 | 1,567 | 1,215 | 913 | 1,112 | 103 | 248 |
| Parole Disposition | | | | | | | | 772 | 4,408 | 64 | 16 |
| Office of Field Operations Total | | 3 | 6 | 4 | 103 | 212 | 531 | 808 | 41 | 1 | 13 |
| NTA and Paroled into the U.S. on a case-by-case basis pursuant to 8 U.S.C. § 1182(d)(5) | | 2 | 4 | 4 | 103 | 211 | 530 | 808 | 41 | 1 | 13 |
| Parole Disposition | | 1 | 2 | | | 1 | 1 | | | | |
| Total | 387 | 310 | 1,498 | 449 | 1,329 | 2,843 | 3,390 | 3,629 | 6,959 | 168 | 277 |

[14] All numbers in reporting requirement 6 for Office of Field Operations are "based on encounter date," as defined above. The parole disposition (ICE Declined to Detain Indicator) row within the "Office of Field Operations Total" is *not* in addition to the preceding rows.  This is not indicative of all individuals paroled into the United States due to an ICE declination to detain.  This is merely those that requested to be paroled at a port of entry and a custody determination was made by ICE not to detain.  When processing in OFO systems, this is not a field required for input.  OFO is able to provide data on noncitizens paroled and released into the United States; however, is not able to provide specific reasons as to why detention was declined.  Specific reasons for denial are not captured in CBP's electronic systems of record nor is it provided when that decision is reached.

[15] U.S. Border Patrol's Notice to Report:  Individuals who are screened by CBP, and after criminal and immigration records checks are conducted to determine if the subject is a threat to national security or public safety, are then released and instructed to report to U.S. Immigration and Customs Enforcement (ICE) for continued processing.

[16] Given that the data reported in reporting requirement number 6 is inclusive of the data reported in reporting requirement number 5, we have only included the data related to the reasons for release in response to reporting requirement number 6.  In addition, the CBP releases may have occurred under Section 1225 or Section 1226, but that specific data is not available at this time for purposes of this report.

11

**USBP Southwest Border ORs, NTRs, and Parole Subjects by Month**
**January 21, 2021 - November 30, 2021**
*Data includes Deportable Migrants only*
Data Source: EID (Unofficial) FY21 as of End of Year Date; FY22TD as of 12/15/21

| Categories | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | SBO Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NTA/OR | "Lack of Space" | 1,102 | 7,421 | 13,960 | 5,857 | 9,127 | 13,607 | 14,955 | 10,821 | 8,374 | 7,716 | 12,564 | **105,504** |
| | | 161 | 1,376 | 4,503 | 8,687 | 9,682 | 7,183 | 12,852 | 14,479 | 10,049 | 10,053 | 22,159 | **101,184** |
| NTA/OR Total[17] | | **1,263** | **8,797** | **18,463** | **14,544** | **18,809** | **20,790** | **27,807** | **25,300** | **18,423** | **17,769** | **34,723** | **206,688** |
| NTR Total[18] | | **0** | **1** | **7,574** | **11,338** | **7,534** | **13,942** | **32,758** | **18,823** | **2,628** | **0** | **0** | **94,598** |
| Parole | "Lack of Space" | | | | | | | | 386 | 301 | 232 | 133 | **1,052** |
| | | | | 1 | | 1 | | 10 | 13,168 | 21,601 | 9,708 | 5,561 | **50,050** |
| Parole Total[19] | | **0** | **0** | **1** | **0** | **1** | **0** | **10** | **13,554** | **21,902** | **9,940** | **5,694** | **51,102** |

**USBP Southwest Border Haitian ORs, NTRs, and Parole Subjects by Month**
**January 21, 2021 - November 30, 2021**
*Data includes Deportable Migrants only*
Data Source: EID (Unofficial) FY21 as of End of Year Date; FY22TD as of 12/15/21

| Categories | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | SBO Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NTA/OR | "Lack of Space" | 290 | 191 | 1,187 | 278 | 751 | 932 | 937 | 716 | 501 | 17 | 89 | **5,889** |
| | | 93 | 116 | 305 | 167 | 250 | 635 | 278 | 197 | 611 | 86 | 177 | **2,915** |

---

[17] NTA/OR: Lack of detention capacity is not a required field in USBP's system of record. Some NTA/ORs were documented in the system using a descriptor of "lack of space" when ICE declined custody due to lack of detention capacity, but since it is not a required field, the descriptor is not consistently utilized and documented in the system. Some NTA/ORs may have issued due to a lack of detention capacity but not documented as such in the system.

[18] NTR: Lack of detention capacity is not a required field in USBP's system of record and is not captured in the system for NTRs; however, NTRs were issued in limited sectors on a case-by-case basis when USBP holding capacity was exceeded or when resources became overwhelmed.

[19] Parole: Lack of detention capacity is not a required field in USBP's system of record. Some Paroles were documented in the system using a descriptor of "lack of space," but since it is not a required field, the descriptor is not consistently utilized and documented in the system.

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NTA/OR Total[20]** | | **383** | **307** | **1,492** | **445** | **1,001** | **1,567** | **1,215** | **913** | **1,112** | **103** | **266** | **8,804** |
| **NTR Total[21]** | | **0** | **0** | **0** | **0** | **225** | **1,064** | **1,644** | **1,136** | **1,399** | **0** | **0** | **5,468** |
| **Parole** | "Lack of Space" | | | | | | | | 72 | 70 | | | **142** |
| | | | | | | | | | 700 | 4,342 | 64 | 16 | **5,122** |
| **Parole Total[22]** | | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **772** | **4,412** | **64** | **16** | **5,264** |

---

[20] NTA/OR: Lack of detention capacity is not a required field in USBP's system of record. Some NTA/ORs were documented in the system using a descriptor of "lack of space" when ICE declined custody due to lack of detention capacity, but since it is not a required field, the descriptor is not consistently utilized and documented in the system. Some NTA/ORs may have issued due to a lack of detention capacity but not documented as such in the system.

[21] NTR: Lack of detention capacity is not a required field in USBP's system of record and is not captured in the system for NTRs; however, NTRs were issued in limited sectors on a case-by-case basis when USBP holding capacity was exceeded or when resources became overwhelmed.

[22] Parole: Parole is utilized on a case-by-case basis when USBP holding capacity is exceeded or when resources have become overwhelmed. Lack of detention capacity is not a required field in USBP's system of record. Some Paroles were documented in the system using a descriptor of "lack of space," but since it is not a required field, the descriptor is not consistently utilized and documented in the system.