IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| THE STATE OF TEXAS, *et al.*, | § | |
| Plaintiffs, | § § § | |
| v. | § | 2:21-CV-067-Z |
| JOSEPH R. BIDEN, JR. *et al.*, | § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is Defendant's Unopposed Motion for Extension of Deadlines (ECF No. 121). Upon reviewing Defendant's unopposed motion, the Court finds the motion should be and is hereby **GRANTED**. The Court **ORDERS** Defendant to file its Reply in Support of its Motion to Reconsider **on or before January 12, 2022**.

**SO ORDERED**.

December 29, 2021.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE