# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, STATE OF MISSOURI,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR.,<br>IN HIS OFFICIAL CAPACITY AS<br>PRESIDENT OF THE UNITED STATES, ET AL.,<br><br>Defendants. | Civil Action No. 2:21-cv-00067-Z<br><br>**SUPPLEMENTAL DECLARATION OF PRINCIPAL DEPUTY CHIEF IMMIGRATION JUDGE DANIEL H. WEISS** |

I, **DANIEL H. WEISS**, do hereby declare under penalty of perjury that the following statements are true and correct to the best of my knowledge, information, and belief:

1. I am the Principal Deputy Chief Immigration Judge ("PDCIJ") for the Executive Office for Immigration Review ("EOIR") and serve as the chief operating officer for all immigration courts nationwide. I work for EOIR's Office of the Chief Immigration Judge ("OCIJ"), which provides overall program direction and articulates policies and procedures for the 67 immigration courts and three immigration adjudication centers.[1]

2. I was appointed as PDCIJ in January 2021. Prior to my appointment as PDCIJ, I served as an Assistant Chief Immigration Judge ("ACIJ") from September 2017-January 2021, Acting Chief of Staff, from April 2019-July 2019, and as an Immigration Judge ("IJ") at the Dallas Immigration Court from January 2016-September 2017.

---

[1] An immigration adjudication center is a facility where immigration judges preside over immigration proceedings via video-teleconference.

SUPPLEMENTAL DECLARATION OF DANIEL H. WEISS
No. 2:21-cv-00067-Z

1

3. As PDCIJ, my responsibilities include oversight of the nationwide immigration court system, including 70 field operating locations (immigration courts and immigration adjudication centers), more than 530 immigration judges, nearly 2000 support staff. I have responsibility for the court's docket of nearly 1.5 million cases, develop and implement nationwide policies, ensure interpretation of court proceedings into over 250 languages, and serve as a subject-matter expert to senior executive branch officials.

4. I directly supervise three Regional Deputy Chief Immigration Judges ("RDCIJs"), who in turn supervise the ACIJs who are the first-line supervisors of immigration court staff. In addition to these supervisory duties, I also am tasked with overseeing and implementing special projects for OCIJ. At any given time, these can include matters such as responding to internal and external audits, designing and implementing process improvements for better docket management, ensuring compliance with court orders and settlement agreements, engaging with public stakeholders and the immigration judges union, coordinating the OCIJ performance appraisal and review process, and other duties, as needed.

5. As PDCIJ, I have knowledge of the policies and practices relating to immigration court operations, including operations of all detained and non-detained immigration courts and immigration adjudication centers nationwide.

6. I am familiar with the lawsuit that the States of Texas and Missouri have filed in the United States District Court in the Northern District of Texas, and the court's Memorandum Opinion and Order granting the Plaintiffs' request for a preliminary injunction and vacating the Defendant Department of Homeland Security's ("DHS") June 1 Memorandum terminating the Migrant Protection Protocols ("MPP") program, *Texas, et al., v. Biden, et al.*, No. 2:21-cv-00067-Z (N.D. Texas Aug. 13, 2021) ("Court's Order").

7. In the course of my duties as PDCIJ, I have not participated in any of the diplomatic negotiations with the Government of Mexico as part of the process to re-implement MPP.

8. As PDCIJ, my responsibilities in light of the Court's Order have focused on ensuring that the RDCIJs and ACIJs understand the impact of the Court's Order, verifying that they and their court staff

have the necessary resources and staffing to implement the Court's Order, including confirming that adequate video-teleconference ("VTC") units are in place where needed to conduct MPP hearings, and overseeing the realignment of immigration court dockets to ensure that MPP cases can be appropriately scheduled and adjudicated.

9. I have prepared this declaration to support the Government's Reply in Support of Its Motion to Reconsider. From my role as PDCIJ, I have personal knowledge of the facts stated in this declaration.

I affirm, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief. Executed in Rockwall, Texas.

Dated: January 11, 2022

**DANIEL WEISS**
Digitally signed by DANIEL WEISS
Date: 2022.01.11 10:16:33 -06'00'

Daniel H. Weiss
Principal Deputy Chief Immigration Judge
Executive Office for Immigration Review