# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 26, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 21-10806    State of Texas v. Biden
                   USDC No. 2:21-CV-67

Enclosed is an order entered in this case.

RECEIVED
JAN 2 6 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Laney L. Lampard, Deputy Clerk
504-310-7652

Mrs. Blaine Bookey
Mr. Matt A. Crapo
Mr. Joseph Anton Darrow
Mr. Thomas Molnar Fisher
Ms. Karen S. Mitchell
Mr. Jesus Armando Osete
Ms. Lanora Christine Pettit
Mr. Erez Reuveni
Mr. Dean John Sauer
Mr. Brian Walters Stoltz
Mr. Alan J. Stone
Mr. Judd Edward Stone II
Mr. William Thomas Thompson
Mr. Brian Christopher Ward
Mr. Benjamin D. Wilson
Mr. Cody Wofsy

# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

January 26, 2022

Lyle W. Cayce
Clerk

No. 21-10806

STATE OF TEXAS; STATE OF MISSOURI,

*Plaintiffs—Appellees,*

*versus*

JOSEPH R. BIDEN, JR., *in his official capacity* AS PRESIDENT OF THE UNITED STATES OF AMERICA; UNITED STATES OF AMERICA; ALEJANDRO MAYORKAS, *Secretary, U.S. Department of Homeland Security*; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY MILLER, *Acting Commissioner, U.S. Customs and Border Protection*; UNITED STATES CUSTOMS AND BORDER PROTECTION; TAE D. JOHNSON, *Acting Director, U.S. Immigration and Customs Enforcement*; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UR M. JADDOU, *Director of U.S. Citizenship and Immigration Services*; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

*Defendants—Appellants.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:21-CV-67

ORDER:

The Appellants' motion for stay of the mandate pending a petition for writ of certiorari is DENIED.

No. 21-10806

ANDREW S. OLDHAM
*United States Circuit Judge*