# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 04, 2022

Ms. Karen S. Mitchell
Northern District of Texas, Amarillo
United States District Court
205 E. 5th Street
Room F-13240
Amarillo, TX 79101

    No. 21-10806    State of Texas v. Biden
                          USDC No. 2:21-CV-67

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Laney L. Lampard, Deputy Clerk
                        504-310-7652

cc:
    Mrs. Blaine Bookey
    Mr. Matt A. Crapo
    Mr. Joseph Anton Darrow
    Mr. Thomas Molnar Fisher
    Mr. Jesus Armando Osete
    Ms. Lanora Christine Pettit
    Mr. Erez Reuveni
    Mr. Dean John Sauer
    Mr. Brian Walters Stoltz
    Mr. Alan J. Stone
    Mr. Judd Edward Stone II
    Mr. William Thomas Thompson
    Mr. Brian Christopher Ward
    Mr. Benjamin D. Wilson
    Mr. Cody Wofsy