# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

February 24, 2022

Ms. Karen S. Mitchell  
Northern District of Texas, Amarillo  
United States District Court  
205 E. 5th Street  
Room F-13240  
Amarillo, TX 79101

RECEIVED  
FEB 2 4 2022  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF TEXAS

    No. 21-10806    State of Texas v. Biden  
                         USDC No. 2:21-CV-67

Dear Ms. Mitchell,

Enclosed is a copy of the Supreme Court order granting certiorari.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____  
                      Stacy M. Carpenter, Deputy Clerk

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 18, 2022

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Joseph R. Biden, Jr., President of the United States, et al.
v. Texas, et al.
No. 21-954
(Your No. 21-10806)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted. The case will be set for argument in the second week of the April 2022 argument session. Petitioners' brief on the merits is to be filed on or before Monday, March 14, 2022. Respondents' brief on the merits is to be filed on or before Thursday, April 7, 2022. The reply brief is to be filed with the Clerk and served upon opposing counsel on or before 2 p.m., Wednesday, April 20, 2022.

Sincerely,

Scott S. Harris, Clerk

U.S. COURT OF APPEALS
RECEIVED
FEB 22 2022
FIFTH CIRCUIT