# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 17, 2022

Mr. Scott Harris
Supreme Court of the United States
One First Street, N.E.
Washington, DC 20543



No. 21-10806  State of Texas v. Biden
USDC No. 2:21-CV-67
Supreme Court No. 21-954

Dear Mr. Harris,

Pursuant to your recent request, I write to advise the appellate court record can be accessed on PACER through the court's website (www.ca5.uscourts.gov).

By copy of this letter, the Clerk of the United States District Court for the Northern District of Texas is directed to transmit their record to the United States Supreme Court.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Laney L. Lampard, Deputy Clerk
504-310-7652

cc:
  Mrs. Blaine Bookey
  Mr. Matt A. Crapo
  Mr. Joseph Anton Darrow
  Mr. Thomas Molnar Fisher
  Ms. Karen S. Mitchell, Clerk
  Mr. Jesus Armando Osete
  Ms. Lanora Christine Pettit
  Mr. Erez Reuveni
  Mr. Dean John Sauer
  Mr. Brian Walters Stoltz
  Mr. Alan J. Stone
  Mr. Judd Edward Stone II

Mr. William Thomas Thompson
Mr. Brian Christopher Ward
Mr. Benjamin D. Wilson
Mr. Cody Wofsy