# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS and <br><br> THE STATE OF MISSOURI, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*, <br><br> Defendants. | Case No. 2:21-cv-00067-Z |

## PLAINTIFF STATES' UNOPPOSED MOTION TO WITHDRAW JESUS A. OSETE AS COUNSEL OF RECORD

Pursuant to Local Rule 83.12, Plaintiff States file this Unopposed Motion to Withdraw Jesus A. Osete as Counsel of Record. In support of this motion, Plaintiff States offer the following:

1. Deputy Attorney General Jesus A. Osete is currently designated as counsel of record for Plaintiff the State of Missouri ("Missouri").

2. Mr. Osete has accepted a position outside the Office of the Attorney General of Missouri, effective May 16, 2022. As a result, Mr. Osete seeks to withdraw as counsel of record for Missouri in this case.

3. Missouri will continue to be represented by other attorneys who have entered their appearances in this case, including D. John Sauer, Solicitor General of Missouri.

4. This withdrawal will not delay any proceedings.

5.  For all these reasons, Plaintiff States respectfully request that the Court grant this motion to withdraw Jesus A. Osete as counsel of record for Plaintiff the State of Missouri and remove Mr. Osete from all further electronic notifications regarding this case.

| | |
|---|---|
| Date: May 11, 2022 | Respectfully submitted, |
| ERIC S. SCHMITT<br>Attorney General of Missouri | KEN PAXTON<br>Attorney General of Texas |
| D. JOHN SAUER, #58720MO*<br>Solicitor General | BRENT WEBSTER<br>First Assistant Attorney General |
| /s/ *Jesus A. Osete*<br>JESUS A. OSETE, #69267MO*<br>Deputy Attorney General<br>for Special Litigation | JUDD E. STONE II<br>Solicitor General<br>Texas Bar No. 24076720 |
| | PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>Tex. Bar No. 00798537 |
| OFFICE OF THE ATTORNEY GENERAL<br>Supreme Court Building<br>207 West High Street<br>P.O. Box 899<br>Jefferson City, Missouri 65102<br>Tel. (573) 751-1800<br>Fax (573) 751-0774<br>John.Sauer@ago.mo.gov<br>Jesus.Osete@ago.mo.gov | WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>*Attorney-in-Charge*<br>Tex. Bar No. 24088531 |
| | /s/ *Ryan D. Walters*<br>RYAN D. WALTERS<br>Special Counsel<br>Texas Bar No. 24105085 |
| *Counsel for Plaintiff State of Missouri*<br><br>*Admitted pro hac vice* | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1414<br>Fax: (512) 936-0545<br>patrick.sweeten@oag.texas.gov<br>will.thompson@oag.texas.gov<br>ryan.walters@oag.texas.gov |
| | *Counsel for Plaintiff State of Texas* |

## CERTIFICATE OF CONFERENCE

I certify that, on May 11, 2022, I conferred via e-mail with Defendants' counsel regarding the relief sought in this motion. Counsel for Defendants represented that Defendants do not oppose this motion.

/s/ *Jesus A. Osete*
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on May 11, 2022, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

/s/ *Jesus A. Osete*
Counsel for Plaintiffs
