IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS and<br><br>THE STATE OF MISSOURI,<br><br>    Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*,<br><br>    Defendants. | § § § § § § § § § § § § § § § | Case No. 2:21-cv-00067-Z |

## [PROPOSED] ORDER GRANTING PLAINTIFF STATES' UNOPPOSED MOTION TO WITHDRAW JESUS A. OSETE AS COUNSEL OF RECORD

Jesus A. Osete, Deputy Attorney General, moves to withdraw as counsel of record for Plaintiff the State of Missouri ("Missouri"). Defendants do not oppose this motion. The Court finds withdrawal is appropriate because Mr. Osete will be leaving the employment of the Office of the Attorney General of Missouri, all other counsel of record for Plaintiff States will continue to represent Plaintiff States, and withdrawal will not delay any proceedings.

Because the Court finds that Mr. Osete has submitted satisfactory reasoning for withdrawal and that the granting of this motion will not adversely affect Plaintiff States,

IT IS HEREBY ORDERED that Plaintiff States' Unopposed Motion to Withdraw Jesus A. Osete as Counsel of Record is GRANTED and that Mr. Osete is hereby terminated as counsel of record for Plaintiff the State of Missouri in the above captioned case.

So Ordered.

Date: _____

Hon. Matthew J. Kacsmaryk, U.S. District Judge