IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-067-Z |
| JOSEPH R. BIDEN, JR., *et al.*, | § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is Plaintiffs' Unopposed Motion to Withdraw Jesus A. Osete as Counsel of Record ("Motion") (ECF No. 137), filed on May 11, 2022. Having considered the Motion and applicable law, the Court **GRANTS** the Motion.

**SO ORDERED**.

May 12, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE