**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

|   |   |
|---|---|
| STATE OF TEXAS,<br>STATE OF MISSOURI,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOSEPH R. BIDEN, JR.,<br>in his official capacity as<br>President of the United States, *et al.*,<br><br>*Defendants.* | Civil Action No. 2:21-cv-00067-Z |

**DEFENDANTS' MONTHLY REPORT FOR APRIL 2022**

On August 13, 2021, the Court entered an injunction requiring Defendants to, *inter alia*, "enforce and implement [the Migrant Protection Protocols (MPP)] *in good faith*." ECF No. 94 at 52; *see State v. Biden*, No. 21-10806, 2021 WL 3674780 at *13 (5th Cir. Aug. 19, 2021). "To ensure compliance with this order," the Court provided, "starting September 15th, 2021, the Government must file with the Court on the 15th of each month, a report stating

> (1) the total monthly number of encounters at the southwest border; (2) the total monthly number of aliens expelled under Title 42, Section 1225, or under any other statute; (3) Defendants' total detention capacity as well as current usage rate; (4) the total monthly number of "applicants for admission" under Section 1225; (5) the total monthly number of "applicants for admission" under Section 1225 paroled into the United States; and (6) the total monthly number of "applicants for admission" under Section 1225 released into the United States, paroled or otherwise.

ECF No. 94 at 52-53.

Defendants submit the following Report in compliance with this requirement. This May 15th[1] report reflects data from April 1, 2022, through April 30, 2022.[2]

### 1. Total Monthly Number of Encounters at the Southwest Border

For the month of April 2022, DHS reported 234,088 total encounters at the Southwest Border. Ex. A at 1 (CBP Report for April 2022). This figure combines statistics reported by the U.S. Customs and Border Protection's (CBP) Office of Field Operations (OFO), which deals with noncitizens seeking to enter at land ports of entry (POE), with statistics from the U.S. Border Patrol (USBP), which apprehends noncitizens seeking to enter between POEs.

### 2. Total Monthly Number of Aliens Expelled Under Title 42, Section 1225, or Under Any Other Statute

---

[1] May 15, 2022 fell on a Sunday and therefore Defendants file this report on the next day that is not a Saturday, Sunday or legal holiday pursuant to Fed. R. Civ. P. 6(a)(3).

[2] Pursuant to the Court's Order of January 20, 2022, ECF No. 125, Defendants are no longer required to report the additional categories of information previously required under the Court's Order of November 18, 2021, ECF No. 116.

For the month of April 2022, DHS reported 113,248 total noncitizens expelled under Title 42 and removed or returned under Title 8 authorities (including 8 U.S.C. § 1225). This figure combines 96,908 Title 42 expulsions and 15,171 Title 8 removals and returns reported by CBP, Ex. A at 2-3, and 1,169 removals under 8 U.S.C. § 1225 reported by U.S. Immigration and Customs Enforcement (ICE)[3], Ex. B at 2 (ICE Report for April 2022).  As explained in Exhibit A, CBP's Title 8 removals and returns include several categories of removals and returns conducted by OFO and USBP, including expedited removals, reinstated orders of removal, voluntary returns, returns pursuant to 8 U.S.C. § 1225(b)(2)(C), withdrawals of applications for admission, etc. Ex. A at 2-3. ICE's removals under section 1225 represent expedited removals. Ex. B at 2.

3. **Total Detention Capacity and Current Usage Rate**

For the month of April 2022, DHS reported that its total detention capacity was approximately 34,868, a figure combining CBP's approximate holding capacity of 5,935, Ex. A at 3, and ICE's current approximate funded detention capacity of 28,933,[4] Ex. B at 1. CBP's approximate holding capacity is the sum of OFO's approximate holding capacity, 935, and USBP's approximate maximum holding capacity, 5,000. Ex. A at 3 & n.11.

---

[3] ICE removals include noncitizens processed for Expedited Removal (ER) or Voluntary Return (VR) that are turned over to ICE Enforcement and Removal Operations (ERO) for detention. Noncitizens processed for ER and not detained by ERO or VR after June 1, 2013, and not detained by ERO are primarily processed by CBP, and would be included within CBP's data. Ex. B.

[4] ICE has approximately 34,000 funded detention beds available nationwide but its full inventory of bedspace is severely limited to approximately 75% capacity due to various court orders limiting the intake of noncitizen detainees, an increase in detention facility contract terminations, detention facility contract modifications, and the ongoing COVID-19 pandemic. *See, e.g.*, *Fraihat v. ICE*, 445 F. Supp. 3d 709 (C.D. Cal. Apr. 20, 2020). Further, as of March 15, 2022, the funding for adult detention beds decreased to 31,500. Thus, based on the factors listed above, the available bedspace inventory is now approximately 28,933 beds. Ex. B at 1.

DHS reported that the current average daily usage rate throughout April 2022 for CBP detention was 34.8% for OFO facilities and 203% for Border Patrol facilities, Ex. A at 3 & n.11, and approximately 68.49% for ICE detention facilities. *See* Ex. B at 1 (rate equals average daily population of 19,815 for the month of April 2022 over the current approximate total detention capacity of 28,933).

### 4. Total Monthly Number of Applicants for Admission under § 1225

For the month of April 2022, DHS reported that the total number of applicants for admission under Section 1225 encountered[5] by CBP was 137,180. Ex. A at 5. This figure is consistent with CBP's total number of noncitizen encounters subtracting its Title 42 expulsions. *See* Ex. A at 5 n.12; *supra* §§ 1, 2.

### 5. Total Monthly Number of Applicants for Admission under § 1225 Paroled into the United States

For the month of April 2022, DHS reported that the total number of applicants for admission under Section 1225 paroled into the United States was 91,250. This figure combines 88,452 CBP grants of parole—40,023 USBP Apprehensions with a Parole Disposition, 20,775 OFO inadmissible noncitizens with a Parole Disposition, and 27,654 individuals categorized as "OFO NTA [Notice to Appear] and Paroled into the U.S. on a case-by-case basis pursuant to 8 U.S.C. § 1182(d)(5)," Ex. A. at 5—and 2,798 ICE grants of parole, Ex. B at 3.

### 6. Total Monthly Number of Applicants for Admission under § 1225 Released into

---

[5] An applicant for admission is defined as "[a]n alien present in the United States who has not been admitted or who arrives in the United States (whether or not at a designated port of arrival and including an alien who is brought to the United States after having been interdicted in international or United States waters)." 8 U.S.C. § 1225(a)(1). Thus, an applicant for admission may include noncitizens that have never been encountered by CBP. At this time, CBP does not have a mechanism to track applicants for admission in the United States that are not encountered by CBP. Ex. A at 5 n.12. All references in this document to "applicants for admission" refer to noncitizen applicants for admission encountered at or in-between POEs by CBP.

the United States, Paroled or Otherwise

For the month of April 2022, DHS reported that the total number of applicants for admission under Section 1225 released into the United States, paroled or otherwise, was 117,989, a figure reflecting CBP's 110,207 total releases across all categories for the month of April 2022, Ex. A at 6,[6] combined with ICE's 7,782 total releases of noncitizens transferred to it from CBP following their apprehension or encounter at the Southwest Border for the month of April 2022, Ex. B at 3.

| | |
|---|---|
| Dated: May 16, 2022 | Respectfully submitted, |
| CHAD E. MEACHAM<br>*United States Attorney* | BRIAN M. BOYNTON<br>*Principal Deputy Assistant Attorney General* |
| BRIAN W. STOLTZ<br>*Assistant United States Attorney* | WILLIAM C. PEACHEY<br>*Director*<br>Office of Immigration Litigation<br>District Court Section |
| | EREZ REUVENI<br>*Assistant Director* |
| | BRIAN C. WARD<br>*Senior Litigation Counsel* |
| | /s/ *Joseph A. Darrow*<br>JOSEPH A. DARROW<br>*Trial Attorney*<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station |

---

[6] This report does not include data on unaccompanied alien children (UCs), as defined in 6 U.S.C. § 279(g), who the Court recognized are not amenable to MPP, ECF No. 94 at 9, and who are subject to special processing and are transferred to U.S. Department of Health and Human Services Custody pursuant to the Trafficking Victims Protection Reauthorization Act. *See* 8 U.S.C. §§1232(a)(5)(D), 1232(b)(3), 1232(c)(2)(A), 1232(c)(3); *see also* CBP, Southwest Border Encounters, https://www.cbp.gov/newsroom/stats/southwest-land-border-encounters (providing statistics on UCs encountered by CBP).

>Washington, DC 20044
>Tel.: (202) 598-7537
>Joseph.a.darrow@usdoj.gov
>
>*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ *Joseph A. Darrow*
JOSEPH A. DARROW
U.S. Department of Justice