# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| The State of Texas, et al.<br>*Plaintiff*<br><br>v.<br><br>Joseph R. Biden, Jr., et al.<br>*Defendant* | §<br>§<br>§<br>§<br>§  Case No. 2:21-cv-00067-Z<br>§<br>§<br>§<br>§ |

### APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Michael E. Talent                                                                                                     , with offices at

Missouri Attorney General, 815 Olive Street, Suite 200
(Street Address)

St. Louis                                            MO                       63101
(City)                                               (State)                  (Zip Code)

(314) 340-4869
(Telephone No.)                                      (Fax No.)


**II.**   Applicant will sign all filings with the name Michael E. Talent                              .


**III.**   Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

The State of Missouri

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Missouri_____, where Applicant regularly practices law.

For Court Use Only.
Bar Status Verified:

Bar license number: 73339        Admission date: April 14, 2021

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Supreme Court of California (322220) | April 28, 2022 | Active |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:    Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

William T. Thompson                                                                          , who has offices at

300 West 15th Street
(Street Address)

Austin                                                TX                    78701
(City)                                               (State)               (Zip Code)

(514) 463-2100                                       (512) 457-4410
(Telephone No.)                                      (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  30th  day of June                         , 2022     .

Michael E. Talent
Printed Name of Applicant

*[signature]*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.