IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, *et al.*, | § | |
| Plaintiffs, | § § § | |
| v. | § | 2:21-CV-067-Z |
| JOSEPH R. BIDEN, JR., *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiff State of Missouri's Application for Admission *Pro Hac Vice* ("Application") (ECF No. 141), filed on June 30, 2022. Michael Talent is an attorney licensed to practice law in the State of Missouri. Mr. Talent represented to the Court that he has read *Dondi Properties Corp. v. Commerce Savings & Loan Association*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the Local Civil Rules for the Northern District of Texas, and will comply with the standards set forth in *Dondi* and the Local Rules. Mr. Talent has obtained local counsel. *See* ECF No. 141 at 3.

After considering the Application and related filings, the Court finds the Application should be and is hereby **GRANTED**. The Court **ORDERS** that Mr. Talent may represent Plaintiff State of Missouri in this matter, subject to further order of the Court.

**SO ORDERED**.

July _1_, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE