# United States Court of Appeals
# for the Fifth Circuit

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 6 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

United States Court of Appeals
Fifth Circuit
**FILED**
August 3, 2022
Lyle W. Cayce
Clerk

No. 21-10806

STATE OF TEXAS; STATE OF MISSOURI,

*Plaintiffs—Appellees,*

*versus*

JOSEPH R. BIDEN, JR., IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA; UNITED STATES OF AMERICA; ALEJANDRO MAYORKAS, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY MILLER, ACTING COMMISSIONER, U.S. CUSTOMS AND BORDER PROTECTION; UNITED STATES CUSTOMS AND BORDER PROTECTION; TAE D. JOHNSON, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UR M. JADDOU, DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

*Defendants—Appellants.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:21-cv-67

ON REMAND FROM
THE SUPREME COURT OF THE UNITED STATES

No. 21-10806

Before BARKSDALE, ENGELHARDT, and OLDHAM, *Circuit Judges*.
PER CURIAM:

    This court's decision, found at 20 F.4th 928 (5th Cir. 2021), returns to us on remand from the Supreme Court. *See Biden v. Texas*, 142 S. Ct. 2528 (2022). We REMAND for further proceedings consistent with the Supreme Court's decision.