# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

August 06, 2022

Ms. Karen S. Mitchell  
Northern District of Texas, Amarillo  
United States District Court  
205 E. 5th Street  
Room F-13240  
Amarillo, TX 79101

    No. 21-10806    State of Texas v. Biden  
                          USDC No. 2:21-CV-67

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

*Shea E. Pertuit*

By: _____  
Shea E. Pertuit, Deputy Clerk  
504-310-7666

cc:
- Mrs. Blaine Bookey
- Mr. Matt A. Crapo
- Mr. Joseph Anton Darrow
- Mr. Thomas Molnar Fisher
- Mr. Jesus Armando Osete
- Ms. Lanora Christine Pettit
- Mr. Erez Reuveni
- Mr. Dean John Sauer
- Mr. Brian Walters Stoltz
- Mr. Alan J. Stone
- Mr. Judd Edward Stone II
- Mr. William Thomas Thompson
- Mr. Brian Christopher Ward
- Mr. Benjamin D. Wilson
- Mr. Cody Wofsy