U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 6 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

# United States Court of Appeals
# for the Fifth Circuit

Certified as a true copy and issued
as the mandate on Aug 06, 2022
Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 3, 2022
Lyle W. Cayce
Clerk

No. 21-10806

STATE OF TEXAS; STATE OF MISSOURI,

*Plaintiffs—Appellees,*

*versus*

JOSEPH R. BIDEN, JR., *in his official capacity as President of the United States of America;* UNITED STATES OF AMERICA; ALEJANDRO MAYORKAS, *Secretary, U.S. Department of Homeland Security;* UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY MILLER, *Acting Commissioner, U.S. Customs and Border Protection;* UNITED STATES CUSTOMS AND BORDER PROTECTION; TAE D. JOHNSON, *Acting Director, U.S. Immigration and Customs Enforcement;* UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UR M. JADDOU, *Director of U.S. Citizenship and Immigration Services;* UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:21-CV-67

---

Before BARKSDALE, ENGELHARDT, and OLDHAM, *Circuit Judges.*

JUDGMENT ON REMAND FROM THE
SUPREME COURT OF THE UNITED STATES

No. 21-10806

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.