IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>STATE OF MISSOURI,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOSEPH R. BIDEN, JR.,<br>in his official capacity as<br>President of the United States, *et al.*,<br><br>*Defendants.* | Civil Action No. 2:21-cv-00067-Z |

### [Proposed] Order

Before the Court is Defendants' unopposed motion to vacate the permanent injunction issued by the Court on August 13, 2021 (Dkts. 94, 95). Having reviewed the motion, the Court hereby GRANTS the motion. The permanent injunction issued on August 13, 2021 is HEREBY VACATED.

Signed on August __, 2022, at Amarillo, Texas.

_____
Matthew J. Kacsmaryk
U.S. District Judge