IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| THE STATE OF TEXAS, *et al.*, | § | |
| Plaintiffs, | § | |
| v. | § | 2:21-CV-067-Z |
| JOSEPH R. BIDEN, JR., *et al.*, | § | |
| Defendants. | § | |

### ORDER

Before the Court is Defendants' Unopposed Motion to Vacate the Permanent Injunction ("Motion") (ECF No. 146), filed on August 8, 2022. Having considered the Motion, pleadings, and relevant law, the Court **GRANTS** the Motion. The Court **VACATES** the permanent injunction issued on August 13, 2021 (ECF Nos. 94, 95).

**SO ORDERED**.

August __8__, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE