**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| THE STATE OF TEXAS and §<br>§<br>THE STATE OF MISSOURI, §<br>§<br>　　　*Plaintiffs*, §<br>§<br>v. §<br>§<br>JOSEPH R. BIDEN, JR., in his official §<br>capacity as President of the United §<br>States of America, *et al.*, §<br>§<br>　　　*Defendants.* § | Case No. 2:21-cv-00067-Z |

## UNOPPOSED MOTION FOR LEAVE TO FILE A
## SECOND AMENDED COMPLAINT

Plaintiffs move for leave to file a Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). "The court should freely give leave" because "justice so requires." Fed. R. Civ. P. 15(a)(2). Defendants do not oppose this motion.

In this case, the Supreme Court of the United States ordered that "[o]n remand, the District Court should consider in the first instance whether the October 29 Memoranda comply with section 706 of the APA." *Biden v. Texas*, 142 S. Ct. 2528, 2548 (2022) (citing *Motor Vehicle Mfrs. Ass'n of U.S., Inc. v. State Farm Mut. Auto. Ins. Co.*, 463 U.S. 29, 46–57 (1983)); *id.* at 2549 (Kavanaugh, J., concurring) ("The question of whether DHS's October 29 decision satisfies the *State Farm* standard is not before this Court at this time. The Court today therefore properly leaves the *State Farm* issue for consideration on remand."); *id.* at 2559 (Alito, J.,

dissenting) ("I agree with the majority that the District Court on remand should consider in the first instance whether the October 29 Memoranda complied with § 706 of the APA.").

Following the Fifth Circuit's remand to this Court "for further proceedings consistent with the Supreme Court's decision," ECF 144 at 2, Plaintiffs respectfully request that the Court grant this motion for leave to amend and order the Clerk of Court to file the Second Amended Complaint, attached hereto in accordance with Local Civil Rule 15.1(b). The exhibits to the Second Amended Complaint are attached as well.

| | |
|---|---|
| Dated: August 8, 2022 | Respectfully submitted, |
| ERIC S. SCHMITT<br>Attorney General of Missouri | KEN PAXTON<br>Attorney General of Texas |
| /s/ D. JOHN SAUER<br>D. JOHN SAUER, #58720MO*<br>Solicitor General | BRENT WEBSTER<br>First Assistant Attorney General |
| MICHAEL E. TALENT, #73339MO *<br>Deputy Solicitor General | JUDD E. STONE II<br>Solicitor General<br>Texas Bar No. 24076720 |
| OFFICE OF THE ATTORNEY GENERAL<br>Supreme Court Building<br>207 West High Street<br>P.O. Box 899<br>Jefferson City, Missouri 65102<br>Tel. (573) 751-8870<br>Fax (573) 751-0774<br>John.Sauer@ago.mo.gov | PATRICK K. SWEETEN<br>Deputy Attorney General for Special Litigation<br>Texas Bar No. 00798537<br><br>WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit<br>*Attorney-in-Charge*<br>Texas Bar No. 24088531 |
| *Counsel for Plaintiff*<br>*State of Missouri* | */s/ Ryan D. Walters*<br>RYAN D. WALTERS<br>Special Counsel |
| *Admitted pro hac vice | Texas Bar No. 24105085 |
| | OFFICE OF THE ATTORNEY GENERAL<br>SPECIAL LITIGATION UNIT<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1414<br>Fax: (512) 457-4410<br>patrick.sweeten@oag.texas.gov<br>will.thompson@oag.texas.gov<br>ryan.walters@oag.texas.gov |
| | *Counsel for Plaintiff*<br>*State of Texas* |

## CERTIFICATE OF CONFERENCE

I certify that on August 8, 2022, I conferred with Defendants' counsel, who represented that Defendants do not oppose this motion.

>*/s/ Ryan D. Walters*
>RYAN D. WALTERS

## CERTIFICATE OF SERVICE

I certify that on August 8, 2022, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

>*/s/ Ryan D. Walters*
>RYAN D. WALTERS