UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS and <br><br> THE STATE OF MISSOURI, <br><br>    Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*, <br><br>    Defendants. | Case No. 2:21-cv-00067-Z |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Before the Court is Plaintiffs' Motion for Leave to File an Amended Complaint. After due consideration of the Motion, the Court finds that it should be and is hereby **GRANTED**, and the Clerk of Court is **ORDERED** to file the Second Amended Complaint on the docket.

**SO ORDERED**.

_____, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE