# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS and | § § § | |
| THE STATE OF MISSOURI, | § § § | |
| Plaintiffs, | § | Case No. 2:21-cv-00067-Z |
| v. | § § § | |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*, | § § § § § | |
| Defendants. | § § | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO POSTPONE THE EFFECTIVE DATE OF AGENCY ACTION

Before the Court is Plaintiffs' Motion to Postpone the Effective Date of Agency Action. After reviewing the Motion, the Response, the Reply, the record in this case, and the applicable law, the Court **GRANTS** the Motion.

It is hereby **ORDERED** that:

The October 29 Memoranda by the Department of Homeland Security terminating the Migrant Protection Protocols is hereby **STAYED** pending resolution on the merits.

**SO ORDERED**.

_____, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE