# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

|  |  |  |
|---|---|---|
| THE STATE OF TEXAS and | § § § | |
| THE STATE OF MISSOURI, | § § | |
| Plaintiffs, | § § | Case No. 2:21-cv-00067-Z |
| v. | § § § | |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*, | § § § § § | |
| Defendants. | § § | |

## SUPPLEMENTAL APPENDIX IN SUPPORT OF
## PLAINTIFFS' MOTION TO POSTPONE THE EFFECTIVE DATE OF
## AGENCY ACTION

| Exhibit | Description | Page(s) |
|---|---|---|
| A | DHS Termination of the Migrant Protection Protocols | Supp.App.001–004 |
| B | DHS Explanation of the Decision to Terminate the Migrant Protection Protocols | Supp.App.005–043 |

Dated: August 8, 2022

Respectfully submitted,

ERIC S. SCHMITT
Attorney General of Missouri

KEN PAXTON
Attorney General of Texas

/S/ *D. JOHN SAUER*
D. JOHN SAUER, #58720MO*
Solicitor General

BRENT WEBSTER
First Assistant Attorney General

MICHAEL E. TALENT, #73339MO *
Deputy Solicitor General

JUDD E. STONE II
Solicitor General
Texas Bar No. 24076720

OFFICE OF THE ATTORNEY GENERAL
Supreme Court Building
207 West High Street
P.O. Box 899
Jefferson City, Missouri 65102
Tel. (573) 751-8870
Fax (573) 751-0774
John.Sauer@ago.mo.gov

PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Texas Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
*Attorney-in-Charge*
Texas Bar No. 24088531

*Counsel for Plaintiff*
*State of Missouri*

*/s/ Ryan D. Walters*
RYAN D. WALTERS
Special Counsel
Texas Bar No. 24105085

*Admitted pro hac vice

OFFICE OF THE ATTORNEY GENERAL
SPECIAL LITIGATION UNIT
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 936-1414
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov
ryan.walters@oag.texas.gov

*Counsel for Plaintiff*
*State of Texas*

### CERTIFICATE OF SERVICE

I certify that on August 8, 2022, a true and accurate copy of the foregoing

document was filed electronically (via CM/ECF) and served on all counsel of record.

/s/ Ryan D. Walters
RYAN D. WALTERS