IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>STATE OF MISSOURI,<br><br> *Plaintiffs,*<br><br>  v.<br><br>JOSEPH R. BIDEN, JR.,<br>in his official capacity as<br>President of the United States, *et al.*,<br><br> *Defendants.* | Civil Action No. 2:21-cv-00067-Z |

**JOINT ADVISORY CONCERNING SUBMISSION OF JOINT STATEMENT ON SCHEDULING**

On August 8, 2022, Plaintiffs filed an amended complaint challenging the October 29, 2021 Memorandum terminating the Migrant Protection Protocols (MPP) and motion to postpone the effective date of that memorandum under 5 U.S.C. § 705.

The parties have met and conferred and respectfully notify the Court of their intention to submit a joint statement with proposals on how this case should proceed moving forward by August 9, 2022. The parties request that the Court not issue a scheduling order in this case until it has had an opportunity to review the joint statement.

//

//

1

Dated August 8, 2022.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JUDD E. STONE II
Solicitor General
Texas Bar No. 24076720

PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
Texas Bar No. 00798537

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
*Attorney-in-Charge*
Texas Bar No. 24088531

/s/ *Ryan D. Walters*
RYAN D. WALTERS
Special Counsel
Texas Bar No. 24105085

OFFICE OF THE ATTORNEY GENERAL
SPECIAL LITIGATION UNIT
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov
ryan.walters@oag.texas.gov

*Counsel for Plaintiff State of Texas*

ERIC S. SCHMITT
Attorney General of Missouri

/S/ D. JOHN SAUER
D. JOHN SAUER, #58720MO*
Solicitor General

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant
 Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section

EREZ REUVENI
Assistant Director

/s/ *Erez Reuveni*
EREZ REUVENI
Assistant Director
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 307-4293
erez.r.reuveni@usdoj.gov

*Counsel for Defendants*

MICHAEL E. TALENT, #73339MO *
Deputy Solicitor General

OFFICE OF THE ATTORNEY GENERAL
Supreme Court Building
P.O. Box 899
Jefferson City, Missouri 65102
Tel. (573) 751-8870
Fax (573) 751-0774
John.Sauer@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

\*Admitted pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2022, I electronically filed this motion with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

*/s/ Ryan D. Walters*
RYAN D. WALTERS
