IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| THE STATE OF TEXAS, *et al.*, § § Plaintiffs, § § v. § 2:21-CV-067-Z § JOSEPH R. BIDEN, JR., *et al.*, § § Defendants. § | |

### ORDER

Before the Court Plaintiffs' Unopposed Motion for Leave to File a Second Amended Complaint ("Motion") (ECF No. 148), filed on August 8, 2022. Having considered the Motion, pleadings, and relevant law, the Court **GRANTS** the Motion. The Court **DIRECTS** the United States District Clerk to docket Plaintiffs' Second Amended Complaint (ECF Nos. 148-1, 148-2) as a new and separate entry in ECF.

**SO ORDERED.**

August 9, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE