

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| THE STATE OF TEXAS, *et al.*, | § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | 2:21-CV-067-Z |
| JOSEPH R. BIDEN, JR., *et al.*, | | |
| Defendants. | | |

**ORDER**

On August 6, 2022, the Fifth Circuit remanded the instant action to this Court. *See* ECF No. 145. The Court vacated its permanent injunction the same day. *See* ECF No. 147. On August 8, 2022, Plaintiffs filed an Amended Complaint and a Motion to Postpone the Effective Date of Agency Action. *See* ECF Nos. 148, 149. The next day, Plaintiffs and Defendants filed a Joint Status Report on Further Proceedings ("Report"), offering "separate proposals" regarding "how the case should proceed." ECF No. 154 at 1.

Having considered the Report, the Court adopts the following schedule:

- Defendants produce to Plaintiffs the relevant administrative record **on or before August 26, 2022**;

- Defendants file their opposition to Plaintiffs' Motion to Postpone **on or before September 2, 2022**;

- Plaintiffs reply to Defendants' opposition **on or before September 9, 2022**.

The Court denies Defendants' request for jurisdictional discovery. The Court stays Defendants' deadline to answer or otherwise respond to Plaintiffs' Amended Complaint pending resolution of the Motion to Postpone. Defendants must answer or otherwise respond to Plaintiffs' Complaint no more than 14 days after the Court adjudicates Plaintiffs' Motion to Postpone.

**SO ORDERED.**

August 15, 2022

_____

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE