**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | |
|---|---|
| STATE OF TEXAS; STATE OF MISSOURI,<br><br>                            Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., et al.,<br><br>                          Defendants. | Civil Action No. 2:21-cv-00067 |

On considering the unopposed motion of Immigration Reform Law Institute for leave to file a memorandum of law as *amicus curiae* in support of Plaintiffs' motion to postpone the effective date of agency action, the memorandum of law submitted therewith, and the lack of any opposition thereto, the Court determines that the motion should be granted. For the foregoing reasons, it is hereby **ORDERED** that the Unopposed Motion for Leave to File is **GRANTED**; and it is **FURTHER ORDERED** that the Clerk is directed to file the Memorandum of Law submitted with the Motion for Leave to File.

**SO ORDERED**:

_____, 2022.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE