IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:21-CV-067-Z |
| | § | |
| JOSEPH R. BIDEN, JR., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Immigration Reform Law Institute's Unopposed Motion for Leave to File an Amicus Brief ("Motion") (ECF No. 156), filed on August 30, 2022. Having considered the Motion and relevant law, the Court **GRANTS** the Motion. The Court **DIRECTS** the United States District Clerk to docket ECF No. 156-1 as a separate entry on ECF.

**SO ORDERED.**

August 31, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE