**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| STATE OF TEXAS,<br>STATE OF MISSOURI,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOSEPH R. BIDEN, JR.,<br>in his official capacity as<br>President of the United States, *et al.*,<br><br>*Defendants.* | Civil Action No. 2:21-cv-00067-Z |

**[Proposed] Order**

Before the Court is the parties' joint motion to enlarge the page limitations on their respective remaining briefs addressing the pending motion to postpone. Having reviewed the motion, the Court hereby GRANTS the motion. Defendants may file an opposition brief not to exceed 45 pages and Plaintiffs may file a reply brief not to exceed 25 pages, such page limits not including matters exempted under the local rules.

Signed on September __, 2022, at Amarillo, Texas.

_____
Matthew J. Kacsmaryk
U.S. District Judge