IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| THE STATE OF TEXAS, *et al.*, | § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | 2:21-CV-067-Z |
| JOSEPH R. BIDEN, JR., *et al.*, | | |
| Defendants. | | |

**ORDER**

Before the Court is parties' Joint Motion to Enlarge Page Limits (ECF No. 159) and Corrected Joint Motion to Enlarge Page Limits (ECF No. 160), filed on September 1, 2022. Having considered the Corrected Motion, pleadings, record, and relevant law, the Court **GRANTS** the Corrected Motion and **ADOPTS** parties' proposed page limits. The Court **DENIES** the original, uncorrected Motion as moot.

**SO ORDERED**.

September __1__, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE