IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| **THE STATE OF TEXAS**, *et al.*, | § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:21-CV-067-Z |
| **JOSEPH R. BIDEN, JR.**, *et al.*, | § § § | |
| Defendants. | § | |

**PROPOSED ORDER**

Before the Court is the Justice Action Center's, Refugee and Immigrant Center for Education and Legal Service's, and other *Amici's* Unopposed Motion for Leave to File an Amicus Brief ("Motion") (ECF No. __), filed on September 6, 2022. Having considered the Motion and relevant law, the Court **GRANTS** the Motion. The Court **DIRECTS** the United States District Clerk to docket ECF No. ___ as a separate entry on ECF.

**SO ORDERED.**

September __, 2022.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

4862-9471-6721v.1