IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, *et al.*, | § | |
| Plaintiffs, | § § § | |
| v. | § | 2:21-CV-067-Z |
| JOSEPH R. BIDEN, JR., *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is the Refugee and Immigrant Center for Education and Legal Services's, Justice Action Center's, and other *amici*'s Unopposed Motion for Leave to File an Amicus Brief ("Motion") (ECF No. 164), filed on September 6, 2022. Having considered the Motion and relevant law, the Court **GRANTS** the Motion. The Court **DIRECTS** the United States District Clerk to docket ECF No. 164-1 as a separate entry on ECF.

**SO ORDERED.**

September __7__, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE