## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS and | § | |
| | § | |
| THE STATE OF MISSOURI, | § | |
| | § | |
| Plaintiffs, | § | Case No. 2:21-cv-00067-Z |
| | § | |
| v. | § | |
| | § | |
| JOSEPH R. BIDEN, JR., in his official | § | |
| capacity as President of the United | § | |
| States of America, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SUR-SURREPLY

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Sur-Surreply. After reviewing the Motion, any briefing, and the applicable law, the Court **GRANTS** the Motion.

It is hereby **ORDERED** that:

Leave to file the proposed Sur-Surreply is GRANTED.

The Clerk of Court shall file Plaintiffs' Sur-Surreply on the docket, deemed filed as of the date of this Order.

**SO ORDERED**.

_____, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE