IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:21-CV-067-Z |
| | § | |
| JOSEPH R. BIDEN, JR., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Motion for Leave to File Surreply ("Motion") (ECF No. 169), filed on September 16, 2022. Having considered the Motion and relevant law, the Court **GRANTS** the Motion. The Court **DIRECTS** the United States District Clerk to docket ECF No. 169-1 as a separate entry on ECF.

**SO ORDERED.**

September 20, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE