# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS and <br><br> THE STATE OF MISSOURI, <br><br> *Plaintiffs,* <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*, <br><br> *Defendants.* | Case No. 2:21-cv-00067-Z |

## PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW COUNSEL

Pursuant to Local Rule 83.12(a), Plaintiff the State of Texas files this Unopposed Motion to Withdraw Patrick K. Sweeten as its counsel in this matter.

Mr. Sweeten has accepted a position outside the Office of the Attorney General of Texas. The State of Texas will continue to be represented by Deputy Chief, Special Litigation Unit, William T. Thompson, who will remain as attorney-in-charge, and Special Counsel Ryan D. Walters.

This withdrawal will not delay any proceedings. This motion is unopposed.

For the reasons stated above, Plaintiff respectfully requests that the Court grant this motion to withdraw Patrick K. Sweeten as its counsel of record and remove Mr. Sweeten from all further electronic notifications regarding this case.

Date:  November 30, 2022             Respectfully submitted.

KEN PAXTON                           /s/ Patrick K. Sweeten
Attorney General of Texas            PATRICK K. SWEETEN
                                     Deputy Attorney General for Special Litigation
BRENT WEBSTER                        Texas Bar No. 00798537
First Assistant Attorney General
                                     WILLIAM T. THOMPSON
                                     Deputy Chief, Special Litigation Unit
                                     *Attorney-in-Charge*
                                     Texas Bar No. 24088531

                                     RYAN D. WALTERS
                                     Special Counsel
                                     Texas Bar No. 24105085

                                     OFFICE OF THE ATTORNEY GENERAL
                                     SPECIAL LITIGATION UNIT
                                     P.O. Box 12548 (MC-009)
                                     Austin, Texas 78711-2548
                                     Tel.: (512) 463-2100
                                     Fax: (512) 457-4410
                                     patrick.sweeten@oag.texas.gov
                                     will.thompson@oag.texas.gov
                                     ryan.walters@oag.texas.gov

                                     *Counsel for Plaintiff*
                                     *State of Texas*

## CERTIFICATE OF CONFERENCE

I certify that on November 30, 2022, counsel for Plaintiff conferred with counsel for Defendants, who represented that Defendants do not oppose this motion.

*/s/ Patrick K. Sweeten*
Patrick K. Sweeten

## CERTIFICATE OF SERVICE

I certify that on November 30, 2022, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

*/s/ Patrick K. Sweeten*
Patrick K. Sweeten