## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| THE STATE OF TEXAS and | § | |
| | § | |
| THE STATE OF MISSOURI, | § | |
| | § | |
| Plaintiffs, | § | Case No. 2:21-cv-00067-Z |
| | § | |
| v. | § | |
| | § | |
| JOSEPH R. BIDEN, JR., in his official | § | |
| capacity as President of the United | § | |
| States of America, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW COUNSEL

On this date, the Court considered Plaintiff the State of Texas's Unopposed Motion to Withdraw Patrick K. Sweeten as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Patrick K. Sweeten is hereby withdrawn as counsel of record for Plaintiff the State of Texas.

**SO ORDERED**.


_____, 2022


_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE