

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| Plaintiffs, | § § § | |
| v. | § § | 2:21-CV-067-Z |
| JOSEPH R. BIDEN, JR., *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Withdraw Patrick K. Sweeten as counsel ("Motion") (ECF No. 137), filed on November 30, 2022. Having considered the Motion and applicable law, the Court **GRANTS** the Motion.

**SO ORDERED.**

December _1_, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE