IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>STATE OF MISSOURI,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOSEPH R. BIDEN, JR.,<br>in his official capacity as<br>President of the United States, *et al.*,<br><br>*Defendants.* | Civil Action No. 2:21-cv-00067-Z |

## UNOPPOSED MOTION FOR 30-DAY EXTENSION
## OF DEADLINE TO RESPOND TO THE COMPLAINT

Defendants respectfully move for a 30-day extension of the deadline to answer or otherwise respond to the Second Amended Complaint. Plaintiffs consent to this extension.

On August 15, 2022, the Court entered an order that stayed Defendants' deadline to answer or otherwise respond to the Second Amended Complaint until 14 days after the Court resolved Plaintiffs' Motion to Postpone. ECF No. 155. On December 15, 2022, the Court issued an Opinion and Order on Plaintiffs' Motion, *see* ECF No. 178, making Defendants' answer deadline December 29, 2022. Undersigned counsel is on previously scheduled end-of-year and holiday leave through December 29, as are a number of individuals at the Defendant agencies. Accordingly, Defendants request that the Court extend the deadline to answer or otherwise respond to the complaint 30 days to January 30, 2023. Plaintiffs consent to this 30-day extension.

1

| | |
|---|---|
| Dated: December 22, 2022 | Respectfully submitted, |
| | |
| CHAD E. MEACHAM | BRIAN M. BOYNTON |
| *United States Attorney* | *Principal Deputy Assistant Attorney General* |
| | |
| BRIAN W. STOLTZ | WILLIAM C. PEACHEY |
| *Assistant United States Attorney* | *Director* |
| | Office of Immigration Litigation |
| | District Court Section |
| | |
| | EREZ REUVENI |
| | *Assistant Director* |
| | |
| | JOSEPH A. DARROW |
| | *Trial Attorney* |
| | |
| | /s/ *Brian C. Ward* |
| | BRIAN C. WARD |
| | *Senior Litigation Counsel* |
| | U.S. Department of Justice |
| | Civil Division |
| | Office of Immigration Litigation |
| | District Court Section |
| | P.O. Box 868, Ben Franklin Station |
| | Washington, DC 20044 |
| | Tel.: (202) 616-9121 |
| | Email: brian.c.ward@usdoj.gov |
| | |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2022, I electronically filed this motion with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ *Brian C. Ward*
BRIAN C. WARD
U.S. Department of Justice