IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| STATE OF TEXAS, *et al.*, § § § Plaintiffs, § § v. § 2:21-CV-067-Z § JOSEPH R. BIDEN, JR., *et al.*, § § Defendants. § | |

## ORDER

Before the Court is Defendants' Unopposed Motion for 30-Day Extension of Deadline to Respond to the Complaint ("Motion") (ECF No. 179), filed on December 22, 2022. Having considered the unopposed Motion and relevant law, the Court **GRANTS** the Motion. Defendants must file and answer or otherwise respond to Plaintiffs' Second Amended Complaint **on or before January 30, 2023**.

**SO ORDERED**.

December 22, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE