UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS <br> and <br> THE STATE OF MISSOURI, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*, <br><br> *Defendants*. | Case No. 2:21-cv-00067-Z |

**PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW COUNSEL**

Pursuant to Local Rule 83.12(a), Plaintiff the State of Texas files this Unopposed Motion to Withdraw William T. Thompson as its counsel in this matter.

Mr. Thompson has accepted a position outside the Office of the Attorney General of Texas. The State of Texas will continue to be represented by Special Counsel Ryan D. Walters, who should be designated as the attorney in charge.

This withdrawal will not delay any proceedings. This motion is unopposed.

For the reasons stated above, Plaintiff respectfully requests that the Court grant this motion to withdraw William T. Thompson as its counsel of record and remove Mr. Thompson from all further electronic notifications regarding this case.

| | |
|---|---|
| Date:  February 10, 2023 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | /s/ William. T. Thompson<br>WILLIAM T. THOMPSON<br>Deputy Chief, Special Litigation Unit |
| BRENT WEBSTER<br>First Assistant Attorney General | *Attorney-in-Charge*<br>Texas Bar No. 24088531 |
| | RYAN D. WALTERS<br>Special Counsel<br>Texas Bar No. 24105085 |
| | OFFICE OF THE ATTORNEY GENERAL<br>SPECIAL LITIGATION UNIT<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Fax: (512) 457-4410<br>will.thompson@oag.texas.gov<br>ryan.walters@oag.texas.gov |
| | *Counsel for Plaintiff*<br>*State of Texas* |

### CERTIFICATE OF CONFERENCE

I certify that on February 6, 2023, counsel for Plaintiff conferred with counsel for Defendants, who represented that Defendants do not oppose this motion.

                                                      */s/ William. T. Thompson*
                                                      WILLIAM T. THOMPSON

### CERTIFICATE OF SERVICE

I certify that on February 10, 2023, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

                                                        */s/ William. T. Thompson*
                                                      William T. Thompson