# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### (Amarillo)

| | | |
|---|---|---|
| STATE OF TEXAS, et al, | ) | |
| | ) | |
| Plaintiff, | ) | |
| -vs- | ) | No. 2:21-CV-00067-z |
| | ) | |
| JOSEPH R. BIDEN, JR., in his official | ) | |
| capacity as President of the United | ) | |
| States of America, et al, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

D. John Sauer, hereby moves to withdraw as counsel of record for Plaintiff State of Missouri.  Good cause exists as the undersigned has taken a different position outside the Office of the Missouri Attorney General.  Plaintiff State of Missouri continues to have representation and will not be prejudiced.

Respectfully submitted,

*/s/ D. John Sauer*
D. John Sauer, MO 58721
James Otis Litigation
13321 North Forty Outer Road
Suite 300
St. Louis, Missouri 63017
(314) 562-0031
john.sauer@james-otis.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of February 2023, I electronically filed the foregoing using the CM/ECF electronic filing system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

$\quad$ */s/ D. John Sauer*$\qquad$