# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## (Amarillo)

| | |
|---|---|
| STATE OF TEXAS, et al, ) <br> ) <br>      Plaintiff, ) <br> -vs- ) <br> ) <br> JOSEPH R. BIDEN, JR., in his official ) <br> capacity as President of the United ) <br> States of America, et al, ) <br> ) <br>      Defendant. ) | No. 2:21-CV-00067-z |

## **PROPOSED ORDER**

Before this Court is the Motion to Withdraw as Counsel for Plaintiff State of Missouri filed by D. John Sauer. Having considered the Motion, the Court hereby GRANTS the Motion.

*It is so ordered.*

DATED: _____

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE