IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 2:21-CV-0067-Z |
| | § | |
| JOSEPH R. BIDEN, JR., *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the Court is Defendants' Unopposed Motion for 45-Day Extension of Deadline to Respond to the Second Amended Complaint ("Motion") (ECF No. 181), filed on January 27, 2023. Defendants' state the reason for the Motion is that "[t]he government is currently evaluating whether to appeal the Court's decision on December 15, 2022 (ECF No. 178). ECF No. 181. This is Defendants' second such motion. *See* ECF No. 179 (seeking a 30-day extension to accommodate "previously scheduled end-of-year and holiday leave"). The Court granted the previous extension. ECF No. 180. The Court does so again. Having considered the unopposed Motion and relevant law, the Court **GRANTS** the Motion. Defendants must file and answer or otherwise respond to Plaintiffs' Second Amended Complaint **on or before March 30, 2023.**

**SO ORDERED.**

February 21, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE