IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| STATE OF TEXAS, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | 2:21-CV-0067-Z |
| § | |
| JOSEPH R. BIDEN, JR., *et al.*, § | |
| § | |
| Defendants. § | |

**ORDER**

Before the Court is Plaintiffs' Unopposed Motion to Withdraw William T. Thompson as counsel ("Motion") (ECF No. 182), filed on February 10, 2023. Having considered the Motion and applicable law, the Court **GRANTS** the Motion.

**SO ORDERED.**

February 21, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE