U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
(Amarillo)

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | No. 2:21-cv-00067-Z |
| | ) | |
| JOSEPH R. BIDEN, JR. in his official capacity as President of the United States of America, *et al.*, | ) ) ) | |
| | ) | |
| *Defendants*. | ) | |

## CONSENT MOTION TO SUBSTITUTE COUNSEL

Now comes Plaintiff State of Missouri, by and through the undersigned counsel, requesting the Court grant permission to withdraw Michael E. Talent and substitute Maria A. Lanahan as attorney of record for said Plaintiff. In support of this Motion Plaintiff states as follows:

1. Application for Admission Pro Hac Vice was filed by Michael E. Talent on June 30, 2022.

2. On July 1, 2022, this Court granted the Application for Admission.

3. Michael E. Talent has taken employment outside of the Office of the Missouri Attorney General and Plaintiff State of Missouri consents to representation by the undersigned counsel.

4. Counsel for Defendants consented to the substitution of counsel motion.

WHEREFORE, Plaintiff State of Missouri requests this Court enter an order allowing Maria A. Lanahan to substitute as counsel of record in this case.

Respectfully submitted,

**ANDREW BAILEY**
Attorney General

 */s/ Maria A. Lanahan*
Maria A. Lanahan, No. 65956
 *Deputy Solicitor General*
815 Olive Street, Suite 200
St. Louis, MO  63101
(314) 340-4978
(573) 751-0774 (facsimile)
Maria.Lanahan@ago.mo.gov

## CERTIFICATE OF CONFERENCE

I hereby certify that I have received consent for this substitution of counsel motion from Defendants' counsel, so this motion is unopposed.

*/s/ Maria A. Lanahan*

## CERTIFICATE OF SERVICE

This is to certify that on March 3, 2023 a true and correct copy of the foregoing was served upon all parties of record, by the CM/ECF system.

*/s/ Maria A. Lanahan*