**U.S. DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**(Amarillo)**

STATE OF TEXAS, *et al.*,                )
                                          )
            *Plaintiffs,*                 )
                                          )
v.                                        )          No. 2:21-cv-00067-Z
                                          )
JOSEPH R. BIDEN, JR. in his official      )
capacity as President of the United       )
States of America, *et al.*,              )
                                          )
            *Defendants.*                 )

ORDER ON CONSENT MOTION TO SUBSTITUTE COUNSEL

Before this Court is Plaintiff State of Missouri's Consent Motion to Substitute Counsel. Having considered the Motion, the Court hereby GRANTS Plaintiff's request to substitute Maria A. Lanahan as counsel of record for the State of Missouri.

Dated: _____          _____
                            MATTHEW J. KACSMARYK
                            UNITED STATES DISTRICT JUDGE