IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS, *et al.*,

    Plaintiffs,

v.                                                2:21-CV-067-Z

JOSEPH R. BIDEN, JR., *et al.*,

    Defendants.

## ORDER

Before the Court is Defendants' Unopposed Motion for 45-Day Extension of Deadline to Respond to the Complaint ("Motion") (ECF No. 192), filed on March 22, 2023. This is Defendants' third extension request. *See* ECF Nos. 179, 181. Defendants requested 30 days to facilitate "previously scheduled end-of-year and holiday leave," and then 45 days because "[t]he government is currently evaluating whether to appeal the Court's decision on the motion to postpone." ECF 179, 181. The Court granted both extensions. *See* ECF Nos. 180, 186.

Defendants' basis for this Motion exactly the same as the previous one — the Solicitor General has not decided whether to appeal, a decision which "may affect the course of the litigation in this Court." *See* ECF No. 192. At the completion of this 45-day extension, the Solicitor General will have had 151 days to have "made a decision" on the Court's December 15, 2022, Opinion and Order (ECF No. 178).

Having considered the unopposed Motion and relevant law, the Court **GRANTS** the Motion. Defendants must file and answer or otherwise respond to Plaintiffs' Second Amended Complaint **on or before Monday, May 15, 2023.** Any additional request will require a showing of good cause other than the Solicitor General decision-making delay.

**SO ORDERED.**

March 2⃞, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

2