IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | |
| Plaintiffs, | |
| v. | 2:21-CV-067-Z |
| JOSEPH R. BIDEN, JR., *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is Plaintiff State of Missouri's Amended Consent Motion to Substitute Counsel and Motion for Leave to Proceed Without Local Counsel ("Motion") (ECF No. 194). The Court deferred ruling on Missouri's first motion to substitute Maria Lanahan for Michael Talent as attorney of record. ECF No. 190. Ms. Lanahan has since been admitted to the bar of this district. ECF No. 194 at 2. Pursuant to Local Rule 83.12(d), if the Court grants the Motion, "the order effects both the substitution of the succeeding attorney and the withdrawal of the attorney being replaced." The Court **GRANTS** the Motion as to the substitution of Ms. Lanahan for Mr. Talent.

The Motion also requests Missouri to proceed without local counsel and states, "Missouri does have Texas counsel — Ryan D. Walters, Office of the Attorney General of Texas." ECF No. 194 at 2. Missouri's Texas counsel is frequently before this Court and therefore familiar with the Court's customs and practices. Furthermore, the Motion is unopposed. Accordingly, the Court **GRANTS** the Motion as to Missouri's request to proceed without local counsel.

**SO ORDERED.**

April 25, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE