IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, *et al.*,<br><br>    Defendants. | 2:21-CV-067-Z |

## ORDER

Before the Court is the parties' Joint Status Report and Proposal on Further Proceedings, filed on May 17, 2023. ECF No. 197. In light of the Solicitor General's election not to pursue interlocutory appeal of this Court's order staying the October 29 Memorandum pending final resolution of the merits of this action (ECF No. 178), the filing of Defendant's Second Amended Complaint (ECF No. 196), and the anticipated Supreme Court opinion in *United States v. Texas*, No. 22-40367, the parties will likely need to submit additional briefing. Therefore, the Court **ORDERS** the parties to meet and confer and submit a proposed schedule for the remaining briefing by **Friday, June 30, 2023**.

**SO ORDERED.**

June 16, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE