**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| THE STATE OF TEXAS and THE STATE OF MISSOURI, <br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*, <br> Defendants. | § § § § § § § § § § § | Case No. 2:21-cv-00067-Z |

**JOINT MOTION TO ADOPT**
**PROPOSED SCHEDULE FOR FURTHER PROCEEDINGS**

Pursuant to this Court's order instructing the Parties to meet and confer and submit a proposed schedule for further briefing to supplement the previous filings, ECF No. 198, the Parties jointly submit the following proposal for additional proceedings in this matter and ask the Court to adopt it.

The Parties stipulate that the previously filed briefs related to Plaintiffs' Motion to Postpone the effective Date of Agency Action, *e.g.*, ECF Nos. 149, 163, 168, 173, 175, should be converted to summary judgment briefing in this matter. The Parties further propose the following schedule for supplemental briefing:

| 09/15/2023 | Plaintiffs and Defendants each file a supplemental brief of up to 40 pages |
|---|---|
| 10/06/2023 | Plaintiffs and Defendants each file a supplemental response brief of up to 20 pages |

A proposed order reflecting this proposal is attached.

1

<table>
<tr><td>

Dated: June 30, 2023.

JOHN SCOTT
Provisional Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

LEIF A. OLSON
Chief, Special Litigation Division

*/s/ Ryan D. Walters*
RYAN D. WALTERS
Deputy Chief, Special Litigation Division
*Attorney-in-Charge*
Texas Bar No. 24105085

MUNERA AL-FUHAID
Special Counsel
Texas Bar No. 24094501

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 457-4410
ryan.walters@oag.texas.gov
munera.al-fuhaid@oag.texas.gov

**COUNSEL FOR PLAINTIFF STATE OF TEXAS**

</td><td>

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

EREZ REUVENI
Assistant Director

*/s/ Brian C. Ward*
BRIAN C. WARD
Senior Litigation Counsel

U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-9121
Email: brian.c.ward@usdoj.gov

JOSEPH A. DARROW
Trial Attorney

**COUNSEL FOR DEFENDANTS**

ANDREW BAILEY
Attorney General of Missouri
JOSHUA M. DIVINE, Mo. Bar #69875
Solicitor General

*/s/ Maria Lanahan*
MARIA LANAHAN, Mo. Bar #65956
Deputy Solicitor General

MISSOURI ATTORNEY GENERAL'S OFFICE
Post Office Box 899
Jefferson City, Missouri 65102
Tel: (573) 751-8870
Maria.Lanahan@ago.mo.gov

**COUNSEL FOR PLAINTIFF STATE OF MISSOURI**

</td></tr>
</table>

## CERTIFICATE OF SERVICE

      I hereby certify that on June 30, 2023, I electronically filed this motion with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

*/s/ Ryan D. Walters*
RYAN D. WALTERS