UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS and THE STATE OF MISSOURI,<br>  Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America, *et al.*,<br>  Defendants. | §<br>§<br>§<br>§<br>§<br>§  Case No. 2:21-cv-00067-Z<br>§<br>§<br>§<br>§<br>§ |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO ADOPT PROPOSED SCHEDULE FOR FURTHER PROCEEDINGS**

Before the Court is the Joint Motion to Adopt Proposed Schedule for Further Proceedings. The Court finds the proposal to be well taken and adopts it.

It is hereby **ORDERED** that: the previously filed briefs relating to Plaintiffs' Motion to Postpone the Effective Date of Agency Action, *e.g.*, ECF Nos. 149, 163, 168, 173, 175, will be converted to summary judgment briefing in this matter. Furthermore, the Court adopts the following schedule for supplemental briefing:

| | |
|---|---|
| 09/15/2023 | Plaintiffs and Defendants each file a supplemental brief of up to 40 pages |
| 10/06/2023 | Plaintiffs and Defendants each file a supplemental response brief of up to 20 pages |

**SO ORDERED.**

_____, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE