

Certified as a true copy and issued
as the mandate on Jul 17, 2023

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
# for the Fifth Circuit

No. 23-10143

United States Court of Appeals
Fifth Circuit

**FILED**
May 25, 2023

Lyle W. Cayce
Clerk

STATE OF TEXAS; STATE OF MISSOURI,

*Plaintiffs—Appellees,*

*versus*

JOSEPH R. BIDEN, JR., *in his official capacity as President of the United States of America;* UNITED STATES OF AMERICA; ALEJANDRO MAYORKAS, *in his official capacity as Secretary of the United States Department of Homeland Security;* UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY MILLER, *in his official capacity as Acting Commissioner of the United States Customs and Border Protection;* TAE JOHNSON, *in his official capacity as Acting Director of the United States Immigration and Customs Enforcement;* UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UR M. JADDOU, *Director of U.S. Citizenship and Immigration Services, in her official capacity as Director of the United States Citizenship and Immigration Services;* UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

*Defendants—Appellants.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:21-CV-67

No. 23-10143

## UNPUBLISHED ORDER

Before HAYNES, ENGELHARDT, and OLDHAM, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Appellants' unopposed motion to dismiss appeal without prejudice is GRANTED.