# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

July 17, 2023

Ms. Karen S. Mitchell  
Northern District of Texas, Amarillo  
United States District Court  
205 E. 5th Street  
Room F-13240  
Amarillo, TX 79101



No. 23-10143    State of Texas v. Biden  
                      USDC No. 2:21-CV-67

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Melissa V. Mattingly, Deputy Clerk  
504-310-7719

cc:  
    Mr. Ryan Baasch  
    Mr. Ari Cuenin  
    Mr. Joshua M. Divine  
    Ms. Maria Lanahan  
    Mr. Judd Edward Stone II  
    Mr. Ryan Daniel Walters  
    Mr. Brian Christopher Ward