IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| STATE OF TEXAS, *et al.*, | |
| Plaintiffs, | |
| v. | 2:21-CV-067-Z |
| JOSEPH R. BIDEN, JR., *et al.*, | |
| Defendants. | |

**ORDER**

Before the Court is parties' Joint Motion to Adopt Proposed Schedule for Further Proceedings (ECF No. 199) ("Motion"), filed June 30, 2023. Having considered the Motion, the Court **GRANTS** the Motion and **ORDERS**:

- The Court will consider the parties' previously filed briefs related to Plaintiffs' Motion to Postpone the Effective Date of Agency Action (ECF Nos. 149, 163, 168, 173, and 175) as summary judgment briefing;

- Plaintiffs and Defendants shall each file a supplemental brief of up to 40 pages by **September 15, 2023**; and

- Plaintiffs and Defendants shall each file a supplemental response brief of up to 20 pages by **October 6, 2023**.

**SO ORDERED.**

July 17, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE