UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE STATE OF TEXAS AND
THE STATE OF MISSOURI,
    *Plaintiffs*,

  v.

JOSEPH R. BIDEN, in his official capacity
as President of the United States of
America, et al.,
    *Defendants*.

No. 2:21-cv-00067-Z

### STATE OF TEXAS'S NOTICE OF APPEARANCE

Plaintiff, the State of Texas, files this Notice of Appearance to alert the Court that Munera Al-Fuhaid will appear as counsel in the above-captioned case along with counsel listed below. Ms. Al-Fuhaid is a member in good standing with the State Bar of Texas and is authorized to practice in the Northern District of Texas. Her contact information is in the signature block below.

Date: August 30, 2023

Respectfully submitted,

Angela Colmenero
Provisional Attorney General

Ryan D. Walters
Deputy Chief, Special Litigation Division
Texas State Bar No. 24105085
ryan.walters@oag.texas.gov

Brent Webster
First Assistant Attorney General

Grant Dorfman
Deputy First Assistant Attorney General

/s/ *Munera Al-Fuhaid*
Munera Al-Fuhaid
Special Counsel
Tex. State Bar No. 24094501
munera.al-fuhaid@oag.texas.gov

Ralph Molina
Deputy Attorney General for Legal Strategy

**Counsel for Plaintiff State of Texas**

Office of the Attorney General
P. O. Box 12548, MC-009
Austin, TX 78711-2548
(512) 463-2100

## Certificate of Service

On August 30, 2023, this document was filed electronically through the Court's CM/ECF system, which automatically serves all counsel of record.

/s/ *Munera Al-Fuhaid*
Munera Al-Fuhaid