IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS, *et al.*,

      Plaintiffs,

v.

2:21-CV-067-Z

JOSEPH R. BIDEN, JR., *et al.*,

      Defendants.

## ORDER

On January 21, 2025, the Department of Homeland Security ("DHS") reinstated the Migrant Protection Protocols at the center of this litigation. *DHS Reinstates Migrant Protection Protocols, Allowing Officials to Return Applicants to Neighboring Countries*, DEP'T OF HOMELAND SEC. (Jan. 21, 2025), https://www.dhs.gov/news/2025/01/21/dhs-reinstates-migrant-protection-protocols [https://perma.cc/2NFU-FACJ]. The Court **ORDERS** the parties to submit a joint brief detailing how DHS's policy change bears on the disposition of this litigation. The joint brief must be submitted **on or before Jan 31, 2025**.

**SO ORDERED**.

January **22**, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE