# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS AND THE STATE OF MISSOURI, *Plaintiffs*, v. JOSEPH R. BIDEN, JR. IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA, *ET AL.*, *Defendants.* | CASE NO. 2:21-CV-00067-Z |

## NOTICE OF APPEARANCE OF CO-COUNSEL

Plaintiff, the State of Texas files this Notice of Appearance to alert the Court that David Bryant will appear as co-counsel in the above-captioned case along with counsel listed below. Mr. Bryant is a member in good standing with the State Bar of Texas and is authorized to practice in the Northern District of Texas. His contact information is in the signature block below.

1

| | |
|---|---|
| Date: January 23, 2025 | Respectfully submitted. |

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Legal Strategy

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100

**RYAN D. WALTERS**
Chief, Special Litigation Division
*Attorney-in-Charge*
Texas Bar No. 24105085

/s/ *David Bryant*
**DAVID BRYANT**
Senior Special Counsel
Texas Bar No. 03281500

**MUNERA AL-FUHAID**
Special Counsel
Texas Bar No. 24094501

Ryan.walters@oag.texas.gov
David.bryant@oag.texas.gov
Munera.al-fuhaid@oag.texas.gov

**COUNSEL FOR THE STATE OF TEXAS**

# CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 23, 2025 and that all counsel of record were served by CM/ECF.

/s/ *David Bryant*
**DAVID BRYANT**