IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS AND THE STATE OF MISSOURI, *Plaintiffs*, v. JOSEPH R. BIDEN, JR. IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA, *ET AL.*, *Defendants*. | CASE NO. 2:21-CV-00067-Z |

**NOTICE OF APPEARANCE OF CO-COUNSEL**

Plaintiff, the State of Texas files this Notice of Appearance to alert the Court that Mark A. Csoros will appear as co-counsel in the above-captioned case along with counsel listed below. Mr. Csoros is a member in good standing with the State Bar of Texas and is authorized to practice in the Northern District of Texas. His contact information is in the signature block below.

1

Date: January 23, 2025  Respectfully submitted.

| | |
|---|---|
| **KEN PAXTON**<br>Attorney General<br><br>**BRENT WEBSTER**<br>First Assistant Attorney General<br><br>**RALPH MOLINA**<br>Deputy First Assistant Attorney General<br><br>**AUSTIN KINGHORN**<br>Deputy Attorney General for Legal Strategy<br><br>**RYAN D. WALTERS**<br>Chief, Special Litigation Division<br>*Attorney-in-Charge*<br>Texas Bar No. 24105085<br><br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100 | **DAVID BRYANT**<br>Senior Special Counsel<br>Texas Bar No. 03281500<br><br>**MUNERA AL-FUHAID**<br>Special Counsel<br>Texas Bar No. 24094501<br><br>/s/ *Mark A. Csoros*<br>**MARK A. CSOROS**<br>Assistant Attorney General<br>Texas Bar No. 24142814<br><br>Ryan.walters@oag.texas.gov<br>David.bryant@oag.texas.gov<br>Munera.al-fuhaid@oag.texas.gov<br>Mark.csoros@oag.texas.gov<br><br>**COUNSEL FOR THE STATE OF TEXAS** |

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 23, 2025 and that all counsel of record were served by CM/ECF.

/s/ *Mark A. Csoros*
**MARK A. CSOROS**