# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS AND <br><br> THE STATE OF MISSOURI, <br><br> *PLAINTIFFS*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR. IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA, *ET AL.*, <br><br> *DEFENDANTS*. | CASE NO. 2:21-CV-00067-Z |

### THE STATE OF TEXAS UNOPPOSED MOTION TO WITHDRAW CO-COUNSEL

Pursuant to Local Rule 83.12(a), the State of Texas files this Unopposed Motion to Withdraw Ryan D. Walters as Co-Counsel and would respectfully show the following.

Ryan D. Walters is currently designated as counsel of record for the State of Texas. Mr. Walters has accepted a position within the Office of the Attorney General of Texas but outside of the Special Litigation Division handling this litigation.

The State of Texas will continue to be represented by David Bryant, as Attorney-in-Charge, Munera Al-Fuhaid, and Mark Csoros.

For the reasons stated above, Plaintiff the State of Texas respectfully requests that the Court grant this motion to withdraw Ryan D. Walters as counsel and remove Mr. Walters from all further electronic notifications regarding this case.

| | |
|---|---|
| Date: January 31, 2025 | Respectfully submitted. |

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Legal Strategy

/s/ *Ryan D. Walters*
**RYAN D. WALTERS**
Chief, Special Litigation Division
Texas Bar No. 24105085

**DAVID BRYANT**
*Attorney-in-Charge*
Senior Special Counsel
Texas Bar No. 03281500

**MUNERA AL-FUHAID**
Special Counsel
Texas Bar No. 24094501

**MARK A. CSOROS**
Assistant Attorney General
Texas Bar No. 24142814

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Ryan.walters@oag.texas.gov
David.bryant@oag.texas.gov
Munera.al-fuhaid@oag.texas.gov
Mark.csoros@oag.texas.gov

**COUNSEL FOR THE STATE OF TEXAS**

### CERTIFICATE OF CONFERENCE

I hereby certify that on January 29, 2025, I conferred with Joseph Darrow, counsel for Defendants and Maria Lanahan, counsel for Co-Plaintiff State of Missouri, via email regarding this Motion. Plaintiffs do not oppose this motion.

/s/ *Ryan D. Walters*
**RYAN D. WALTERS**

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 31, 2025 and that all counsel of record were served by CM/ECF.

/s/ *Ryan D. Walters*
**RYAN D. WALTERS**