IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS, *et al.*,

      Plaintiffs,

v.

JOSEPH R. BIDEN, JR., *et al.*,

      Defendants.

2:21-CV-067-Z

## ORDER

Before the Court is Plaintiff Texas's Unopposed Motion to Withdraw Co-Counsel ("Motion") (ECF No. 210), filed January 31, 2025. Texas requests that Ryan D. Walters be withdrawn as co-counsel because he "accepted a position within the Office of the Attorney General of Texas but outside of the Special Litigation Division handling this litigation." ECF No. 210 at 1.

Withdrawal of counsel is governed by Northern District of Texas Local Civil Rule 83.12. Having considered the Motion and the relevant law, the Court **GRANTS** the Motion and **DIRECTS** the Clerk of the Court that Ryan D. Walters be withdrawn as counsel in this case.

**SO ORDERED.**

February __3__, 2025

                                                        MATTHEW J. KACSMARYK
                                                        UNITED STATES DISTRICT JUDGE