IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>STATE OF MISSOURI,<br><br>　　*Plaintiffs,*<br><br>　　v.<br><br>JOSEPH R. BIDEN, JR.,<br>in his official capacity as<br>President of the United States, *et al.*,<br><br>　　*Defendants.* | Civil Action No. 2:21-cv-00067-Z |

## NOTICE OF WITHDRAWAL OF COUNSEL

Undersigned counsel hereby notifies the Court of the withdrawal of Erez Reuveni and Joseph Darrow as counsel of record for Defendants in this matter. Mr. Reuveni and Mr. Darrow are no longer with the Department of Justice. Defendants in this matter will continue to be represented by all other counsel for Defendants listed on the docket.

Dated: July 10, 2025　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ *Brian C. Ward*
　　　　　　　　　　　　　　　　　BRIAN C. WARD
　　　　　　　　　　　　　　　　　*Senior Litigation Counsel*
　　　　　　　　　　　　　　　　　U.S. Department of Justice, Civil Division
　　　　　　　　　　　　　　　　　Office of Immigration Litigation
　　　　　　　　　　　　　　　　　P.O. Box 868, Ben Franklin Station
　　　　　　　　　　　　　　　　　Washington, DC 20044
　　　　　　　　　　　　　　　　　Tel.: (202) 616-9121
　　　　　　　　　　　　　　　　　Email: brian.c.ward@usdoj.gov

　　　　　　　　　　　　　　　　　*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 10, 2025, I electronically filed this notice with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                            /s/ *Brian C. Ward*
                                            BRIAN C. WARD
                                            U.S. Department of Justice