## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

THE STATE OF TEXAS AND
THE STATE OF MISSOURI,

     *PLAINTIFFS*,

v.

DONALD J. TRUMP, IN HIS OFFICIAL
CAPACITY AS PRESIDENT OF THE UNITED
STATES OF AMERICA, *ET AL.*,

     *DEFENDANTS*.

CASE NO. 2:21-CV-00067-Z

### JOINT STATUS REPORT

Plaintiffs State of Texas and State of Missouri and Defendants[1] Donald J. Trump, in his official capacity as President of the United States of America; United States Department of Homeland Security ("DHS"); Kristi Noem, in her official capacity as Secretary of DHS; Defendant Christopher C. Pratt in his capacity as Under Secretary of DHS for the Office of Strategy, Policy, and Plans; Defendant Rodney Scott in his official capacity as Commissioner of United States Customs and Border Protection; Defendant Todd Lyons in his official capacity as Director of United States Immigration and Customs Enforcement; and Defendant Joseph B. Edlow in his official capacity as Director of United States Citizenship and Immigration Services, file this Joint Status Report in accordance with the Court's Order dated February 5, 2025 (ECF No. 213).

The Court entered its Opinion and Order (ECF No. 178) dated December 15, 2022 (the "Stay Order"), and that Stay Order remains in effect today. The Stay Order stayed the effectiveness of actions by Defendants dated October 29, 2021 (the "October 29 Memoranda")

---

[1] Pursuant to Fed. R. Civ. Proc. 25(d), the successors to the original defendants in this action who were sued in their official capacities are automatically substituted herein as defendants.

and the corresponding decision by the Biden Administration to terminate the Migrant Protection Protocols program ("MPP").

As the Court has noted, on January 21, 2025, DHS announced that the situation at the border is favorable to resuming implementation of MPP. That announcement, however, has not rendered this case moot. In *Immigrant Defenders Law Center, et al. v. Noem, et al.*, Case No. 2:20-cv-09893-JGB-SHK (C. D. Cal.), the District Court on April 16, 2025, entered a nationwide stay of the reimplementation of MPP pursuant to Section 705 of the Administrative Procedure Act, 5 U. S. C. § 705 (the "2025 MPP Stay"). ECF No. 405, Case No. 2:20-cv-9893 (C. D. Cal.), 2025 U. S. Dist. LEXIS 72707 (C. D. Cal. 2025).

DHS and other defendants appealed the 2025 MPP Stay to the Ninth Circuit Court of Appeals. Case No. 25-2581 (9th Cir.). The Appellants moved on an emergency basis for a stay pending appeal of the District Court's 2025 MPP Stay. On July 18, 2025, a divided panel of the Ninth Circuit Court of Appeals declined to fully stay the 2025 MPP Stay pending appeal, but limited the effect of the 2025 MPP Stay to the sole Plaintiff who sought relief. ECF No. 46.1, Case No. 25-2581 (9th Cir.), 2025 U. S. App. LEXIS 17884 (9th Cir. 2025). The appeal of the 2025 MPP Stay to the Ninth Circuit remains pending; oral argument of that appeal has been scheduled for August 21, 2025; and Defendants cannot predict when that appeal will be decided.

For these reasons, the parties in this case agree that this case is not moot. The parties are conferring regarding possible agreed resolution of this case and jointly request that this case be stayed until September 30, 2025. The parties propose to file a joint status report by September 30, 2025, if the parties have not advised this Court of a proposed agreed resolution of this case before that date.

Date: July 30, 2025

Respectfully submitted.

**KEN PAXTON**
Attorney General

**ANDREW T. BAILEY**
Attorney General of Missouri

**BRENT WEBSTER**
First Assistant Attorney General

**LOUIS J. CAPOZZI III**
Solicitor General
Bar #327251 (Pa)

**RALPH MOLINA**
Deputy First Assistant Attorney General

*/s/ Maria Lanahan*

**RYAN D. WALTERS**
Deputy Attorney General for Legal Strategy

**MARIA LANAHAN**
Deputy Solicitor General
MO Bar No. 65956

**RYAN G. KERCHER**
Chief, Special Litigation Division

**MISSOURI ATTORNEY GENERAL'S OFFICE**
815 Olive St, Suite 200
St. Louis, MO 63101
Phone: (314) 340-7366
Maria.lanahan@ago.mo.gov

*/s/ David Bryant*

**DAVID BRYANT**
*Attorney-in-Charge*
Senior Special Counsel
Texas Bar No. 03281500

**COUNSEL FOR THE STATE OF MISSOURI**

**MUNERA AL-FUHAID**
Special Counsel
Texas Bar No. 24094501

/s/ Brian C. Ward
**BRIAN C. WARD**
**US DEPARTMENT OF JUSTICE**
PO Box 868
Ben Franklin Station
Washington, DC 20044
202-616-9121
Fax: 202-305-7000
Brian.C.Ward@Usdoj.Gov

**MARK A. CSOROS**
Assistant Attorney General
Texas Bar No. 24142814

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
David.bryant@oag.texas.gov
Munera.al-fuhaid@oag.texas.gov
Mark.csoros@oag.texas.gov

**COUNSEL FOR DEFENDANTS**

**COUNSEL FOR THE STATE OF TEXAS**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically

(via CM/ECF) on July 30, 2025 and that all counsel of record were served by CM/ECF.

*/s/ David Bryant*
**DAVID BRYANT**