IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS, *et al.*,

    Plaintiffs,

v.                                                                         2:21-CV-067-Z

DONALD J. TRUMP, *et al.*,

    Defendants.

## ORDER

Before the Court is the parties' Joint Status Report ("Report") (ECF No. 215), filed July 30, 2025. The parties filed the Report in response to the Court's previous Order staying this case and ordering a joint status report on or before July 30, 2025. ECF No. 213. The parties now agree that "this case is not moot" but are "conferring regarding possible agreed resolution of this case." ECF No. 215 at 2. Thus, they "jointly request that this case be stayed until September 30, 2025." *Id.*

The case remains stayed until September 30, 2025. *See In re Ramu Corp.*, 903 F.2d 312, 318 (5th Cir. 1990) ("The stay of a pending matter is ordinarily within the trial court's wide discretion to control the course of litigation . . . .").

The parties are **ORDERED** to file a joint status report **on or before September 30, 2025**, if they have not yet agreed to a resolution of the case by that date.

Per Federal Rule of Civil Procedure 25(d), the Court **DIRECTS** the Clerk of the Court to substitute the following officials for the current named Defendants: Donald J. Trump shall replace Defendant Joseph R. Biden, Jr. Kristi Noem shall replace Defendant Alejandro Mayorkas. Rodney Scott shall replace Defendant Troy Miller. Todd Lyons shall replace Defendant Tae Johnson. Joseph B. Edlow shall replace Defendant Tracy Renaud.

**SO ORDERED.**

August 1, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE