# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS AND THE STATE OF MISSOURI, *PLAINTIFFS*, <br><br> V. <br><br> DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA, *ET AL.*, <br><br> *DEFENDANTS*. | CASE NO. 2:21-CV-00067-Z |

### THE STATE OF TEXAS UNOPPOSED MOTION TO WITHDRAW CO-COUNSEL

Pursuant to Local Rule 83.12(a), the State of Texas files this Unopposed Motion to Withdraw Mark A. Csoros as Co-Counsel and would respectfully show the following.

R Mark A. Csoros is currently designated as counsel of record for the State of Texas. Mr. Csoros has left the employment of the Office of the Attorney General of Texas.

The State of Texas will continue to be represented by David Bryant, as Attorney-in-Charge, and Munera Al-Fuhaid.

For the reasons stated above, Plaintiff the State of Texas respectfully requests that the Court grant this motion to withdraw Mark A. Csoros as counsel and remove Mr. Csoros from all further electronic notifications regarding this case.

1

| | |
|---|---|
| Date: September 11, 2025 | Respectfully submitted. |
| | |
| **KEN PAXTON** | /s/ *David Bryant* |
| Attorney General | **DAVID BRYANT** |
| | *Attorney-in-Charge* |
| **BRENT WEBSTER** | Senior Special Counsel |
| First Assistant Attorney General | Texas Bar No. 03281500 |
| | |
| **RALPH MOLINA** | |
| Deputy First Assistant Attorney General | **MUNERA AL-FUHAID** |
| | Special Counsel |
| **RYAN D. WALTERS** | Texas Bar No. 24094501 |
| Deputy Attorney General for Legal Strategy | |
| | **OFFICE OF THE ATTORNEY GENERAL OF TEXAS** |
| **RYAN G. KERCHER** | Special Litigation Division |
| Chief, Special Litigation Division | P.O. Box 12548, Capitol Station |
| | Austin, Texas 78711-2548 |
| | Tel.: (512) 463-2100 |
| | David.bryant@oag.texas.gov |
| | Munera.al-fuhaid@oag.texas.gov |
| | |
| | **COUNSEL FOR THE STATE OF TEXAS** |

### CERTIFICATE OF CONFERENCE

I hereby certify that on September 9, 2025, I conferred with Brian Ward, counsel for Defendants and Louis Capozzi, counsel for Co-Plaintiff State of Missouri, via email regarding this Motion. Plaintiffs do not oppose this motion.

/s/ *David Bryant*
**DAVID BRYANT**

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on September 11, 2025 and that all counsel of record were served by CM/ECF.

/s/ *David Bryant*
**DAVID BRYANT**