# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS AND THE STATE OF MISSOURI, *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA, *ET AL.*, <br><br> *Defendants*. | CASE NO. 2:21-CV-00067-Z |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW COUNSEL

On this day, the Court considered Plaintiff the State of Texas's Unopposed Motion to Withdraw Mark A. Csoros as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff the State of Texas's Unopposed Motion to Withdraw Mark A. Csoros as Counsel is GRANTED. Mr. Walters is hereby withdrawn as counsel of record for Plaintiff the State of Texas.

**SO ORDERED**.

_____, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE