IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | |
|     Plaintiffs, | |
| v. | 2:21-CV-067-Z |
| DONALD J. TRUMP, *et al.*, | |
|     Defendants. | |

**ORDER**

Before the Court is Plaintiff State of Missouri's Motion to Withdraw as Counsel ("Motion"), filed September 9, 2025. ECF No. 218. Missouri requests that Maria A. Lanahan be withdrawn as counsel because she "is likely to be confirmed soon to the federal bench." *Id.* at 2. In their Motion, Missouri also requests leave to proceed without local counsel. *See id.*

Withdrawal of counsel is governed by Northern District of Texas Local Civil Rule 83.12. Local Rule 83.10(a) also permits the presiding judge to grant leave to proceed without local counsel. Missouri represents that although they do not have local counsel in this case, they do "have counsel from the Office of the Attorney General of Texas." *Id.*

Having considered the Motion and the relevant law, the Court **GRANTS** the Motion and waives the local counsel requirement for the State of Missouri. The Court further **DIRECTS** the Clerk of the Court that Maria A. Lanahan be withdrawn as counsel in this case.

**SO ORDERED.**

September 12, 2025

                                                                          MATTHEW J. KACSMARYK
                                                                          UNITED STATES DISTRICT JUDGE