IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS, *et al.*,

    Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

    Defendants.

2:21-CV-067-Z

## ORDER

Before the Court is Plaintiff the State of Texas's Unopposed Motion to Withdraw Co-Counsel ("Motion") (ECF No. 219), filed September 11, 2025. Texas requests that Mark A. Csoros be withdrawn as co-counsel because he "has left the employment of the Office of the Attorney General of Texas." ECF No. 219 at 1.

Withdrawal of counsel is governed by Northern District of Texas Local Civil Rule 83.12. Having considered the Motion and the relevant law, the Court **GRANTS** the Motion and **DIRECTS** the Clerk of the Court that Mark A. Csoros be withdrawn as counsel in this case.

**SO ORDERED**.

September 15, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE