IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | |
| Plaintiffs, | |
| v. | 2:21-CV-067-Z |
| DONALD J. TRUMP, *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is Plaintiff State of Missouri's Application for Admission *Pro Hac Vice*, filed September 9, 2025 ("Application"). ECF No. 217. Louis J. Capozzi, III ("Applicant") is an attorney licensed to practice in the District of Columbia and State of Pennsylvania. *See id.* at 4. Applicant has obtained local counsel under Local Rule 83.10 and represents that he has read—and will comply with—both *Dondi Props. Corp. v. Com. Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the Local Rules for the Northern District of Texas. Accordingly, the Application is **GRANTED**.

SO ORDERED.

September 15, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE