IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS AND THE STATE OF MISSOURI, *Plaintiffs*, v. DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA, *ET AL.*, *Defendants*. | CASE NO. 2:21-CV-00067-Z |

**JOINT STATUS REPORT**

On February 5, 2025, the Court issued an order staying all proceedings and deadlines in this case and further ordered the Parties to submit a status report on July 30, 2025 (ECF No. 213). On July 30, 2025, the Parties submitted a joint status report noting that they were conferring regarding possible agreed resolution of this case and jointly requested that this case be stayed until September 30, 2025 (ECF No. 215). The Court ordered the Parties to file another status report by September 30, 2025 (ECF No. 216).

The Parties are continuing to confer on a possible resolution of this case. Accordingly, the Parties request that the Court continue to stay this case for an additional 30 days, and set a deadline in 30 days, on October 30, 2025, for the Parties to submit another status report if they have not yet agreed to a resolution of the case by that date. If an agreed resolution is not reached within the next 30 days, Plaintiffs expect to request at that time that the Court proceed to determine the pending summary judgment motions as soon as practicable consistent with the Court's schedule.

Date: September 30, 2025          Respectfully submitted.

*/s/ Brian C. Ward*
**BRIAN C. WARD**
*Acting Assistant Director*
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 616-9121
Email: brian.c.ward@usdoj.gov

**COUNSEL FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on September 30, 2025, and that all counsel of record were served by CM/ECF.

*/s/ Brian C. Ward*
**BRIAN C. WARD**