# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| State of Texas and State of Missouri | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:21-cv-00067-Z |
| Donald. J. Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Defendants.

Date: 10/01/2025

/s/ Alanna T. Duong
*Attorney's signature*

Alanna T. Duong AZ 031641
*Printed name and bar number*

Office of Immigration Litigation, Civil Division, U.S. Department of Justice, P.O. Box 878, Ben Franklin Station, Washinton, DC 20044
*Address*

alanna.duong@usdoj.gov
*E-mail address*

(202) 305-7040
*Telephone number*

(202) 305-7000
*FAX number*