# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| The State of Texas and The State of Missouri ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:21-CV-00067-Z |
| Donald J. Trump, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Defendants.

Date:   10/01/2025

/s/ Catherine M. Reno
*Attorney's signature*

Catherine M. Reno NY 5118047
*Printed name and bar number*

U.S. Department of Justice, Civil Division
Office of Immigration Litigation. District Court Section
P.O. Box 868, Ben Franklin Station, Washington, DC 20044
*Address*

catherine.m.reno@usdoj.gov
*E-mail address*

(202) 353-8557
*Telephone number*

(202) 305-7000
*FAX number*