**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

|  |  |  |
|---|---|---|
| STATE OF TEXAS, STATE OF MISSOURI, | ) ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | Civil Action No. 2:21-cv-00067-Z |
| Donald J. Trump, in his official capacity as President of the United States, *et al.*, | ) ) ) ) ) | |
| *Defendants.* | ) ) | |

**DEFENDANTS' MOTION FOR A STAY OF THE CASE**

**IN LIGHT OF LAPSE OF APPROPRIATIONS**

Defendants Donald J. Trump, in in his official capacity as President of the United States, *et al.*, hereby move for a stay of the entire case in the above-captioned case.

1.      At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal Defendants. The Department does not know when such funding will be restored by Congress.

2.      Absent an appropriation, Department of Justice attorneys and employees of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.      Undersigned counsel for the Department of Justice therefore requests a stay of the entire case until Congress has restored appropriations to the Department.

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations—i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5.      Opposing counsel has authorized counsel for the Government to state that the Plaintiffs have no objection to this motion.

6.      Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the entire case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 1, 2025        Respectfully submitted,


BRIAN C. WARD
ALANNA T. DUONG
*Senior Litigation Counsel*


/s/ *Catherine M. Reno*
Catherine M. Reno
*Senior Litigation Counsel*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 353-8557
catherine.m.reno@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF CONFERENCE**

I certify that on October 1, 2025, counsel for Plaintiffs and counsel for Defendants conferred via email.  Texas Plaintiffs and Missouri Plaintiffs are not opposed to the relief sought.

/s/ *Catherine M. Reno*
CATHERINE M. RENO
U.S. Department of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ *Catherine M. Reno*
CATHERINE M. RENO
U.S. Department of Justice