IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS, *et al.*,

      Plaintiffs,

v.

                                    2:21-CV-067-Z

DONALD J. TRUMP, *et al.*,

      Defendants.

**ORDER**

Before the Court is the parties' Joint Status Report ("Report") (ECF No. 223), filed September 30, 2025. The parties filed the Report in response to the Court's previous Orders staying this case and ordering the parties to file joint status reports on or before July 30, 2025, and September 30, 2025. ECF Nos. 213, 216. The parties "are continuing to confer on a possible resolution of this case." ECF No. 223 at 1. They accordingly "request that the Court continue to stay this case for an additional 30 days, and set a deadline in 30 days, on October 30, 2025, for the Parties to submit another status report if they have not yet" resolved this case by that date. *Id.*

The case remains stayed until October 30, 2025. *See In re Ramu Corp.*, 903 F.2d 312, 318 (5th Cir. 1990) ("The stay of a pending matter is ordinarily within the trial court's wide discretion to control the course of litigation . . . ."). The parties are **ORDERED** to file a joint status report **on or before October 30, 2025**, if they have not yet agreed to a resolution of the case by that date.

**SO ORDERED.**

October 3, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE