IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., <br><br> *Plaintiff,* <br><br> v. <br><br> DONALD J. TRUMP, <br> in his official capacity as President <br> of the United States, et al., <br><br> *Defendants.* | Civil Action No. 2:21-cv-00067-Z |

**DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.12(a), Defendants file this Unopposed Motion to Withdraw Brian C. Ward as counsel for Defendants in this matter. Mr. Ward is leaving the Department of Justice this week. Defendants will continue to be represented by the other Department attorneys who have entered appearances in this matter. Accordingly, Defendants respectfully request that the Court grant this motion and remove Brian C. Ward as counsel of record in this case.

Dated: October 14, 2025     Respectfully submitted,

/s/ *Brian C. Ward*
BRIAN C. WARD
*Acting Assistant Director*
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 616-9121
Email: brian.c.wards@usdoj.gov

*Counsel for Defendants*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2025, I electronically filed this motion with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. Counsel in this case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                                         /s/ *Brian C. Ward*
                                         BRIAN C. WARD
                                         U.S. Department of Justice

**CERTIFICATE OF CONFERENCE**

I hereby certify that on October 14, 2025, I conferred by email with counsel for Plaintiffs, who do not oppose the relief sought in this motion.

                                         /s/ *Brian C. Ward*
                                         BRIAN C. WARD
                                         U.S. Department of Justice