IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | 2:21-CV-067-Z |

## ORDER

Before the Court is Defendants' Unopposed Motion to Withdraw as Counsel ("Motion"), filed October 14, 2025. ECF No. 228. Defendants request that Brian C. Ward be withdrawn as counsel because he "is leaving the Department of Justice this week." *Id.* at 1. "Defendants will continue to be represented by the other Department attorneys who have entered appearances in this matter." *Id.*

Withdrawal of counsel is governed by Northern District of Texas Local Civil Rule 83.12. Having considered the Motion and the relevant law, the Court **GRANTS** the Motion and **DIRECTS** the Clerk of the Court that Brian C. Ward be withdrawn as counsel in this case.

**SO ORDERED.**

October 16, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE