# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

|  |  |  |
|---|---|---|
| STATE OF TEXAS, STATE OF MISSOURI, | ) ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | Civil Action No. 2:21-cv-00067-Z |
| Donald J. Trump, in his official capacity as President of the United States, *et al.*, | ) ) ) ) | |
| *Defendants.* | ) ) ) | |

## DEFENDANTS' NOTICE OF RESTORATION OF APPROPRIATIONS

Defendants Donald J. Trump, in in his official capacity as President of the United States, *et al.*, hereby notifies the Court that appropriations have been restored.

1.     At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed.

2.     On October 1, 2025, counsel for Defendants filed an unopposed motion to stay the entire case. ECF No. 226.

3.     On October 16, 2025, the Court granted the motion and ordered Defendants to "notify the Court immediately once Congress has appropriated funds for the Department." ECF No. 230.

4.     On November 12, 2025, the President signed into law a budget appropriation that restored Department of Justice funding, and Defendants officially returned to work on November 13, 2025.

5.     The Court's order further stated: "After funds have been appropriated, the Court will issue an order extending all current deadlines by a number of days commensurate with the duration of the lapse in appropriations." ECF No. 230.

6.     Defendants note that the parties' deadline to file a joint status report was previously October 30, 2025. ECF No. 227. The duration of the lapse in appropriations was 43 days. Forty-three days from October 30, 2025 is Friday, December 12, 2025.

Dated: November 13, 2025          Respectfully submitted,

ALANNA T. DUONG
Senior Litigation Counsel

/s/ *Catherine M. Reno*
CATHERINE M. RENO
Senior Litigation Counsel
U.S. Department of Justice

Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 353-8557
catherine.m.reno@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ *Catherine M. Reno*
CATHERINE M. RENO
U.S. Department of Justice