IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS, *et al.*,

      Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

      Defendants.

2:21-CV-067-Z

## ORDER

Due to the lapse in appropriations for parts of the federal government, the Court previously stayed this case "until Department of Justice attorneys are able to resume their usual civil litigation duties." ECF No. 230 at 1. In the same Order, the Court noted that after "funds have been appropriated, the Court will issue an order extending all current deadlines by a number of days commensurate with the duration of the lapse in appropriations." *Id.*

Congress passed, and the President signed, a government funding package on November 12, 2025. However, because the parties had previously informed the Court that they are "continuing to confer on a possible resolution of this case," this case will remain temporarily stayed. ECF No. 223 at 1. The parties are **ORDERED** to file a joint status report on or before **Friday, November 28, 2025**.

**SO ORDERED.**

November _14_, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE