IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS AND THE STATE OF MISSOURI, <br><br>  PLAINTIFFS, <br><br> V. <br><br> DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA, ET AL., <br><br>  DEFENDANTS. | CASE NO. 2:21-CV-00067-Z |

STATUS REPORT

On November 14, 2025, the Court ordered the parties to submit a joint status report on or by November 28, 2025. (ECF No. 232).[1]

This case is a challenge to the lawfulness of the "October Memoranda" and termination of the Migration Protection Protocols (MPP) by the Biden Administration in October 2021. The District Court in this case ordered a stay of the October Memoranda and the termination of MPP on December 15, 2022 (ECF No. 178). Thereafter, the parties completed briefing of motions for summary judgment (ECF Nos. 203, 204, 205, and 206).

The Department of Homeland Security resumed MPP on January 21, 2025. In response to an Order of the Court in the above action (ECF No. 207), the parties filed a Joint Brief on Reinstatement of Migrant Protection Protocols (ECF No. 211). In the Joint Brief, the parties requested that the Court place this case in abeyance for 180 days "to allow incoming leadership

---

[1] The Order stated, "Friday, November 28, 2025," but Friday is November 29, 2025, and Thursday, November 28, 2025, is Thanksgiving. (ECF No. 232).

1

at DHS to assess this case and how to proceed." The Court did so. On July 30, 2025, the parties submitted a joint status report noting that they were conferring regarding a possible agreed resolution of the case and jointly requested that the case be stayed until September 30, 2025 (ECF No. 215). The Court entered an order continuing the stay and directing the parties to file another status report by September 30, 2025 (ECF No. 216). On that date, the parties jointly requested an additional 30 days to confer on a possible resolution of this case; the Court ordered the parties to file a status report on October 30, 2025 (ECF Nos. 223, 227). The Court then granted Defendants' motion to stay the case in light of the lapse of the appropriations act that had been funding the Department of Justice, and stayed the case until Department of Justice attorneys were able to resume their usual civil litigation duties (ECF Nos. 226, 230). On November 13, 2025, Defendants notified the Court that the President had signed into law a budget appropriation that restored Department of Justice funding. ECF No. 231. The Court ordered the parties to file a joint status report on or before November 28, 2025 (ECF No. 232).

The parties have reached an agreement and have been conferring regarding the language of a joint status report. However, by 11:55 p.m. Central Time, on November 28, 2025, Defendants have not received any response from Plaintiffs regarding the final draft. Accordingly, to meet the Court's deadline, Defendants file this status report and propose that the Court lift the stay and proceed to adjudicate the fully briefed motions for summary judgment.

| | |
|---|---|
| Date: November 29, 2025 | Respectfully submitted.<br><br>*/s/ Alanna T. Duong*<br>**ALANNA T. DUONG**<br>*Senior Litigation Counsel*<br><br>/s/ Catherine McGann Reno<br>**CATHERINE MCGANN RENO**<br>*Senior Litigation Counsel*<br>New York Bar No. 5118047<br>**US DEPARTMENT OF JUSTICE**<br>Civil Division<br>Office of Immigration Litigation<br>P.O. Box 868<br>Ben Franklin Station<br>Washington, DC 20044<br>202-353-8557<br>Fax: 202-305-7000<br>catherine.m.reno@usdoj.gov<br><br>**COUNSELS FOR DEFENDANTS** |

3

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on November 29, 2025 and that all counsel of record were served by CM/ECF.

>*/s/ Alanna T. Duong*
>**ALANNA T. DUONG**
>Senior Litigation Counsel