# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

THE STATE OF TEXAS AND
THE STATE OF MISSOURI,

    *PLAINTIFFS*,

v.

DONALD J. TRUMP, IN HIS OFFICIAL
CAPACITY AS PRESIDENT OF THE UNITED
STATES OF AMERICA, *ET AL.*,

    *DEFENDANTS*.

CASE NO. 2:21-CV-00067-Z

**PLAINTIFFS' REQUEST FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**

On November 14, 2025, the Court ordered the parties to submit a joint status report by November 28, 2025. (ECF No. 232). A Joint Status Report was filed on November 28 (ECF No. 233). Plaintiffs and Defendants agreed on the Joint Status Report, except that Plaintiffs sought to include in the Joint Status Report a request to the Court to permit the parties to file Supplemental Briefs in light of the significant legal and factual developments relevant to this case since the parties completed their briefing in October 2023 (ECF Nos. 203, 204, 205, 206). Defendants declined to include that request in the Joint Status Report, so Plaintiffs now make that request separately.

This case is a challenge to the lawfulness of the "October Memoranda" and termination of the Migration Protection Protocols (MPP) by the Biden Administration in October 2021. The District Court in this case ordered a stay of the October Memoranda and the termination of MPP on December 15, 2022 (ECF No. 178). This Court in its Opinion and Order at pages 19 to 33 explained why Plaintiffs are likely to prevail on the merits in this case. Defendant Department of

1

Homeland Security reinstated MPP on January 21, 2025, but Defendants continue to contest this action.

Plaintiffs believe a Supplemental Brief limited to legal and factual developments relevant to this case since the last briefs filed by the parties in October 2023 would be helpful to the Court in deciding this case. Plaintiffs therefore request leave to file such a Supplemental Brief on or before December 19, 2025, and would have no objection to Defendants having leave to file such a Supplemental Brief by the same date.

| | |
|---|---|
| Date: December 1, 2025 | Respectfully submitted. |
| **KEN PAXTON**<br>Attorney General | **CATHERINE HANAWAY**<br>Attorney General of Missouri |
| **BRENT WEBSTER**<br>First Assistant Attorney General | /s/ Louis J. Cappozi III<br>**LOUIS J. CAPOZZI III**<br>Solicitor General<br>Bar #327251 (Pa) |
| **RALPH MOLINA**<br>Deputy First Assistant Attorney General | |
| **RYAN D. WALTERS**<br>Deputy Attorney General for Legal Strategy | **MISSOURI ATTORNEY GENERAL'S OFFICE**<br>815 Olive St, Suite 200<br>St. Louis, MO 63101<br>Phone: (314) 340-7366<br>louis .capozzi@ago.mo.gov |
| **RYAN G. KERCHER**<br>Chief, Special Litigation Division | **COUNSEL FOR THE STATE OF MISSOURI** |

/s/ David Bryant
**DAVID BRYANT**
*Attorney-in-Charge*
Senior Special Counsel
Texas Bar No. 03281500

**MUNERA AL-FUHAID**
Special Counsel
Texas Bar No. 24094501

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
David.bryant@oag.texas.gov
Munera.al-fuhaid@oag.texas.gov

**COUNSEL FOR THE STATE OF TEXAS**

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on December 1, 2025 and that all counsel of record were served by CM/ECF.

                                                                  /s/ David Bryant
                                                                  **DAVID BRYANT**