# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS AND THE STATE OF MISSOURI, *Plaintiffs*, v. DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA, *ET AL.*, *Defendants*. | CASE NO. 2:21-CV-00067-Z |

**PROPOSED ORDER**

Pending before the Court is Plaintiffs' Motion for Leave to File Supplemental Authority. After reviewing the Motion, the Court finds that the Motion is meritorious and therefore the motion is **GRANTED.** It is **ORDERED** that the Plaintiffs file their Supplemental Brief on or before December 19 , 2025.


_____, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE