IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS AND THE STATE OF MISSOURI, <br><br> *PLAINTIFFS,* <br><br> V. <br><br> DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA, *ET AL.,* <br><br> *DEFENDANTS.* | CASE NO. 2:21-CV-00067-Z |

**NOTICE REGARDING SUPPLEMENTAL BRIEFING**

Defendants respectfully submit this notice in response to the Court's invitation to file a supplemental brief. *See* ECF No. 235. In Defendants' view, the existing briefs sufficiently present the issues for the Court to decide this case. However, Defendants do not object to the Court's consideration of any supplemental brief Plaintiffs file in response to the Court's invitation.

In addition, the Court's order inviting supplemental briefing stated that the Court was "perplexed" by the status report Defendants filed on November 28, 2025. ECF No. 235; *see* ECF No. 233. Defendants clarify that the parties had not at any point reached an agreement "to resolve this case," ECF No. 235 at 1, but instead had agreed that the Court should "lift the stay and proceed to adjudicate the fully briefed motions for summary judgment," ECF No. 233 at 2. As Plaintiffs have since explained, the parties' only disagreement regarding the status report was over Plaintiffs' wish "to include in the Joint Status Report a request to the Court to permit the parties to file Supplemental Briefs." ECF No. 234 at 1. After Plaintiffs did not complete discussion on that issue by the deadline for the status report, Defendants filed the status report

1

and Plaintiffs appropriately requested leave to file supplemental briefs in a separate motion, which the Court granted. *See id.*; ECF No. 235. In sum, the parties never reached a settlement, ECF No. 235 at 2, and the parties' agreement was instead that the case should proceed to final judgment.

| | |
|---|---|
| Date: December 19, 2025 | Respectfully submitted. |

**ALANNA T. DUONG**
*Senior Litigation Counsel*

*/s/ Catherine M. Reno*
**CATHERINE M. RENO**
*Acting Assistant Director*
New York Bar No. 5118047
**US DEPARTMENT OF JUSTICE**
Civil Division
Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
202-353-8557
Fax: 202-305-7000
catherine.m.reno@usdoj.gov

**COUNSELS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on December 19, 2025 and that all counsel of record were served by CM/ECF.

*/s/ Catherine M. Reno*
**CATHERINE M. RENO**
Senior Litigation Counsel
