IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS, *et al.*,

    Plaintiffs,

v.     2:21-CV-067-Z

DONALD J. TRUMP, *et al.*,

    Defendants.

**ORDER**

Before the Court are Defendants' Notice Regarding Supplemental Briefing ("Defendants' Notice") (ECF No. 236) and Plaintiffs' Supplemental Brief Regarding Developments Since 2023 ("Plaintiffs' Supplemental Brief") (ECF No. 237), both filed December 19, 2025. The parties filed these documents in response to the Court's December 5, 2025, Order granting both parties leave to brief "legal and factual developments relevant to this case since the last briefs filed by the parties in October 2023." ECF No. 235 at 2.

In their Notice, Defendants decline the opportunity to file supplemental briefing, writing that they believe "the existing briefs sufficiently present the issues for the Court to decide this case." ECF No. 236 at 1. They accordingly ask the Court to adjudicate the pending motions for summary judgment. *See id.*; *see also* ECF No. 233 at 2 ("Defendants . . . propose that the Court lift the stay and proceed to adjudicate the fully briefed motions for summary judgment."). Plaintiffs agree that the Court should "rule on the pending summary judgment motions in this case." ECF No. 237 at 9. However, because this case has been closed, no motions remain pending. *See* ECF No. 213 (Order directing the Clerk of the Court to close the case).

The Court accordingly **GRANTS** both parties leave to reurge their motions for summary judgment, and to file any corresponding documents, **on or before January 16, 2026**. The Clerk of the Court is **DIRECTED** to reopen this case.

**SO ORDERED.**

December 31, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE