# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | 2:21-CV-067-Z |
| | ) | |
| DONALD J. TRUMP, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

## STATE OF MISSOURI'S MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL

Pursuant to Local Rule 83.10(a), movant State of Missouri ("Missouri") respectfully requests this Court's leave to participate in this matter before the court without local counsel. Missouri is a plaintiff in this matter. Counsel for Missouri Joseph James Maurey Kiernan is admitted to the Northern District of Texas but maintains his principal office as Assistant Solicitor General of Missouri in St. Louis, Missouri, more than 50 miles from the courthouse of the division of this Court.

Pending grant of this motion, Attorney Kiernan will file entry of appearance in this case.

WHEREFORE, for the foregoing reasons, Missouri respectfully seeks this Court's leave to proceed as a plaintiff without local counsel.

| Dated: December 31, 2025 | Respectfully submitted, |
|---|---|
| | */s/ Joseph James Maurey Kiernan*<br>Joseph James Maurey Kiernan, TX24144241<br><br>Joseph James Maurey Kiernan<br>*Assistant Solicitor General*<br>Office of the Attorney General of Missouri<br>Old Post Office Building<br>815 Olive St, Suite 200 |

|  | St. Louis, MO 63101<br>Office: (314) 340-3413<br>Email: joseph.kiernan@ago.mo.gov<br><br>*Counsel for State of Missouri* |
|---|---|

# CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of December 2025, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which I understand to have caused service of the counsel for the plaintiffs and defendants.

*/s/ Joseph James Maurey Kiernan*
Joseph James Maurey Kiernan, TX24144241

*Counsel for State of Missouri*

2