IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, | |
| Plaintiffs, | |
| v. | 2:21-CV-067-Z |
| DONALD J. TRUMP, *et al.*, | |
| Defendants. | |

### ORDER

Before the Court is Plaintiff State of Missouri's Motion for Leave to Proceed Without Local Counsel ("Motion"), filed December 31, 2025. ECF No. 239. Missouri "requests this Court's leave to participate in this matter before the court without local counsel." *Id.* at 1. Missouri also notes that "[c]ounsel for Missouri Joseph James Maurey Kiernan is admitted to the Northern District of Texas" and "will file entry of appearance in this case" if the Court grants the Motion. *Id.*

Local Rule 83.10 governs waiver of the local counsel requirement. *See* N.D. TEX. LOC. R. 83.10(a) ("Attorneys desiring to proceed without local counsel must obtain leave . . . ."). However, Missouri has already moved for leave to proceed without local counsel, and the Court granted that motion. *See* ECF Nos. 194, 195. The Court accordingly also **GRANTS** this Motion.

**SO ORDERED.**

January 6, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE