IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>STATE OF MISSOURI,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>DONALD J. TRUMP,<br>in his official capacity as<br>President of the United States, *et al.*,<br><br>    *Defendants.* | Civil Action No. 2:21-cv-00067-Z |

## DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW COUNSEL

Pursuant to Local Rule 83.12(a), Defendants file this Unopposed Motion to Withdraw Erez Reuveni as counsel for Defendants in this matter. Mr. Reuveni has left the Department of Justice. Defendants will continue to be represented by the other Department attorneys who have entered appearances in this matter, specifically Catherine M. Reno and Alanna T. Duong. Their address is: U.S. Department of Justice, Civil Division, Office of Immigration Litigation, P.O. Box 868, Ben Franklin Station, Washington, DC 20044.

Accordingly, Defendants respectfully request that the Court grant this motion and remove Erez Reuveni as counsel of record in this case.


Dated: January 6, 2026

Respectfully submitted,

ALANNA T. DUONG
Senior Litigation Counsel

/s/ Catherine M. Reno

1

CATHERINE M. RENO
Acting Assistant Director
New York Bar No. 5118047
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
202-353-8557
Fax: 202-305-7000
catherine.m.reno@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2026, I electronically filed this brief with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ Catherine M. Reno
CATHERINE M. RENO
U.S. Department of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2025 and January 6, 2026, I conferred by email with counsel for Plaintiffs, who do not oppose the relief sought in this motion.

/s/ Catherine M. Reno
CATHERINE M. RENO
U.S. Department of Justice