IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>STATE OF MISSOURI,<br><br>   *Plaintiffs,*<br><br>   v.<br><br>DONALD J. TRUMP,<br>in his official capacity as<br>President of the United States, *et al.*,<br><br>   *Defendants.* | Civil Action No. 2:21-cv-00067-Z |

## DEFENDANTS' REFILING OF SUMMARY JUDGMENT BRIEFING

Per the Court's December 31, 2025 Order (ECF No. 238), Defendants' motion for summary judgment is hereby refiled.[1]

Summary

In particular, Defendants refile the following briefing, which has not been withdrawn:

- Defendants' response in opposition to Plaintiffs' motion to postpone the effective date of agency action (previously filed at ECF No. 163);

- Defendants' surreply in opposition to Plaintiffs' motion to postpone the effective date of agency action (previously filed at ECF No. 173);

- Defendants' supplemental brief in support of summary judgment (previously filed at ECF No. 203); and

---

[1] The Court previously announced that it would consider the parties' briefing related to Plaintiff's Motion to Postpone the Effective Date of Agency Action (ECF Nos. 149, 163, 168, 173, and 175) as summary judgment briefing. *See* ECF No. 201 (Order of July 17, 2023).

1

- Defendants' supplemental response brief in support of summary judgment (previously filed at ECF No. 205).

Dated: January 16, 2026                    Respectfully submitted,

                                           CATHERINE M. RENO
                                           Acting Assistant Director


                                           /s/ Alanna T. Duong
                                           ALANNA T. DUONG
                                           Senior Litigation Counsel
                                           U.S. Department of Justice
                                           Civil Division
                                           Office of Immigration Litigation
                                           P.O. Box 878
                                           Ben Franklin Station
                                           Washington, DC 20044
                                           202-305-7040
                                           Fax: 202-305-7000
                                           alanna.duong@usdoj.gov
                                           *Counsel for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on January 16, 2026, I electronically filed this brief with the Clerk of the Court for the United States District Court for the Northern District of Texas by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                /s/ Alanna T. Duong
                ALANNA T. DUONG
                U.S. Department of Justice