# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| THE STATE OF TEXAS AND THE STATE OF MISSOURI, <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA, *et al.*, <br><br> *Defendants.* | CASE NO. 2:21-CV-00067-Z |

## PLAINTIFFS' RE-URGED
## MOTION FOR SUMMARY JUDGMENT

Plaintiffs State of Texas and the State of Missouri move this Court for an order granting them Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.3. This motion is supported by Plaintiffs' Brief in Support of their Motion for Summary Judgment, which sets forth the argument and authorities on which Plaintiffs rely and contains the matters required by Local Rule 56.3.

| | |
|---|---|
| Date: January 16, 2026 | Respectfully submitted. |
| **KEN PAXTON**<br>Attorney General | **CATHERINE HANAWAY**<br>Attorney General of Missouri |
| **BRENT WEBSTER**<br>First Assistant Attorney General | **LOUIS J. CAPOZZI III**<br>Solicitor General |
| **RALPH MOLINA**<br>Deputy First Assistant Attorney General | /s/ Joseph Kiernan<br>**JOSEPH KIERNAN**<br>Assistant Solicitor General<br>Texas Bar No. 24144241 |
| **RYAN D. WALTERS**<br>Deputy Attorney General for Legal Strategy | |
| **RYAN G. KERCHER**<br>Chief, Special Litigation Division | **MISSOURI ATTORNEY GENERAL'S OFFICE**<br>815 Olive St, Suite 200<br>St. Louis, MO 63101<br>Phone: (314) 340-7366<br>joseph.kiernan@ago.mo.gov |
| /s/ David Bryant<br>**DAVID BRYANT**<br>*Attorney-in-Charge*<br>Senior Special Counsel<br>Texas Bar No. 03281500 | **COUNSEL FOR THE STATE OF MISSOURI** |
| **MUNERA AL-FUHAID**<br>Special Counsel<br>Texas Bar No. 24094501 | |

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
David.bryant@oag.texas.gov
Munera.al-fuhaid@oag.texas.gov

**COUNSEL FOR THE STATE OF TEXAS**

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 16, 2026 and that all counsel of record were served by CM/ECF.

/s/ David Bryant
**DAVID BRYANT**