IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS, *et al.*,

    Plaintiffs,

v.                                        2:21-CV-067-Z

DONALD J. TRUMP, *et al.*,

    Defendants.

## ORDER

Before the Court is Defendants' Unopposed Motion to Withdraw Counsel ("Motion"), filed January 6, 2026. ECF No. 241. Defendants request that Erez Reuveni be withdrawn as counsel because he "has left the Department of Justice." *Id.* at 1. "Defendants will continue to be represented by the other Department attorneys who have entered appearances in this matter, specifically Catherine M. Reno and Alanna T. Duong." *Id.*

Withdrawal of counsel is governed by Northern District of Texas Local Civil Rule 83.12. Having considered the Motion and the relevant law, the Court **GRANTS** the Motion and **DIRECTS** the Clerk of the Court that Erez Reuveni be withdrawn as counsel in this case.

SO ORDERED.

January 20, 2026

                                                   MATTHEW J. KACSMARYK
                                                   UNITED STATES DISTRICT JUDGE