IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS, *et al.*,

      Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

      Defendants.

2:21-CV-067-Z

## ORDER

The Court previously lifted the stay in this case and granted both parties leave to reurge their motions for summary judgment. ECF No. 238. The parties did so on January 16, 2026. ECF Nos. 245, 247. Plaintiffs the State of Texas and State of Missouri responded to Defendants' Motion for Summary Judgment on February 6, 2026. ECF No. 250. Defendants did not file a response.

The parties are **ORDERED** to file a joint brief **no later than seven days from the date of this Order** explaining whether any intervening developments may impact their pending cross-motions for summary judgment.

**SO ORDERED.**

June **9**, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE