**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

THE STATE OF TEXAS AND
THE STATE OF MISSOURI,
     *PLAINTIFFS,*

V.

DONALD J. TRUMP, IN HIS OFFICIAL
CAPACITY AS PRESIDENT OF THE UNITED
STATES OF AMERICA, *ET AL.*,

     *DEFENDANTS.*

CASE NO.  2:21-CV-00067-Z

**THE STATE OF TEXAS UNOPPOSED MOTION TO WITHDRAW CO-COUNSEL**

Pursuant to Local Rule 83.12(a), the State of Texas files this Unopposed Motion to Withdraw Munera Al-Fuhaid as Co-Counsel and would respectfully show the following.

Munera Al-Fuhaid is currently designated as counsel of record for the State of Texas. Ms. Al-Fuhaid has been administratively reassigned to other matters. Therefore, it is necessary for withdraw from this case.

The State of Texas will continue to be represented by David Bryant, as Attorney-in-Charge.

For the reasons stated above, Plaintiff the State of Texas respectfully requests that the Court grant this motion to withdraw Munera Al-Fuhaid as counsel and remove Ms. Al-Fuhaid from all further electronic notifications regarding this case.

1

Date: June 16, 2026

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**ROB FARQUHARSON**
Deputy Attorney General for Legal Strategy

**RYAN G. KERCHER**
Chief, Special Litigation Division

Respectfully submitted.

*/s/ David Bryant*
**DAVID BRYANT**
*Attorney-in-Charge*
Senior Special Counsel
Texas Bar No. 03281500

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
David.bryant@oag.texas.gov

**COUNSEL FOR THE STATE OF TEXAS**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on September 9, 2025, I conferred with Catherine Reno, counsel for Defendants, via email regarding this Motion. Plaintiffs do not oppose this motion.

*/s/ David Bryant*
**DAVID BRYANT**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on June 16, 2026 and that all counsel of record were served by CM/ECF.

*/s/ David Bryant*
**DAVID BRYANT**

2