## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

THE STATE OF TEXAS AND
THE STATE OF MISSOURI,
      *PLAINTIFFS*,

V.

DONALD J. TRUMP, IN HIS OFFICIAL
CAPACITY AS PRESIDENT OF THE UNITED
STATES OF AMERICA, *ET AL.*,

      *DEFENDANTS.*

CASE NO. 2:21-CV-00067-Z

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW COUNSEL

On this day, the Court considered Plaintiff the State of Texas's Unopposed Motion to Withdraw Munera Al-Fuhaid as Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff the State of Texas's Unopposed Motion to Withdraw Munera Al-Fuhaid as Counsel is GRANTED. Ms. Al-Fuhaid is hereby withdrawn as counsel of record for Plaintiff the State of Texas.

**SO ORDERED**.

_____, 2026

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE