**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

|  |  |
|---|---|
| THE STATE OF TEXAS AND THE STATE OF MISSOURI, *PLAINTIFFS,* <br><br> V. <br><br> DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES OF AMERICA, *ET AL.,* *DEFENDANTS.* | CASE NO. 2:21-CV-00067-Z |

**JOINT BRIEF AS TO INTERVENING DEVELOPMENTS**

On June 9, 2026, the Court ordered the parties to submit a joint brief by June 16, 2026, "explaining whether any intervening developments may impact their pending cross motions for summary judgment". ECF No. 251.

This case is a challenge to the lawfulness of the "October Memoranda" and termination of the Migration Protection Protocols (MPP) by the Biden Administration in October 2021. The District Court in this case ordered a stay of the October Memoranda and the termination of MPP on December 15, 2022. ECF No. 178. The parties completed briefing of cross-motions for summary judgment in October 2023. ECF Nos. 203, 204, 205, and 206. Thereafter, the Court stayed proceedings in February 2025. ECF No. 213.

The Court lifted the stay of proceedings in late 2025 and granted the parties leave to re-urge their motions for summary judgment. ECF No. 238. The parties did so on January 16, 2026. ECF Nos. 245, 247. Plaintiffs responded to Defendants' Motion for Summary Judgment on February 6, 2026. ECF No. 250. Defendants did not file a response.

Plaintiffs Texas and Missouri are unaware of intervening developments that materially impact Plaintiffs' pending motion for summary judgment. There is pending litigation in California

1

that pertains to the reimplementation of the Migrant Protection Protocols, but Plaintiffs do not view that litigation as materially impacting the pending motion for summary judgment. *See Immigrant Defs. L. Ctr. v. Noem*, 781 F. Supp. 3d 1011 (C. D. Cal. 2025), *stay granted in part*, 145 F.4th 972 (9th Cir. 2025).

Defendants' position is that no intervening developments preclude the Court from deciding the pending motions.  Defendants did not file an additional response to Plaintiffs' re-urged motion for summary judgment because Defendants rested on the previously filed summary judgment briefs.  Defendants request that the Court decide the case on the basis of those previously filed briefs, in light of the absence of intervening developments that would impact the Court's ability to resolve the case on that basis.

Date: June 16, 2026

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**ROB FARQUHARSON**
Deputy Attorney General for Legal Strategy

**RYAN G. KERCHER**
Chief, Special Litigation Division

*/s/ David Bryant*

**DAVID BRYANT**
*Attorney-in-Charge*
Senior Special Counsel
Texas Bar No. 03281500

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
david.bryant@oag.texas.gov

**COUNSEL FOR THE STATE OF TEXAS**

Respectfully submitted.

**CATHERINE L. HANAWAY**
Attorney General of Missouri

/s/ Louis J. Capozzi III
**LOUIS J. CAPOZZI III**
Solicitor General
*Admitted pro hac vice*

**JOSEPH KIERNAN**
Assistant Solicitor General
Texas Bar No. 24144241

**MISSOURI ATTORNEY GENERAL'S OFFICE**
815 Olive St, Suite 200
St. Louis, MO 63101
Phone: (314) 340-7366
louis.capozzi@ago.mo.gov
joseph.kiernan@ago.mo.gov

**COUNSEL FOR THE STATE OF MISSOURI**

/s/ *Alanna T. Duong*
ALANNA T .DUONG
CATHERINE M. RENO
**OFFICE OF IMMIGRATION LITIGATION**
**CIVIL DIVISION,**
**U. S. DEPARTMENT OF JUSTICE**
PO Box 868
Ben Franklin Station
Washington, DC 20044
Tel.: 202-305-7040
Fax: 202-305-7000
Alanna.duong@usdoj.gov
Catherine.m.reno@Usdoj.Gov

**COUNSEL FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on June 16, 2026 and that all counsel of record were served by CM/ECF.

/s/ David Bryant
**DAVID BRYANT**