IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS, *et al.*,

 Plaintiffs,

v.

                2:21-CV-067-Z

DONALD J. TRUMP, *et al.*,

 Defendants.

## ORDER

Before the Court is Plaintiff State of Texas's Unopposed Motion to Withdraw Counsel ("Motion"), filed June 16, 2026. ECF No. 252. Texas requests that Munera Al-Fuhaid be withdrawn as co-counsel because she "has been administratively reassigned to other matters." *Id.* at 1. "The State of Texas will continue to be represented by David Bryant, as Attorney-in-Charge." *Id.*

Withdrawal of counsel is governed by Northern District of Texas Local Civil Rule 83.12. Having considered the Motion and the relevant law, the Court **GRANTS** the Motion and **DIRECTS** the Clerk of the Court that Ms. Al-Fuhaid be withdrawn as counsel in this case.

 **SO ORDERED.**

 June 18, 2026

                MATTHEW J. KACSMARYK
                UNITED STATES DISTRICT JUDGE