**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| STATE OF TEXAS, *et al.*, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | 2:21-CV-067-Z |
| | ) | |
| DONALD J. TRUMP, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

**STATE OF MISSOURI'S MOTION FOR LEAVE
TO PROCEED WITHOUT LOCAL COUNSEL**

Pursuant to Local Rule 83.10(a), movant State of Missouri ("Missouri") respectfully requests this Court's leave to participate in this matter before the court without local counsel. Missouri is a plaintiff in this matter. Counsel for Missouri Madeline S. Lansdell is admitted to the Northern District of Texas but maintains her principal office as Assistant Solicitor General of Missouri in St. Louis, Missouri, more than 50 miles from the courthouse of the division of this Court.

Pending grant of this motion, Attorney Lansdell will file entry of appearance in this case.

WHEREFORE, for the foregoing reasons, Missouri respectfully seeks this Court's leave to proceed as a plaintiff without local counsel.

| Dated:  August 12, 2026 | Respectfully submitted, |
|---|---|
| | */s/ Madeline S. Lansdell*<br>Madeline S. Lansdell, 78358MO<br>    *Assistant Solicitor General*<br>Missouri Attorney General's Office<br>Old Post Office Building<br>815 Olive St, Suite 200<br>St. Louis, MO 63101<br>Office: (314) 340-4978<br>Email: Madeline.Lansdell@ago.mo.gov<br><br>*Counsel for State of Missouri* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which I understand to have caused service of the counsel for the plaintiffs and defendants.

*/s/ Madeline S. Lansdell*

2