IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

STATE OF TEXAS, *et al.*,

      Plaintiffs,

v.

DONALD J. TRUMP, *et al.*,

      Defendants.

2:21-CV-067-Z

## ORDER

Before the Court are Plaintiff State of Missouri's two Motions for Leave to Proceed Without Local Counsel ("Motions") (ECF Nos. 256, 257), both filed August 12, 2026. The Amarillo Division no longer requires local counsel, so the Motions are **GRANTED**. *See* N.D. Tex. Loc. R. 83.10(a) ("Attorneys desiring to proceed without local counsel must obtain leave . . . .").

**SO ORDERED**.

August _13_, 2026

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE